Raymond P. Hayden  
John Eric Olson  
Anthony J. Pruzinsky  
Thomas E. Willoughby  
Lauren E. Komsa  
Hill Rivkins LLP  
Attorneys for Claimants  
45 Broadway, Suite 1500  
New York, NY 10006  



UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CONTI 11.CONTAINER SCHIFFAHRTS-GMBH & CO. KG MS "MSC FLAMINIA", AS OWNER, AND NSB NIEDERELBE SCHIFFAHRTSGESELLSCHAFT MBH & CO. KG, AS OPERATOR, OF THE MSC FLAMINIA FOR EXONERATION FROM LIMITATION OF LIABILITY<br><br>Plaintiffs, | Index No.:<br>12-Civ.-08892 (TPG)<br><br>ORDER TO SHOW CAUSE |

Upon the reading and filing of the Affidavit of Richard P. Carney, sworn to on February 7, 2013, and the exhibits attached thereto, the Declaration of Lauren E. Komsa, Esq., sworn to on February 7, 2013, and exhibits attached thereto, the accompanying Memorandum of Law in Support of Plaintiff's Request for an Order to Show Cause, and it appearing that Plaintiffs have unreasonably prevented Respondent Cargo Claimants ("Cargo Claimants") from posting reasonable security to secure the release of their cargo, and other good cause having been shown,

**IT IS** on this ___ day of February, 2013 at 4:50 AM/**PM** **ORDERED** as follows:

1

A.  **ORDER TO SHOW CAUSE**

1. **IT IS ORDERED** that Plaintiff CONTI 11.CONTAINER SCHIFFAHRTS-GMBH & CO. KG MS "MSC FLAMINIA", AS OWNER, are ordered to show cause before the Honorable Thomas P. Griesa, United States District Court Judge at Courtroom 26B at the United States Courthouse, 500 Pearl Street, New York, New York, on February 13, 2013 at 4:00 ~~A.M.~~/P.M.

   a. Why Plaintiff, CONTI 11.CONTAINER SCHIFFAHRTS-GMBH & CO. KG MS "MSC FLAMINIA", AS OWNER, their agents, employees, and persons or entities in active concert or participation with them should not release Cargo Claimants' cargo upon the posting of reasonable security upon the forms annexed to the Affidavit of Richard P. Carney as Exhibits 3 and 4; and

B.  **SERVICE OF ORDER**

This Order is to be served on Plaintiff, CONTI 11.CONTAINER SCHIFFAHRTS-GMBH & CO. KG MS "MSC FLAMINIA" by no later than February 8, 2013, at Noon, ~~AM/PM. Service upon Plaintiff is to be effectuated by serving Plaintiff's attorney of record via e-mail, facsimile, courier, or some other method to ensure its receipt by February ___, 2013 at ___ AM/PM.~~

T(/2

C.  **BRIEFING SCHEDULE**

IT IS FURTHER ORDERED that the parties shall file their briefs and any affidavits, certifications, or declarations on the following schedule:

   1. Plaintiffs' answering papers shall be simultaneously served so as to be actually received by the Court and Plaintiff's counsel on or before Feb. 12, 2013;

2. Any reply papers by Respondent Cargo Claimants shall be filed and simultaneously served so as to be actually received by the Court and Plaintiffs' counsel on or before ~~_____~~, 2013; and

3. In all instances, service of papers submitted to this Court in connection with this Order to Show Cause shall be made in such a manner that said papers are delivered to both the Court and counsel so as to be actually received on or before 4:00 p.m. on the dates described above or sent by other means in such a manner that they are delivered on or before the deadline for hand delivery.

Dated: Feb. 7, 2013
4:50 P.M.

_____
The Hon. Thomas P. Griesa

3