

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE M/V MSC FLAMINIA | MASTER FILE:  12 Civ. 8892 (AJN) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | STIPULATION TO ADD JP MORGAN ENERGY VENTURES CORPORATION AS CLAIMANT |

WHEREAS on or about April 2, 2013 Cargo Claimants filed their Second Amended Claim and Answer in the limitation proceeding commenced by CONTI 11.CONTAINER SCHIFFAHRTS-GMBH & CO. KG MS "MSC FLAMINIA", and NSB NIEDERELBE SCHIFFAHRTSGESELLSCHAFT MBH & CO. KG;

WHEREAS included in Attachment D to Cargo Claimants' Second Amended Claim and Answer were claims under bills of lading MSCUDE158649 and MSCUDE157955, both of which covered shipments of coffee ("the subject shipments");

WHEREAS subsequent to the filing of Attachment D to Cargo Claimants' Second Amended Claim and Answer, counsel for Cargo Claimants were informed that the subject shipments were sold mid-voyage to JP Morgan Energy Ventures Corporation;

WHEREAS JP Morgan Energy Ventures Corporation now wishes to be added as a Claimant in this proceeding with respect to the subject shipments.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

JP Morgan Energy Ventures Corporation shall be added as a Claimant in the limitation action, as a party having an interest in the subject shipments.

1

Dated: New York, New York
        December __11__, 2013

HILL RIVKINS LLP

By: _____
Raymond P. Hayden, Esq.
Anthony J. Pruzinsky, Esq.
Thomas E. Willoughby, Esq.
John E. Olson, Esq.
Lauren E. Komsa
45 Broadway, Suite 1500
New York, NY 10006
Rhayden@hillrivkins.com
Apruzinsky@hillrivkins.com
Twilloughby@hillrivkins.com
jolson@hillrivkins.com
lkomsa@hillrivkins.com
Attorneys for Claimants, RLI
Corporation et al.

CHALOS O'CONNOR LLP

By: _____
Eugene J. O'Connor, Esq.
Timothy Semenoro, Esq.
Robert O'Connor, Esq.
366 Main Street
Port Washington, NY 11050
oconnor@codus-law.com
roconnor@codus-law.com
tsemonoro@codus-law.com
Attorneys for Plaintiffs Conti and NSB
Per E-mail or Telephonic
Authority Received

CICHANOWICZ, CALLAN,
KEANE, VENGROW & TEXTOR
LLP

By: _____
Randolph H. Donatelli, Esq.
61 Broadway, Suite 3000
New York, NY 10006
rdonatelli@cckvt.com
Attorneys for Claimant Satellite
Logistics Group Inc. et al.
Per E-mail or Telephonic
Authority Received

CASEY & BARNETT, LLC

By: _____
Martin F. Casey, Esq.
65 West 36th Street, 9th Floor
New York, NY 10018
mfc@caseybarnett.com
Attorneys for Claimant PS International, Ltd. et al.
Per E-mail or Telephonic
Authority Received

BROWN GAVALAS & FROMM LLP

By: _____
Peter Skoufalos, Esq.
Patrick O'Mea

BADIAK & WILL, LLP

By: _____
James P. Krauzlis, Esq.
106 Third Street
Mineola, NY 11501-4404

355 Lexington Avenue
New York, NY 10017
pskoufalos@browngavalas.com
pro@browngavalas.com
Attorneys for Bulkhaul (USA) Inc. et al.
Per E-mail or Telephonic
Authority Received

jkrauzlis@badiakwill.com
Attorneys for Claimant, Hartford Fire Insurance
Company, et al.
Per E-mail or Telephonic
Authority Received


**LYONS & FLOOD, L.L.P.**

By:
Edward P. Flood, Esq.
Jon Werner, Esq.
Jon Werner, Esq.
65 West 36th Street, 7th Flr.
New York, NY 10018
eflood@lyons-flood.com
jwerner@lyons-flood.com
Attorneys for Mediterranean Shipping
Company S.A.
Per E-mail or Telephonic
Authority Received

**CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR LLP**

By:
Stephen H. Vengrow
61 Broadway, Suite 3000
New York, NY 10006
Svengrow@cckvt.com
Attorneys for Claimant Shipco Transport Inc.
Per E-mail or Telephonic
Authority Received


**NICOLETTI HORNIG &
SWEENEY**

By:
John Nicoletti
James F. Sweeney, III
Jeffrey Binkley
Robert Novak
88 Pine Street, 7th Floor
New York, New York 10005
jsweeney@nicolettihornig.com
jbinkley@nicolettihornig.com
jnicoletti@nicolettihornig.com
rnovak@nicolettihornig.com
Per E-mail or Telephonic authority
received
*Attorneys for Stolt Containers B.V.*

**LIPCON, MARGULIES, ALSINA &
WINKLEMAN, P.A.**

By:
Michael Winkleman, Esq.
Jason Margulies, Esq.
One Biscayne Tower, Suite 17762
South Biscayne Boulevard
Miami, FL 33131
*Attorneys for Claimant Iwona Siuta*
Per E-mail or Telephonic authority received

**DUANE MORRIS LLP**

By:

James Carbin
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, New Jersey 07102-5429
**jwcarbin@duanemorris.com**
Per E-mail or Telephonic authority
received

*Attorneys for Danmar Lines Ltd. et al.*


**GIULIANO MCDONNELL & PERRONE**

By:

Joseph Perrone
Nicholas Giuliano
Matthew Gorden
494 Eighth Avenue
Seventh Floor
New York, NY 10001
jperrone@gmplawfirm.com
ngiuliano@gmplawfirm.com
mgorden@gmplawfirm.com

*Attorneys for Deltech Corporation*


**HOLLAND & KNIGHT**

By:

Bill Honan
Chris Nolan
Blythe Daly
31 West 52nd Street
New York NY 10019
blythe.daly@hklaw.com
Chris.Nolan@hklaw.com
Bill.Honan@hklaw.com
Per E-mail or Telephonic authority
received
*Attorneys for Panalpina Inc. and
Panalpina World Transport Ltd.*


**KENNEDY LILLIS SCHMIDT & ENGLISH**

By:

Charles E. Schmidt
75 Maiden lane, Suite 402
New York, NY 10038
cschmidt@klselaw.com,
Per E-mail or Telephonic authority received
*Attorneys for Deltech Corporation*


**MENDES & MOUNT LLP**

By:

Stephen V. Rible
750 Seventh Avenue
New York, NY 10019
Stephen.Rible@mendes.com
Per E-mail or Telephonic authority
received
*Attorneys for Stolt Containers B.V.*


**CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR LLP**

By:

Stephen H. Vengrow
61 Broadway, Suite 3000
New York, NY 10006
Svengrow@cckvt.com
*Attorneys for Claimant Shipco Transport, Inc.*
Per E-mail or Telephonic
Authority Received


4

ROBINSON & COLE LLP

By: _____
Joseph L. Clasen
Peter Knight
Laura Torchio
280 Trumbull Street
Hartford, CT  06103
jclasen@rc.com
pknight@rc.com
ltorchio@rc.com
*Attorneys for Cross-Claim Defendants*
*Chemtura Corporation, Chemtura Italy*
*S.R.L. and Chemtura Europe GmbH*

CLARK, ATCHESON & REISERT

By: _____
Peter D. Clark, Esq.
7800 River Road
North Bergen, New Jersey 07047
pclark@navlaw.com
*Attorney for Cross-Claimant Suttons International*
*Ltd. et al.*

SO ORDERED

_____
ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

12/12/13

5