Stephen V. Rible (SR-4405)
**Mendes & Mount, LLP**
750 Seventh Avenue
New York, N.Y. 10019
212-261-8000
Fax-212-261-8750

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CONTI 11. CONTAINER SCHIFFAHRTS-GMBH & CO. KG MS "MSC FLAMINIA", AS OWNER, AND NSB NIEDERELBE SCHIFFAHRTSGESELLSCHAFT MBH & CO. KG, AS OPERATOR, OF THE MSC FLAMINIA FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br><br>Plaintiffs.<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, AND STOLT CARGO INTERESTS<br>Third-Party Plaintiffs<br>v.<br>PANALPINA INC.<br>Third Party Defendant | Index No. 12-cv-08892-(AJN)<br><br>**AMENDED STOLT CARGO INTERESTS' THIRD-PARTY COMPLAINT AGAINST PANALPINA INC.** |

---

Third Party Plaintiffs ("Claimants"), Stolt Tank Containers B.V., Stolt Tank Containers France SAS, Stolt Nielsen USA, Inc., Stolt Tank Containers Germany GMBH, and National Union Fire Insurance Co. of Pittsburgh, PA, in its capacity as subrogee, as named plaintiffs in 1:13-CV-1610 and as answering claimants in 1:12-CV-8992 ("Stolt Cargo Interests"), with respect to the claims asserted by the Stolt Cargo Interests in 1:13-CV-1610, and herein, and with respect to claims for contributions in General Average, including those claims for General Average Contribution presently asserted against Stolt Tank Containers, B.V. by CONTI in Docket Documents 127, 131 and 133, and/or as on the attached Schedule A, by their attorneys, Mendes & Mount, LLP, ("Stolt Cargo Interests"), hereby amend their Third Party Complaint

filed on April 11, 2014 (Document No. 461)[1] and allege the following claims against Third Party Defendant, Panalpina Inc. (hereinafter, "Panalpina"), upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the action falls within the Court's subject matter jurisdiction pursuant to 28 U.S.C. §1333.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1367, as these third party claims are related to the claims in the original civil action in that they form part of the same case of controversy.

3. Venue is proper in the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §1391(b)(3) and Fed.R.Civ.P. 4 (k)(1)(B) in that the third-party defendant is subject to this Court's personal jurisdiction with respect to this action.

4. At all relevant times, Claimants were and still are corporations or other legal entities organized and with offices and places of business as shown in the pleadings.

5. At all relevant times, Panalpina, Inc. was and is a corporation or other business entity organized and existing under the laws of the United States with a principal place of business at 1776 On The Green, 67 Park Place, Morristown, New Jersey 07960;

6. Panalpina, Inc. operates as a Freight Forwarder (FMC License No. 375-F) and also as the U.S. resident agent for Panalpina's global NVOCC, Pantainer (H.K.) Limited (Org No. 023561).

7. This Third-Party Complaint is filed pursuant to Federal Rule of Civil Procedure 14(c). A copy of Plaintiff's counterclaims against Stolt Tank Containers, BV and Stolt Nielsen, USA, Inc. is attached to the separately filed and served Third Party Complaint of Stolt Tank

---

[1] This Amended Third Party Complaint of Stolt Cargo Interests withdraws, on a without prejudice basis, the original third party complaint against Panalpina World Transport, Ltd.

Containers, BV and Stolt Nielsen, USA, Inc. Third Party Plaintiffs demand judgment in Plaintiffs' favor against Third Party Defendant as the evidence warrants.

8. Upon information and belief, Panalpina was and now is engaged in business as a freight forwarder and shipped or handled Divinylbenzene ("DVB") cargo carried aboard the M/V MSC Flaminia (the "Vessel") on the relevant voyage.

9. Claimants were the owners, operators, lessors, lessees, bailors, bailees, insurers, and/or otherwise interested parties in cargo and/or property carried on the Vessel that has either not been delivered in the same order and condition in which it was received and have been called upon to guarantee and to pay alleged salvage claims and general Average expenses, or were entities who are or may be alleged to be liable for certain of the cargo and/or property.

10. It is alleged in this proceeding by various parties that the DVB cargoes for which Panalpina acted as freight forwarder, shipped or handled, constituted goods of a dangerous, inflammable, and explosive nature, that the DVB cargoes caused or contributed to an explosion with resultant severe damage to Claimants' cargo and/or property on the Vessel, and that by reason of the explosion and/or fire of the cargo of DVB, Claimants suffered direct and indirect damage in the form of loss of and destruction of their cargo and/or property, actual or alleged salvage or General Average liability(s) and expenses, direct claims for damage to cargo and/or property, claims for indemnity or contribution from parties who have claimed against Claimants beyond this lawsuit in the United States and abroad, all in amounts not yet qualified.

11. Claimants deny Plaintiffs' allegations against them, deny any and all liability with respect to, arising out of, arising from, and/or in connection with the casualty and, therefore, deny any liability to Plaintiffs.

12. If, Panalpina is responsible as alleged, Panalpina is liable to Claimants for all losses and damages they have or will suffer including loss or damage suffered to their cargo

and/or property, and also in the event Claimants are liable to any other party in the United States or in any foreign country arising out of or relating to the Flaminia casualty including for cargo loss or damage or contribution in General Average or salvage (said liabilities being specifically denied), then such liability producing conduct or omission of Panalpina, or its respective officers, agents, servants, or employees, entitling Claimants to be granted full recovery from, over and against, and be indemnified by, or entitled to contribution from, Panalpina for all such losses and sums in addition to attorneys' fees, expenses, interest, and costs incurred with respect to this and all other proceedings.

**WHEREFORE**, Third Party Plaintiffs pray:

a. that judgment be entered in favor of Third Party Plaintiffs against Panalpina Inc. for all sums, losses and liabilities plus all attorneys' fees, expenses, interest, and costs incurred or to be incurred including, but not limited to, the costs of posting security for General Average or for salvage, contribution paid in General Average or salvage award, or that they are obliged to pay to other parties herein or otherwise, together with attorneys' fees, costs, and disbursements of this action; and

b. that judgment be entered in Plaintiffs' favor against Third Party Defendant for all claim made by Plaintiffs' and all others who claim against this Third Party Plaintiff; and

c. that judgment be entered in favor of Third Party Plaintiffs for such other and further relief as the Court deems just and proper.

Dated: May 2, 2014

        MENDES & MOUNT, LLP
        By: s/ Stephen V. Rible_____
           Stephen V. Rible (SR-4405)
           *Attorneys for Third Party Plaintiffs,*
           *Stolt Cargo Interests*
           750 Seventh Avenue
           New York, N.Y. 10019
           212-261-8007;Fax-212-261-8750
           Stephen.Rible@mendes.com

Schedule "A" – Stolt Cargo Interests
National Union of Pittsburgh, PA , et. al.

| Container # MSC B/L# | Stolt Cargo Claimants Addresses | POL | POD | Claim | Number of 20TK |
|---|---|---|---|---|---|
| SNTU 4002376<br>SNTU 4003074<br>MSCUMQ022867 | Stolt Tank Containers BV Houston, TX (STC -HOU)<br>Stolt Tank Containers Germany GMBH Hamburg, Germany (STCG) | Charleston | Antwerp | $50,000 | 2 |
| CRXU 8520732<br>TASU 2110216<br>MSCUMQ022941 | STC – HOU<br>STCG | Charleston | Antwerp | $50,000 | 2 |
| SNTU 7000649<br>MSCUOE639577 | STC – HOU<br>Stolt Tank Containers France SAS, La Havre (STCF) | New Orleans | La Havre | $25,000 | 1 |
| UTCU 4590019<br>OSEU 9000080<br>MSCUOE639585 | STC- HOU<br>STCF | New Orleans | La Havre | $50,000 | 2 |
| EXXU 9993502<br>MSCUOE639833 | STC – HOU<br><br>STCF | New Orleans | La Havre | $25,000 | 1 |
| SNTU 7016218<br>ICTU 2401333<br>MSCUOE639858 | STC HOU<br>STCF | New Orleans | La Havre | $50,000 | 2 |
| UTCU 4615210<br>MSCUOE640351 | STC HOU<br>Stolt Tank Containers B.V. Rotterdam, The Netherlands (STCN) | New Orleans | Antwerp | $25,000 | 1 |
| UTCU 4733737<br>MSCUOE640393 | STC – HOU<br>STCN | New Orleans | Antwerp | $25,000 | 1 |
| UTCU 4597013<br>MSCUOE640450 | STC – HOU<br>STCN | New Orleans | La Havre | $25,000 | 1 |
| PRFU 4548813<br>MSCUOE640880 | STC  - HOU<br>STCF | New Orleans | La Havre | $25,000 | 1 |
| EXXU 9980336<br>MSCUOE640922 | STC-HOU<br>STCF | New Orleans | La Havre | $25,000 | 1 |
| UTCU 4553714<br>UTCU 4714280<br>UTCU 4622929<br>SNTU 7005110<br>SNTU 7202845<br>EXFU 0516975<br>USPU 1240166<br>MSCUOE641045 | Stolt Nielsen, USA, Inc. Houston, TX (SN)<br><br>STCF | New Orleans | La Havre | $175,000 | 7 |

| Container # MSC B/L# | Stolt Cargo Claimants Addresses | POL | POD | Claim | Number of 20TK |
|---|---|---|---|---|---|
| | | | | | |
| UTCU 4694538 MSCUOE642241 | STC-HOU Stolt Tank Containers, BV Romford, Essex England (STC-Eng) | New Orleans | Felixstowe | $25,000 | 1 |
| USPU1235792 MSCUT8102208 | STC-HOU STCN | Savannah | Antwerp | $25,000 | 1 |
| UTCU 4710686 UTCU 4712098 EXXU 9997365 SWTU 2241364 UTCU 4666686 MSCUT8103404 | STC – HOU STCN | Savannah | Antwerp | $125,000 | 5 |
| **Grand Total** | | | | **$ 725,000** | **29** |

To:
**DUANE MORRIS LLP**
*Attorneys for Third Party Plaintiffs*
1037 Raymond Blvd., Suite 1800
Newark, N.J. 07102-3889

Attn:   James W. Carbin, Esq.,et.al
JWCarbin@duanemorris.com;
kmleary@duanemorris.com;
jward@duanemorris.com;
tmreo@duanemorris.com;

**HILL, RIVKINS & HAYDEN LLP**
*Attorneys for Plaintiffs and Claimants Trouw Nutrition USA, LLC, and RLI Corporation, et al.*
45 Broadway, Suite 1500
New York, N.Y. 10006

Attn:   Raymond P. Hayden, Esq.          rhayden@hillrivkins.com
        Thomas E. Willoughby, Esq.       twilloughby@hillrivkins.com
        Anthony J. Pruzinsky, Esq.       apruzinsky@hillrivkins.com
        John E. Olson, Jr., Esq.         jolson@hillrivkins.com
        Lauren E. Komsa, Esq.            lkomsa@hillrivkins.com
        Andrew J. Warner, Esq.           awarner@hillrivkins.com

**CHALOS O'CONNOR LLP**
*Attorneys for Plaintiffs Conti 11. Container Schiffahrts-GMBH & Co. KG MS "MSC FLAMINIA", as owner, and NSB Niederelbe Schiffahrtsgesellschaft MBH & Co. KG, as operator, of the vessel MSC FLAMNIA*
366 Main Street
Port Washington, N.Y. 11050

Attn:   Eugene J. O'Connor, Esq.         oconnor@codus-law.com
        Timothy Semenoro, Esq.           tsemenoro@codus-law.com
        Robert E. O'Connor, Esq.         roconnor@coduslaw.com

**DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION**
*Attorneys for Plaintiffs Conti 11. Container Schiffahrts-GMBH & Co. KG MS "MSC FLAMINIA", AS OWNER, AND ns Niederelbe Schiffahrtsgesellschaft MBH & CO. KG, as operator, of the vessel MSC FLAMINIA*
250 Park Avenue, 7th Floor
New York, N.Y. 10177

Attn:   James E. Ryan, Esq.              james.ryan@doughertyryan.com

**CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR LLP**

*Attorneys for Claimants Satellite Logistics Group, Inc., Sea Shipping Line, Shipco Transport, Inc., Hellman Worldwide Logistic Inc., Hellmann Worldwide Logistics S.A. de C.V., Pelorus Ocean Line Ltd., NACA Logistics (USA) Inc., and Samuel Shapiro & Company, Inc.*
61 Broadway, Suite 3000
New York, N.Y.  10006

| | | |
|---|---|---|
| Attn: | Randolph H. Donatelli, Esq. | rdonatelli@cckvt.com |
| | Stephen H. Vengrow, Esq. | svengrow@cckvt.com |
| | Eric Chang, Esq. | echag@cckvt.com |

**CASEY & BARNETT, LLC**
*Attorneys for Claimants Swedish Fine Rice & Food AB, PS International, Ltd., Newmont Golden Ridge Ltd., Perdue Farms, Inc., Globex International, Inc., Sellari Enterprises, Inc., and Trafigura Beheer B V*
65 West 36th Street, 9th Floor
New York, N.Y.  10018

| | | |
|---|---|---|
| Attn: | Martin F. Casey, Esq. | mfc@caseybarnett.com |
| | Janine E. Brown, Esq. | jb@caseybarnett.com |

**BROWN GAVALAS & FROMM LLP**
*Attorneys for Claimants and Defendants Bulkhaul Ltd. And Bulkhaul (USA) Inc.*
355 Lexington Avenue
New York, N.Y.  10017

| | | |
|---|---|---|
| Attn: | Peter Skoufalos, Esq. | pskoufalos@browngavalas.com |
| | Patrick Robert O'Mea, Esq. | pro@browngavalas.com |

**CLARK, ATCHESON & Reisert**
*Attorneys for Claimants Suttons International Ltd. And Suttons International (N>A.) Inc.*
7800 River Road
North Bergen, N.J.  07040

| | | |
|---|---|---|
| Attn: | Peter D. Clark, Esq. | pclark@navlaw.com |

**BADIAK & WILL, LLP**
*Attorneys for Claimants Hartford Fire Insurance Company a/s/o Superior Manufacturing Group Inc., and Florence Textiles, Inc.*
106 Third Street
Mineola, N.Y.  11501-4404

| | | |
|---|---|---|
| Attn: | James P. Krauzlis, Esq. | jkrauzlis@badiakwill.com |

**TABAK, MELLUSI & SHISHA**
*Attorneys for Claimant Iwona Siuta as personal representative of the Estate of Cezary Siuta*
29 Broadway
New York, N.Y.  10006

| | | |
|---|---|---|
| Attn: | Ralph J. Mellusi, Esq. | rjmellusi@sealawyers.com |

**LIPMAN & BOOTH LLP**
*Attorneys for Claimant Iwona Siuta as personal representative of the Estate of Cezary Siuta*
11 Broadway, Suite 967
New York, N.Y.  10004

| | | |
|---|---|---|
| Attn: | Jason R. Margulies, Esq. | jmargulies@lipcon.com |

**LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.**
*Attorneys for Claimant Iwona Siuta as personal representative of the Estate of Cezary Siuta*
One Biscayne Tower, Suite 1776 2
South Biscayne Boulevard
Miamai, FL  33131

    Attn:   Jason R. Margulies, Esq.        jmargulies@lipcon.com
             Michael A. Winkleman, Esq.   mwinkleman@lipcon.com

**GIULLIANO MCDONNELL & PERRONE, LLP**
*Attorneys for Claimant/Counter-Defendant Deltech Corporation*
494 Eighth Avenue
7th Floor
New York, N.Y.  10001

    Attn:   Joseph J. Perrone, Esq.       jperrone@gmplawfirn.com
             Matthew M. Gorden, Esq.    mgorden@gmplawfirm.com
             Nicholas P. Giuliano, Esq.    ngiuliano@gmlawfirm.com

**HOLLAND & KNIGHT LLP**
*Attorneys for Claimants Panalpina Inc. and Panalpina World Transport Ltd.*
31 West 52nd Street
New York, N.Y.  10019

    Attn:   Christopher R. Nolan, Esq.   chris.nolan@hklaw.com
             Kathryn B. Daly, Esq.        blythe.daly@hklaw.com
             William J. Honan III, Esq.    bill.honan@hklaw.com

**KENNEDY LILLIS SCHMIDT & ENGLISH**
*Attorneys for Claimants and Defendants Deltech Europe Ltd. And national Union Fire Insurance Company of Pittsbursh, PA*
75 Maiden Lane
New York, N.Y  10038

    Attn:   Charles E. Schmidt, Esq.     cschmidt@klselaw.com

**NICOLETTI HORNIG & SWEENEY**
*Attorneys for Claimant Stolt Tank Containers BV*
Wall Street Plaza
88 Pine Street, 7th Floor
New York, N.Y.  10005

    Attn:   John A. V. Nicoletti, Esq.     jnicoletti@nicolettihornig.com
             James F. Sweeney III, Esq.   jsweeney@nicolettihornig.com
             Jeffrey W. Binkley, Esq.      jbinkley@nicolettihornig.com
             Robert A. Novak, Esq.       rnovak@nicolettihornig.com

**ROBINSON & COLE LLP**
*Attorneys for Claimants and Defendants Chemtura Corporation, Chemtura Europe GmbH, and Chemtura Italy S.R.L.*
666 Third Avenue, 20th Fl.
New York, N.Y. 10017

| | | |
|---|---|---|
| Attn: | Joseph L. Clasen, Esq. | jclasen@rc.com |
| | Laura A. Torchio, Esq. | ltorchio@rc.com |
| | Peter R. Knight, Esq. | pnight@rc.com |

**LYONS & FLOOD, LLP**
*Attorneys for Mediterranean Shipping Company, SA.*
65 West 36th Street, 7th Fl
New York, N.Y. 10018

| | | |
|---|---|---|
| Attn: | Edward P. Flood, Esq. | eflood@lyons-flood.com |
| | Jon Werner, Esq. | jwerner@lyons-flood.com |
| | Kirk M. Lyons, Esq. | klyons@lyons-flood.com |

**GIULLANO MCDONNELL & PERRONE, LLP**
*Attorneys for Claimant/Counter-Defendant, Deltech Corporation*
494 Eight Avenue, 7th Floor
New York, N.Y. 10001

| | | |
|---|---|---|
| Attn: | Joseph J. Perrone, Esq. | ngiuliano@gmplawfirm.com |
| | Nicholas P. Giuliano, Esq. | jperrone@gmplawfirm.com |
| | Matthew M. Gorden, Esq. | mgorden@gmplawfirm.com |