# Giuliano McDonnell & Perrone, LLP

**New Jersey Office**
2001 U.S. Highway 46
Suite 104
Parsippany, NJ 07054
Tel: (973) 302-0120
Fax: (973) 302-0121

Please Reply to Long Island

**Long Island Office**
170 Old Country Road, Suite 608
Mineola, New York 11501
Tel: (516) 214-8448
Fax: (516) 414-7905

**New York City Office**
237 West 35th St, Suite 706
New York, New York 10001
Tel: (646) 328-0120
Fax: (646) 328-0121
www.gmplawfirm.com

**Florida Office**
6615 W. Boynton Beach Blvd.
No. 351
Boynton Beach, FL 33437
Tel: (561) 337-8816
Fax: (561) 337-4653

Joseph J. Perrone, Esq.
jperrone@gmplawfirm.com

June 15, 2015
**Via ECF**

Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15C
New York, New York 10007-1312

      Re:    In Re M/V MSC FLAMINIA
                Case No: 12-cv-8892 (SAS)(FM)
                ***Our File: E400***

Dear Judge Scheindlin:

      Giuliano McDonnell & Perrone, LLP represents Deltech Corporation ("Deltech") in the matter noted above. On June 10, 2015, we submitted a request for permission to file amended crossclaims against Mediterranean Shipping Company ("MSC"). On June 11, 2015, your Honor granted Deltech's request and ordered Deltech to file the amended crossclaims in the form in which they appear as attached to our June 10, 2015 letter.

      We are writing today because it has come to our attention that the proposed amended pleading that we attached to our June 10, 2015 letter does not comport with the April 17, 2014 stipulation dismissing Deltech's claims against "the relevant Cargo Claimants." (*See*, Docket Entry No.: 478.) To rectify that oversight, we respectfully request your Honor's permission to file the slightly altered version of the proposed amended pleading, wherein all claims against Cargo Claimants have been removed, which is attached.

      Should any questions or concerns arise, please do not hesitate to contact the undersigned. Thank you kindly for your Honor's attention to this matter.

Hon. Shira A. Scheindlin
Case No.: 12-cv-8892 (SAS)(FM)
June 15, 2015
Page 2

Respectfully yours,
Giuliano McDonnell & Perrone, LLP

Joseph J. Perrone

Encl.

Cc:     **Via ECF and Electronic Mail**
        See attached service list.