

1515 Market Street
Suite 700
Philadelphia, PA 19102
Tel 215.320.3260
Fax 215.320.3261

750 Route 73 South
Suite 202B
Marlton, NJ 08053
Tel 856.810.8860
Fax 856.810.8861

# Ricci Tyrrell Johnson & Grey

ATTORNEYS AT LAW

James W. Johnson
Direct Dial: (215) 320-2082
E-Mail: jjohnson@rtjglaw.com

July 15, 2015

The Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
50 Pearl Street
New York, NY

      RE:   M/V MSC Flaminia
               USDC – SDNY, 12 Civ. 8892(SAS) (and consolidated actions)

Dear Judge Scheindlin:

      We represent Defendant BDP International Inc.("BDP) in this matter. BDP filed a Crossclaim against all co-parties in this matter (Docket 616) and all parties to this matter have agreed by way of Stipulation that BDP can withdraw, without prejudice, its Crossclaim (Docket 616) against all co-parties for the reasons set forth in the enclosed Stipulation. Panelpina Inc. filed a Counterclaim against BDP in response to BDP Counterclaim (Docket 642) and has agreed to withdraw that Counterclaim without prejudice.

      All parties have agreed to the form of and substance of this Stipulation and I have initialed the Stipulation on behalf of all parties.

      We respectively request that this Stipulation "So Ordered" by the Court and entered on the docket.

Respectfully submitted,

James W. Johnson

JWJ:lat
Enclosure
cc: All counsel of record (via ECF)

{9874.00034:00209425 }