# EXHIBIT 5

# Transcript of the Testimony of:

# John Cario

**Date:** February 12, 2015

**Case:** In Re: M/V MSC FLAMINIA
12 CIV 8892 (AJN)

*Tom Crites & Associates International, Inc.*
*P.O. Box 9438*
*Savannah, Georgia 31412*
*Phone: 800-631-3480*
*Fax: 912-233-7777*
*critesreporting@aol.com*
*www.critesintl.com*

John Cario                                             February 12, 2015
In Re: M/V MSC FLAMINIA

                                                                     113

1  FLOOD - CARIO

2              MR. NICOLETTI:  Objection as to form.

3         You can answer.

4              THE WITNESS:  Yes.

5  BY MR. FLOOD:

6         Q.  So if Stolt received an instruction "Do not

7  ship if over 27 Celsius," that instruction should be

8  passed on to the ocean carrier because it's a safety

9  warning; is that correct?

10             MR. NICOLETTI:  Objection as to form.

11        You can answer.

12             THE WITNESS:  Yes.

13 BY MR. FLOOD:

14        Q.  And if Stolt failed to do so -- well, Stolt

15 would have an obligation then to do so, would they

16 not?

17             MR. NICOLETTI:  Objection as to form.

18        You can answer.

19             THE WITNESS:  Yes.

20 BY MR. FLOOD:

21        Q.  And doesn't SOLAS require that Stolt pass

22 along such safety warnings?

23             MR. NICOLETTI:  Objection as to form.

24        You can answer.

25             THE WITNESS:  I don't have any

1   FLOOD - CARIO

2          knowledge of the SOLAS requirements.

3       BY MR. FLOOD:

4          **Q.**   How about the stow away from heat, stow away

5       from any heat source; is that a safety warning?

6              MR. NICOLETTI:  Objection as to form.

7          You can answer.

8              THE WITNESS:  It's a stowage

9          recommendation.

10      BY MR. FLOOD:

11         **Q.**   You don't believe that's a safety warning.

12             MR. NICOLETTI:  Same objection.  You

13         can answer.

14             THE WITNESS:  It's a stowage

15         recommendation.

16      BY MR. FLOOD:

17         **Q.**   It's not a safety warning.

18             MR. NICOLETTI:  Objection as to form.

19         You can answer.

20             THE WITNESS:  Everything in the

21         dangerous goods regulations have to do with

22         safety.

23      BY MR. FLOOD:

24         **Q.**   So sitting here, just so I'm clear, sir, is

25      it or is it not a safety warning, stow away from any

1  FLOOD - CARIO

2     heat sources --

3              MR. NICOLETTI:  Objection as to form.

4          You can answer.

5     BY MR. FLOOD:

6          Q.  -- vessel or other container?

7          A.  Yes, to the stow planner.

8          Q.  I'm sorry?

9          A.  Yes, to the person planning the stowage on

10    the vessel.

11         Q.  It's a safety warning?

12         A.  Yes.

13         Q.  And that should be passed along to the ocean

14    carrier as well?

15             MR. NICOLETTI:  Objection as to form.

16         You can answer.

17             THE WITNESS:  Yes.

18    BY MR. FLOOD:

19         Q.  Stolt, in fact, has a legal obligation to do

20    so; correct?

21             MR. NICOLETTI:  Same objection.  You

22         can answer.

23             THE WITNESS:  I can't answer that

24         question.

25    BY MR. FLOOD:

John Cario                                              February 12, 2015
In Re: M/V MSC FLAMINIA

                                                                      116

1   FLOOD - CARIO
2        Q.   Well, as the HazMat director for Stolt, would
3   you recommend or would you advise Stolt to pass along
4   that instruction --
5             MR. NICOLETTI:  Same objection.  You
6        can answer.
7   BY MR. FLOOD:
8        Q.   -- to the ocean carrier?
9        A.   Yes.
10       Q.   Sir, I want to put in front of you
11  Exhibit 165.  And I'll represent to you, sir -- in
12  front of you is Exhibit 165, and I'll represent to you
13  this is the booking request for the three DVB
14  shipments which were loaded aboard the FLAMINIA during
15  the casualty voyage.  Okay?
16       A.   Yes.
17       Q.   Let's take a look at temperature monitoring.
18  Below that it says "If container is greater than 27
19  Celsius, the ISO container cannot be shipped."
20            Do you see that?
21       A.   Yes.
22       Q.   And I believe you just said that you consider
23  that to be a safety warning; correct?
24            MR. NICOLETTI:  Objection as to form.
25       You can answer.

```
 1   FLOOD - CARIO

 2              THE WITNESS:  Yes.

 3   BY MR. FLOOD:

 4       Q.  And that safety warning, therefore, should

 5   have been conveyed by Stolt to MSC; correct?

 6              MR. NICOLETTI:  Objection as to form.

 7         You can answer.

 8              THE WITNESS:  I would have recommended

 9         that.

10   BY MR. FLOOD:

11       Q.  You would have recommended it.  Well, should

12   that -- so it's your testimony that you would have

13   recommended to Stolt personnel to pass that safety

14   warning on to MSC; correct?

15              MR. NICOLETTI:  Objection as to form.

16         You can answer.

17              THE WITNESS:  Yes.

18   BY MR. FLOOD:

19       Q.  Did you see this booking request, sir, at the

20   time of the subject shipment?

21       A.  No.

22       Q.  And why not?

23       A.  Because this is part of the operations group,

24   and I don't see the documents that come in from their

25   customers.
```

John Cario                                        February 12, 2015
In Re: M/V MSC FLAMINIA

                                                              118

1   FLOOD - CARIO
2       Q.  Is there any other temperature warnings -- up
3   top it says Ocean Bill of Lading, and it says
4   "Temperature control instructions.  Container to be
5   stowed in stack or below deck to avoid exposure to
6   direct sunlight."  And then the next sentence, it
7   says, "Do not stow near heat sources."
8           The sentence "Do not stow near heat sources,"
9   is that a safety warning, sir?
10              MR. NICOLETTI:  Objection as to form.
11          You can answer.
12              THE WITNESS:  Yes.
13  BY MR. FLOOD:
14      Q.  And should that instruction have been passed
15  on to MSC?
16              MR. NICOLETTI:  Same objection.
17              THE WITNESS:  Yes.
18  BY MR. FLOOD:
19      Q.  And do you know whether or not that
20  instruction was, in fact, passed on to MSC?
21      A.  I do not know.
22      Q.  And when should that instruction have been
23  passed on to MSC; at the time the preliminary DGD was
24  submitted to the ocean carrier?
25              MR. NICOLETTI:  Objection as to form.

            Tom Crites and Associates International, Inc.
                            critesintl.com