**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CONTI 11.CONTAINER SCHIFFAHRTS – GMBH & CO. KG MS "MSC FLAMINIA," AS OWNER, AND NSB NIEDERELBE SCHIFFAHRTSGESELLSCHAFT MBH & CO. KG, AS OPERATOR, OF THE MSC FLAMINIA FOR EXONERATION FROM LIMITATION OF LIABILITY | **MASTER FILE 12 CV 8892 (KBF)**<br><br>**DECLARATION OF JAMES W. JOHNSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, JAMES W. JOHNSON, declares as follows:

1. I am a Member of the firm of Ricci Tyrrell Johnson & Grey, attorneys for BDP International, Inc., and I am duly admitted Pro Hac Vice to practice before the United States District Court for the Southern District of New York in this matter.
2. This Declaration is executed by the undersigned in support of the motion of BDP International, Inc. for Summary Judgment.
3. Attached as Exhibit 1 is a true and correct copy of Exhibit 165 from the Cassandra Shore deposition of September 29, 2014.
4. Attached as Exhibit 2 is a true and correct copy of Exhibit NSB-16.
5. Attached as Exhibit 3 is a true and correct copy of the SNTG-BDP Logistics Alliance Agreement produced by Stolt as Bates Nos. STC 08244-STC 08268.

6. Attached as Exhibit 4 is a true and correct copy of excerpts from the expert report of Russell Steele dated June 1, 2016.

7. Attached as Exhibit 5 is a true and correct copy of excerpts from the deposition of Michael Herrera from June 24, 2014.

8. Attached as Exhibit 6 is a true and correct copy of excerpts from the deposition of Dirk Vande Velde of May 8, 2015

9. Attached as Exhibit 7 is a true and correct copy of excerpts from the deposition of Mario Gonzalez of June 27, 2014.

10. Attached as Exhibit 8 is a true and correct copy of excerpts from the deposition of Christopher Downey June 23, 2014.

11. Attached as Exhibit 9 is a true and correct copy of excerpts from the deposition of Dean Kutz of June 26, 2014.

12. Attached as Exhibit 10 is a true and correct copy of excerpts from the deposition of Michael Deaton of June 25, 2014.

13. Attached as Exhibit 11 is a true and correct copy of the Dangerous Goods Declarations which were produced in discovery and marked with bates Nos. 053030 and 053081.

14. Attached as Exhibit 12 is a true and correct copy of excerpts from the deposition of Christopher Downey Exhibit 46.

Attached as Exhibit 13 is a true and correct copy of excerpts from the deposition of Tytrinia Breaux of December 17, 2015.

15. Attached as Exhibit 14 is a true and correct copy of Exhibit 418 from the deposition of Skip Smith of February 10, 2015.

16. Attached as Exhibit 15 is a true and correct copy of excerpts from the deposition of Erin Bruening of February 9, 2015.

17. Attached as Exhibit 16 is a true and correct copy of Exhibit 49 from the deposition of Michael Herrera of June 24, 2014.

18. Attached as Exhibit 17 is a true and correct copy of Exhibit 50 from the deposition of Michael Herrera of June 24, 2014.

19. Attached as Exhibit 18 is a true and correct copy of Exhibit 53 from the deposition of Michael Herrera of June 24, 2014.

20. Attached as Exhibit 19 is a true and correct copy of Exhibits 56, 57 and 58 from the deposition of Michael Herrera of June 24, 2014.

21. Attached as Exhibit 20 is a true and correct copy of Exhibits 83, 84 and 85 from dep of Mario Gonzalez of June 27, 2014.

22. Attached as Exhibit 21 is a true and correct copy of MSC document 052997 produced in discovery.

23. Attached as Exhibit 22 is a true and correct copy of the report of Frits Wybenga of June 1, 2016.

24. Attached as Exhibit 23 is a true and correct copy of the report of Charles Hunt.

25. Attached as Exhibit 24 is a true and correct copy of the report of Robert F. Ahlborn of June 1, 2016.

26. Attached as Exhibit 25 is a true and correct copy of the report of Michael Daum of September 15, 2016.

27. Attached as Exhibit 26 is a true and correct copy of the report of Gregory Borossay of June 1, 2016.

28. Attached as Exhibit 27 is a true and correct copy of the report of Dr. Ivan Vince of May 26, 2016.

29. Attached as Exhibit 28 is a true and correct copy of excerpts from the deposition of Robert Elefante of November 23, 2015.

30. Attached as Exhibit 29 is a true and correct copy of excerpts from the deposition of Greg Galloway of March 9, 2015.

31. I declare under penalty of perjury that the foregoing is true and correct.

RICCI TYRRELL JOHNSON & GREY

By: ______________________________
James W. Johnson, Esquire
E. Michael Keating, III, Esquire
Eric S. Pasternack, Esquire
Attorneys for Defendant,
BDP International, Inc.

Dated: October 17, 2016