UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE M/V MSC FLAMINIA | : | MASTER FILE: 12 Civ. 8892 (KBF) |
| THIS DOCUMENT RELATES TO: | : | **DECLARATION OF PETER R. KNIGHT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| ALL ACTIONS | : | |

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, PETER R. KNIGHT, declares as follows:

1. I am a Partner in the law firm of Robinson & Cole, LLP, counsel for Cross-claim Defendants, Chemtura Corporation, Chemtura Italy S.R.L., and Chemtura Europe GMBH (collectively, "Chemtura"), as well as Third Party Defendant Rubicon, LLC ("Rubicon"), and I am duly admitted Pro Hac Vice to practice before the United States District Court for the Southern District of New York in this matter.

2. This Declaration is executed by the undersigned in support of Chemtura's and Rubicon's Motion for Summary Judgment.

3. Attached as Appendix A is a Table of Claims Asserted Against Chemtura and Rubicon.

4. Attached as Appendix B is a true and correct copy of excerpts from the International Maritime Dangerous Goods Code in effect at the time of the Flaminia casualty.

5. Attached as Exhibit A is a true and correct copy of excerpts from Combustion Science & Engineering, Inc.'s Analysis of the Deflagration and Fire on Board the MV MSC Flaminia, dated June 1, 2016.

6. Attached as Exhibit B is a true and correct copy of Chemtura's Tank Truck Inspection Check Sheets for DPA loads, dated June 21-25, 2012.

7. Attached as Exhibit C is a true and correct copy of excerpts from R. van Uffelen's Expert Report, dated June 1, 2016.

8. Attached as Exhibit D is a true and correct copy of excerpts from the Deposition of Elizabeth Thomasino, dated October 14, 2015.

9. Attached as Exhibit E is a true and correct copy of excerpts from the Deposition of James Parker, dated September 12, 2014.

10. Attached as Exhibit F is a true and correct copy of excerpts from Steven C. Hunt's Expert Report, dated May 31, 2016.

11. Attached as Exhibit G is a true and correct copy of excerpts from James L. Dolan's Expert Report, dated September 16, 2016.

12. Attached as Exhibit H is a true and correct copy of excerpts from the Deposition of Greg Cooper, dated March 8, 2016.

13. Attached as Exhibit I is a true and correct copy of excerpts from Dr. Paul Beeley's Expert Report, dated June 1, 2016.

14. Attached as Exhibit J is a true and correct copy of Chemtura's Product Stewardship Summary: Diphenylamine.

15. Attached as Exhibit K is a true and correct copy of Chemtura's DPA MSDS dated July 25, 2008.

16. Attached as Exhibit L is a true and correct copy of excerpts from the Deposition of David Kobe, dated October 8, 2015.

17. Attached as Exhibit M is a true and correct copy of excerpts from the Deposition of Samuel Watson, dated February 2, 2016.

18. Attached as Exhibit N is a true and correct copy of Rubicon's Procedure for DPA Tank Trailer Loading.

19. Attached as Exhibit O is a true and correct copy of the Willbros LLC Final Report, dated November, 2013.

20. Attached as Exhibit P is a true and correct copy of excerpts from Dr. Joseph V. Porcelli's Report, dated June 1, 2016.

21. Attached as Exhibit Q is a true and correct copy of excerpts from Robert F. Ahlborn's Expert Report, dated June 1, 2016.

22. Attached as Exhibit R is a true and correct copy of excerpts from the Deposition of Steven C. Hunt, dated November 21, 2016.

23. Attached as Exhibit S is a true and correct copy of excerpts from Gene Sanders' Expert Report, dated September 23, 2016.

24. Attached as Exhibit T is a true and accurate copy of excerpts from Scott G. Davis' Report, dated September 26, 2016.

25. Attached as Exhibit U is a true and accurate copy of excerpts from Gene Sander's Report, dated June 1, 2016.

26. Attached as Exhibit V is a true and accurate copy of excerpts from the Deposition of Christopher Downey, dated June 23, 2014.

27. Attached as Exhibit W is a true and accurate copy of excerpts from the Deposition of Ernest Marcel, dated October 30, 2015.

28. Attached as Exhibit X is a true and accurate copy of excerpts from Frits Wybenga's Expert Report, dated June 1, 2016.

29. Attached as Exhibit Y is a true and accurate copy of excerpts from Charles C. Hunt's Report, dated September 19, 2016.

30. Attached as Exhibit Z is a true and accurate copy of excerpts from the Deposition of Gene Sanders, dated October 21, 2016.

31. Attached as Exhibit AA is a true and accurate copy of excerpts from R. van Uffelen's Supplementary Report, dated September 19, 2016.

32. Attached as Exhibit BB is a true and accurate copy of the U.S. DOT Research and Special Programs Administration Notice of Proposed Rule Making ("NPRM"), HM-198A.

33. Attached as Exhibit CC is a true and accurate copy of the Pipeline and Hazardous Materials Safety Administration's Letter of Interpretation, dated June 19, 2009.

34. Attached as Exhibit DD is a true and accurate copy of excerpts from the Deposition of Michael Deaton, dated June 25, 2014.

35. Attached as Exhibit EE is a true and accurate copy of excerpts from the Deposition of Christopher Downey dated September 23, 2015.

36. Attached as Exhibit FF is a true and accurate copy of excerpts from the Deposition of Dean Kuntz, dated June 26, 2014.

37. Attached as Exhibit GG are true and accurate copies of the MSC Flaminia Stowage Advise Checklists.

38. Attached as Exhibit HH is a true and accurate copy of excerpts from the Deposition of Dean Kuntz, dated September 22, 2015.

39. Attached as Exhibit II is a true and accurate copy of excerpts from the Deposition of Dirk Vande Velde, dated May 8, 2015.

40. Attached as Exhibit JJ is a true and accurate copy of excerpts from the Deposition of R. van Uffelen, dated December 22, 2016.

41. Attached as Exhibit KK is a true and accurate copy of excerpts from the Deposition of Michael Price, dated October 22, 2015.

42. Attached as Exhibit LL is a true and accurate copy of MSC's Contract of Carriage ("Bill of Lading").

Dated: New York, New York

January 30, 2017

ROBINSON & COLE LLP
*Attorneys for Chemtura Corporation, Chemtura Italy S.R.L., Chemtura Europe GmbH and Rubicon, LLC*

By: ______________________
Joseph L. Clasen
Peter R. Knight
666 Third Avenue, 20th Floor
New York, New York 10017
Tel: 212-451-2900
Fax: 212-451-2999
jclasen@rc.com
pknight@rc.com