BROWN GAVALAS & FROMM LLP
Attorneys for BULKHAUL LTD. and
BULKHAUL (USA) INC.
555 Fifth Avenue
New York, New York 10017
Tel: (212) 983-85003
Fax: (212) 983-5946

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE M/V MSC FLAMINIA | : | MASTER FILE: 12 Civ. 8892 (KBF) |
| | : | |
| | : | **DECLARATION OF** |
| | : | **PETER SKOUFALOS** |
| THIS DOCUMENT RELATES TO: | : | |
| ALL ACTIONS. | : | |
| | : | |

PETER SKOUFALOS hereby states and declares as follows:

1. I am an attorney duly admitted to the bar of this Court and am a member of the law firm of Brown Gavalas & Fromm, LLP, attorneys for the defendants herein, BULKHAUL LTD. and BULKHAUL (USA) INC. (hereinafter "Bulkhaul"). The statements made in this Declaration are true and correct to the best of my knowledge and are based upon my review of the file maintained at the above-named law firm.

2. Annexed hereto as Exhibit "1" is a true and correct copy of excerpts from the deposition of Dennis McCullough from March 2, 2015.

3. Annexed hereto as Exhibit "2" is a true and correct copy of excerpts from the deposition of Elizabeth Thomasino from October 14, 2015.

4. Annexed hereto as Exhibit "3" is a true and correct copy of excerpts from the deposition of Wendy Chin from October 15, 2015.

5. Annexed hereto as Exhibit "4" is a true and correct copy of excerpts from the deposition of Ernest Marcel from October 30, 2015.

6. Annexed hereto as Exhibit "5" is a true and correct copy of excerpts from the deposition of David Spira from November 6, 2015.

7. Annexed hereto as Exhibit "6" is a true and correct copy of excerpts from the deposition of David Kobe from October 8, 2015.

8. Annexed hereto as Exhibit "7" is a true and correct copy of excerpts from the deposition of Cassandra Shore from September 29, 2014.

9. Annexed hereto as Exhibit "8" is a true and correct copy of excerpts from the deposition of William Sikma, as Stolt's Rule 30(b)(6) witness under the Federal Rules of Civil Procedure, from December 10, 2015.

10. Annexed hereto as Exhibit "9" is a true and correct copy of excerpts from the deposition of Robert Ortiz from November 17, 2014.

11. Annexed hereto as Exhibit "10" is a true and correct copy of excerpts from the deposition Christopher Downey from June 23, 2014 ("Downey I").

12. Annexed hereto as Exhibit "11" is a true and correct copy of excerpts from the deposition of Christopher Downey, as MSC's Rule 30(b)(6) witness under the Federal Rules of Civil Procedure, from September 23, 2015 ("Downey II").

13. Annexed hereto as Exhibit "12" is a true and correct copy of excerpts from the deposition of Captain Dean Kutz from June 26, 2014.

14. Annexed hereto as Exhibit "13" is a true and correct copy of excerpts from the deposition of Michael Deaton from June 25, 2014.

15. Annexed hereto as Exhibit "14" is a true and correct copy of excerpts from the deposition of Dirk Vande Velde from May 8, 2015 ("Vande Velde I").

16. Annexed hereto as Exhibit "15" is a true and correct copy of excerpts from the

deposition of Dirks Vande Velde from November 16, 2015 ("Vande Velde II").

17. Annexed hereto as Exhibit "16" is a true and correct copy of excerpts from the deposition of Christopher Parvin from April 16, 2015

18. Annexed hereto as Exhibit "17" is a true and correct copy of excerpts from the deposition of James Parker from September 12, 2014.

19. Annexed hereto as Exhibit "18" is a true and correct copy of the expert report of Robert Van Uffelen dated June 1, 2016, also known as Exhibit 1499 from the deposition of Robert Van Uffelen on December 22, 2016.

20. Annexed hereto as Exhibit "19" is a true and correct copy of the expert report of Bill Brassington dated June 1, 2016, also known as Exhibit 1273 from the deposition of Bill Brassington on October 31, 2016.

21. Annexed hereto as Exhibit "20" is a true and correct copy of the expert report of Gene Sanders dated June 1, 2016, also known as Exhibit 1266 from the deposition of Gene Sanders on October 21, 2016.

22. Annexed hereto as Exhibit "21" is a true and correct copy of the expert report of CS&E dated June 1, 2016, also known as Exhibit 1325 from the deposition of Douglas Carpenter on December 13, 2016.

23. Annexed hereto as Exhibit "22" is a true and correct copy of the expert report of Michael Daum dated June 1, 2016, also known as Exhibit 1304 from the deposition of Michael Daum on November 9, 2016.

24. Annexed hereto as Exhibit "23" is a true and correct copy of the expert report of Robert Ahlborn dated June 1, 2016, also known as Exhibit 1446 from the deposition of Robert Ahlborn on December 13, 2016.

25. Annexed hereto as Exhibit "24" is a true and correct copy of the expert report of Steven Hunt dated May 31, 2016, also known as Exhibit 1357 from the deposition of Steven Hunt from November 21, 2016.

26. Annexed hereto as Exhibit "25" is a true and correct copy of the expert report of Frits Wybenga dated June 1, 2016, also known as Exhibit 1603 from the deposition of Frits Wybenga on January 19, 2017.

27. Annexed hereto as Exhibit "26" is a true and correct copy of the expert report of Ivan Vince dated May 26, 2016, also known as Exhibit 1545 from the deposition of Ivan Vince on January 7, 2017.

28. Annexed hereto as Exhibit "27" is a true and correct copy of the rebuttal expert report of Robert Van Uffelen dated September 19, 2016, also known as Exhibit 1500 from the deposition of Robert Van Uffelen on December 22, 2016.

29. Annexed hereto as Exhibit "28" is a true and correct copy of the rebuttal expert report of Bill Brassington dated September 20, 2016, also known as Exhibit 1278 from the deposition of Bill Brassington on October 31, 2016.

30. Annexed hereto as Exhibit "29" is a true and correct copy of the rebuttal expert report of Gene Sanders dated September 20, 2016, also known as Exhibit 1267 from the deposition of Gene Sanders on October 21, 2016.

31. Annexed hereto as Exhibit "30" is a true and correct copy of the rebuttal expert report of Michael Daum dated September 15, 2016, also known as Exhibit 1306 from the deposition of Michael Daum on November 9, 2016.

32. Annexed hereto as Exhibit "31" is a true and correct copy of the rebuttal expert report of Robert Ahlborn dated September 19, 2016, also known as Exhibit 1447 from the

deposition of Robert Ahlborn on December 13, 2016.

33. Annexed hereto as Exhibit "32" is a true and correct copy of the rebuttal expert report of CS&E dated September 26, 2016, also known as Exhibit 1326 from the deposition of Douglas Carpenter on December 13, 2016.

34. Annexed hereto as Exhibit "33" is a true and correct copy of excerpts from the deposition of Robert Van Uffelen from December 22, 2016.

35. Annexed hereto as Exhibit "34" is a true and correct copy of excerpts from the deposition of Michael Daum from November 9, 2016.

36. Annexed hereto as Exhibit "35" is a true and correct copy of excerpts from the deposition of Robert Ahlborn from December 13, 2016.

37. Annexed hereto as Exhibit "36" is a true and correct copy of excerpts from the deposition of Steven Hunt from November 21, 2016.

38. Annexed hereto as Exhibit "37" is a true and correct copy of excerpts from the deposition of Frits Wybenga from January 19, 2016.

39. Annexed hereto as Exhibit "38" is a true and correct copy of excerpts from Exhibit 16 from the deposition of Echart Moeller on March 5, 2014.

40. Annexed hereto as Exhibit "39" is a true and correct copy of Exhibit 39 from the deposition of Christopher Downey on June 23, 2014.

41. Annexed hereto as Exhibit "40" is a true and correct copy of Exhibit 44 from the deposition of Christopher Downey on June 23, 2014.

42. Annexed hereto as Exhibit "41" is a true and correct copy of Exhibit 46 from the deposition of Christopher Downey on June 23, 2014.

43. Annexed hereto as Exhibit "42" is a true and correct copy of Exhibit 47 from the

deposition of Christopher Downey on June 23, 2014

44. Annexed hereto as Exhibit "43" is a true and correct copy of Exhibit 75 from the deposition of Michael Deaton on June 25, 2014.

45. Annexed hereto as Exhibit "44" is a true and correct copy of Exhibit 76 from the deposition of Michael Deaton on June 25, 2014.

46. Annexed hereto as Exhibit "45" is a true and correct copy of Exhibit 77 from the deposition of Michael Deaton on June 25, 2014.

47. Annexed hereto as Exhibit "46" is a true and correct copy of Exhibit 80 from the deposition of Captain Dean Kutz on June 26, 2014.

48. Annexed hereto as Exhibit "47" is a true and correct copy of Exhibit 112 from the deposition of Anthony Ortego on September 10, 2014.

49. Annexed hereto as Exhibit "48" is a true and correct copy of Exhibit 113 from the deposition of Anthony Ortego on September 10, 2014.

50. Annexed hereto as Exhibit "49" is a true and correct copy of Exhibit 127 from the deposition of James Parker on September 12, 2014.

51. Annexed hereto as Exhibit "50" is a true and correct copy of Exhibit 128 from the deposition of James Parker on September 12, 2014.

52. Annexed hereto as Exhibit "51" is a true and correct copy of Exhibit 129 from the deposition of James Parker on September 12, 2014.

53. Annexed hereto as Exhibit "52" is a true and correct copy of Exhibit 130 from the deposition of James Parker on September 12, 2014.

54. Annexed hereto as Exhibit "53" is a true and correct copy of Exhibit 133 from the deposition of James Parker on September 12, 2014.

55. Annexed hereto as Exhibit "54" is a true and correct copy of Exhibit 134 from the deposition of James Parker on September 12, 2014.

56. Annexed hereto as Exhibit "55" is a true and correct copy of Exhibit 135 from the deposition of James Parker on September 12, 2014.

57. Annexed hereto as Exhibit "56" is a true and correct copy of Exhibit 160 from the deposition of Cassandra Shore on September 29, 2014.

58. Annexed hereto as Exhibit "57" is a true and correct copy of Exhibit 164 from the deposition Cassandra Shore on September 29, 2014.

59. Annexed hereto as Exhibit "58" is a true and correct copy of Exhibit 191 from the deposition of Cassandra Shore on September 29, 2014.

60. Annexed hereto as Exhibit "59" is a true and correct copy of Exhibit 316 from the deposition of Robert Ortiz on November 17, 2014.

61. Annexed hereto as Exhibit "60" is a true and correct copy of Exhibit 421 from the deposition of Albert Smith on February 2, 2015.

62. Annexed hereto as Exhibit "61" is a true and correct copy of Exhibit 470 from the deposition of Dennis McCullough on March 2, 2015.

63. Annexed hereto as Exhibit "62" is a true and correct copy of Exhibit 471 from the deposition of Dennis McCullough on March 2, 2015.

64. Annexed hereto as Exhibit "63" is a true and correct copy of Exhibit 474 from the deposition of Dennis McCullough on March 2, 2015.

65. Annexed hereto as Exhibit "64" is a true and correct copy of Exhibit 476-A from the deposition of Dennis McCullough on March 2, 2015.2

66. Annexed hereto as Exhibit "65" is a true and correct copy of Exhibit 476-B from

the deposition of Dennis McCullough on March 2, 2015.

67. Annexed hereto as Exhibit "66" is a true and correct copy of Exhibit 477-E from the deposition of Dennis McCullough on March 2, 2015.

68. Annexed hereto as Exhibit "67" is a true and correct copy of Exhibit 478 from the deposition of Dennis McCullough on March 2, 2015.

69. Annexed hereto as Exhibit "68" is a true and correct copy of Exhibit 491 from the deposition of Gregory Galloway on March 9, 2015.

70. Annexed hereto as Exhibit "69" is a true and correct copy of Exhibit 634 from the deposition of David Kobe on October 8, 2015.

71. Annexed hereto as Exhibit "70" is a true and correct copy of Exhibit 646 from the deposition of David Spira on November 6, 2015.

72. Annexed hereto as Exhibit "71" is a true and correct copy of Exhibit 1117 from the deposition of William Sikma on December 10, 2015.

73. Annexed hereto as Exhibit "72" is a true and correct copy of Exhibit 1370 from the deposition of William Sikma on November 21, 2016.

74. Annexed hereto as Exhibit "73" is a true and correct copy of Exhibit 1371 from the deposition of William Sikma on November 21, 2016.

75. Annexed hereto as Exhibit "74" is a true and correct copy of correspondence from MG Maher regarding booking requests for the transport of DPA containers on the subject voyage, with Bates Nos. of BULK 000595-596, and BULK 000675.

76. Annexed hereto as Exhibit "75" is a true and correct copy of Bulkhaul Order & Vessel Booking Confirmation forms regarding the transport of certain DPA containers, with Bates Nos. of BULK 000677 and BULK 000767.

77. Annexed hereto as Exhibit "76" is a true and correct copy of Shipping and Loading Instructions provided by Bulkhaul regarding the preparation, loading, and delivery of certain DPA containers, produced as Bates Nos. BULK 000599, BOASSO 000052, and BOASSO 000107.

78. Annexed hereto as Exhibit "77" is a true and correct copy of the TT Club General Average guarantee dated October 10, 2012 and given on behalf of Bulkhaul in respect of Conti's demand for general average contributions from Bulkhaul.

79. Annexed hereto as Exhibit "78" is a true and correct copy of the last status report from the General Average Adjuster dated June 2, 2016.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

By: /s/ Peter Skoufalos
Peter Skoufalos (PS-0105)