Joseph J. Perrone
Matthew M. Gorden
Giuliano McDonnell & Perrone, LLP
***Attorneys for DELTECH CORPORATION***
237 West 35th Street, Suite 706
New York, New York 10001
Telephone: (646) 328-0120
Facsimile: (646) 328-0121

- and -

Harry L. Manion III
Lawrence K. DeMeo
Manion Gaynor & Manning LLP
***Attorneys for DELTECH CORPORATION***
125 High Street, 6th Floor, Oliver Street Tower
Boston, MA 02110
Telephone: (617) 670-8573
Facsimile: (617) 670-8773

- and -

Charles E. Schmidt
Kennedy Lillis Schmidt & English
***Attorneys for DELTECH EUROPE, LTD. & NATIONAL UNION FIRE INS. CO. OF PITTS. PA. a/s/o DELTECH CORPORATION***
75 Maiden Lane, Suite 402
New York, New York 10038-4816
Telephone: (212) 430-0800
Facsimile: (212) 430-0851

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

IN RE M/V MSC FLAMINIA — 12 Civ. 8892 (KBF)(HBP)

-----------------------------------------------------X

THIS DOCUMENT RELATES TO:

ALL ACTIONS

-----------------------------------------------------X

---

**DECLARATION OF LAWRENCE K. DEMEO, ESQ.**
**IN SUPPORT OF DELTECH CORPORATION'S MOTION TO**
**EXCLUDE THE EXPERT TESTIMONY OF DAVID A. ROBBINS**

---

I, Lawrence K. DeMeo, Esq., declare under the penalty of perjury as follows:

1. I am a member of the firm of Manion Gaynor & Manning LLP, attorneys for Deltech Corporation ("Deltech") in all its capacities. I am admitted to the Bar of the Commonwealth of Massachusetts and am admitted *pro hac vice* in this matter. Accordingly, I am fully familiar with the facts alleged herein.

2. I submit this declaration on behalf of Deltech and in support of Deltech's Motion to Exclude the Expert Testimony of David A. Robbins, the purported cause and origin expert retained in this matter by Conti 11. Container Schiffahrts-GmbH & Co. KG "MSC Flaminia" ("Conti") and NSB Niederelbe Schiffahrtsgesellschaft mbH & Co. KG ("NSB"), the owner and the operator, respectively, of the M/V MSC Flaminia (the "Flaminia").

3. Attached as Exhibit A are true and accurate excerpts from the transcript of the deposition of David A. Robbins, taken in this matter on January 10, 2017.

4. Attached as Exhibit B is a true and accurate copy of the Initial Expert Report of David A. Robbins, titled "Report Concerning the Cause of the Explosion on the MV 'MSC Flaminia' on 14 July 2012 While at Sea" and dated June 1, 2016, which was marked as Exhibit 1555 during the deposition of David A. Robbins, taken in this matter on January 10, 2017. Robbins' Initial Report includes Appendices 1-20 thereto. Of note, Appendix 1 is the "Career Summary of David Robbins"; Appendix 10 is the Initial Report of Mr. John Fuller, titled "Report on an Inspection of Divinyl Benzene Finishing, Storage, Container Loading and Laboratory

Testing Facilities at Deltech Corporation, 11911 Scenic Highway, Baton Rouge, Louisiana 70808, USA on 29 July 2015" and dated May 27, 2016; Appendix 12 is "A Summary of Other Incidents Involving DVB"; Appendix 21 is titled "A Temperature Study in Cargo Hold 4 of the MV 'MSC Flaminia'"; Appendix 22 is titled "The Method Protocol and Summary Report from Intertek MSG, Wilton, UK for the Collection and Analysis of the PVC Tubing from the Smoke Detection System"; Appendix 23 is the Initial Report of Mr. Edward Hammersley, titled "Report Concerning the Chemical Analysis of the Samples and Exhibits Collected During an Investigation into the Cause of the Explosion on the MSC Flaminia on 14 July 2012" and dated June 1, 2016; Appendix 24 is the Initial Report of Dr. Ian Wadsworth, titled "Report of Dr. Ian Wadsworth Concerning Metallurgical Investigations of the Remains of a Number of Containers That Had Been Discharged from Hold 4 of the MV MSC Flaminia Following an Explosion and Fire, Which Occurred on 14 July 2012" and dated May 26, 2016; and Appendix 29 is titled "Heat Transfer Calculations."

5. Attached as Exhibit C is a true and accurate copy of the Rebuttal Expert Report of David A. Robbins, titled "Rebuttal Report Concerning the Explosion on the MV MSC Flaminia on 14 July 2012" and dated September 16, 2016, which was marked as Exhibit 1557 during the deposition of David A. Robbins, taken in this matter on January 10, 2017. Robbins' Initial Report includes Appendices 1-20 thereto. Of note, Appendix 1 is titled "The Results of the SADT Determination of a Sample of DVB 80 as Received by DEKRA Insight"; and Appendix 2

is titled “The Results of the SADT Determination of a Sample of DVB 80 After Nitrogen Purging by DEKRA Insight.”

6. Attached as Exhibit D are true and accurate excerpts from the transcript of the deposition of Michael Neff, an expert witness retained by BASF Corporation, taken in this matter on October 19, 2016.

7. Attached as Exhibit E is a true and accurate copy of Hammersley’s Rebuttal Report, titled “Rebuttal Report Concerning the Chemical Analysis of the Samples and Exhibits Collected During an Investigation into the Cause of the Explosion on the MSC Flaminia on 14 July 2012” and dated September 16, 2016. Hammersley’s Rebuttal Report includes Appendices 1-4 thereto.

8. Attached as Exhibit F is a true and accurate copy of Wadsworth’s Rebuttal report, titled “Rebuttal Report of Dr. Ian Wadsworth Concerning Metallurgical Investigations of the Remains of a Number of Containers That Had Been Discharged from Hold 4 of the MV MSC Flaminia Following an Explosion and Fire, Which Occurred on 14 July 2012” and dated September 13, 2016.

9. Attached as Exhibit G is a true and accurate copy of the Initial Expert Report of Robert E. Harshman, P.E. on behalf of Deltech, titled “Report on the Explosion and Fire that Occurred Aboard the M/V MSC Flaminia on the 14th July 2012” and dated June 1, 2016.

10. Attached as Exhibit H is a true and accurate copy of the Initial Expert Report of Captain Brian J. Hall submitted on behalf of Mediterranean Shipping Company, S.A., dated May 30, 2016.

11. Attached as Exhibit I is a true and accurate copy of the Initial Expert Report of Daniel S. DellaSala submitted on behalf of Cargo Interests and dated May 31, 2012.

12. Attached as Exhibit J is a true and accurate copy of the Initial Expert Report of David Gossman submitted on behalf of Stolt-Nielsen USA. Inc. and Stolt Tank Containers B.V. and dated June 1, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Boston, Massachusetts
February 24, 2017

By: ______________________

Lawrence K. DeMeo, Esq.
Manion Gaynor & Manning LLP
125 High Street, Sixth Floor
Oliver Street Tower
Boston, Massachusetts 02110
Telephone: (617) 670-8573
Facsimile: (617) 670-8773
Email: ldemeo@mgmlaw.com
***Attorney for Deltech Corporation***