Joseph J. Perrone
Matthew M. Gorden
Giuliano McDonnell & Perrone, LLP
***Attorneys for DELTECH CORPORATION***
237 West 35th Street, Suite 706
New York, New York 10001
Telephone: (646) 328-0120
Facsimile: (646) 328-0121

- and -

Harry L. Manion
Lawrence K. DeMeo
Manion Gaynor & Manning LLP
***Attorneys for DELTECH CORPORATION***
125 High Street, 6th Floor, Oliver Street Tower
Boston, MA 02110
Telephone: (617) 670-8573
Facsimile: (617) 670-8773

- and -

Charles E. Schmidt
Kennedy Lillis Schmidt & English
***Attorneys for NATIONAL UNION FIRE INS. CO. OF PITTS. PA. a/s/o DELTECH CORPORATION***
75 Maiden Lane, Suite 402
New York, New York 10038-4816
Telephone: (212) 430-0800
Facsimile: (212) 430-0851

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

IN RE M/V MSC FLAMINIA

12 Civ. 8892 (KBF)(HBP)

-------------------------------------------------------X
THIS DOCUMENT RELATES TO:

ALL ACTIONS

**DECLARATION OF**
**<u>JOSEPH J. PERRONE, ESQ.</u>**

-------------------------------------------------------X

Joseph J. Perrone declares under the penalty of perjury as follows:

1. I am admitted to the Bar of this Court. I am a member of the firm of Giuliano McDonnell & Perrone, LLP, attorneys for Deltech Corporation ("Deltech") in all its capacities. I am one of the attorneys of record for Deltech in the above action. Accordingly, I am fully familiar with the facts alleged herein.

2. I submit this declaration on behalf of Deltech and in support of its motion to preclude the testimony and reports of Paul Beeley, Ph.D., an expert witness retained for MSC Mediterranean Shipping Company, S.A. ("MSC"), from being offered at trial.

3. Attached as Exhibit 1 is a true and accurate copy of the transcript of the deposition of Dr. Paul Beeley, taken in this matter on December 5, 2016.

4. Attached as Exhibit 2 is a true and accurate copy of Dr. Beeley's primary expert report, titled "Report Concerning the Explosion and Fire Aboard MSC Flaminia at Sea on 14th July 2012" and dated June 1, 2016, along with all appendices thereto (appendices 1 through 16).

5. Attached as Exhibit 3 is a true and accurate copy of Dr. Beeley's rebuttal report in response to the primary report issued by Mr. David Gossman. Dr. Beeley's rebuttal report is titled "Comments on the Report of Mr. David Grossman, Prepared on Behalf of Deltech," which is dated September 25, 2016.

6. Attached as Exhibit 4 is a true and accurate copy of Dr. Beeley's rebuttal report in response to the primary report issued by Ms. Jamie Petty-Galis. Dr. Beeley's rebuttal report is titled "Comments on the Report of Ms. Jamie Petty-Galis, Prepared on Behalf of Deltech," which is dated September 25, 2016.

7. Attached as Exhibit 5 is a true and accurate copy of Dr. Beeley's rebuttal report in response to the primary report issued by Mr. Kelly Wouters. Dr. Beeley's rebuttal report is titled

"Comments on the Report of Mr. Kelly Wouters, Prepared on Behalf of Deltech," which is dated September 25, 2016.

8. Attached as Exhibit 6 is a true and accurate copy of Dr. Beeley's rebuttal report in response to the primary report issued by Dr. Scott Davis. Dr. Beeley's rebuttal report is titled "Comments on the Report of Dr. Scott Davis, Prepared on Behalf of Deltech," which is dated September 25, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 24, 2017

______________________________
Joseph J. Perrone, Esq.