**Deltech Corporation**, by
GIULIANO MCDONNELL & PERRONE, LLP
Joseph J. Perrone
Matthew M. Gorden
237 West 35th Street, Suite 706
New York, New York 10001
Telephone: (646) 328-0120
Facsimile: (646) 328-0121

-and-

MANION GAYNOR & MANNING LLP
Harry L. Manion III
Lawrence K. DeMeo
125 High Street
Boston, MA 02110
Telephone: (617) 670-8573
Facsimile: (617) 670-8773

**Stolt-Nielsen USA Inc. and Stolt Tank Containers B.V.**, by
NICOLETTI HORNIG & SWEENEY
John A.V. Nicoletti
James F. Sweeney
Robert A. Novak
David S. Wenger
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, NY 10005
Telephone: (212) 220-3830
Facsimile: (212) 220-3780

-and-

MENDES & MOUNT LLP
Stephen V. Rible
750 Seventh Avenue
New York, NY 10019
Tel: (212) 261-8000
Fax: (212) 261-8750

**Deltech Europe, LTD., & National Union Fire Ins. Co. of Pitts. PA a/s/o Deltech Corp.**, by
KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt
75 Maiden Lane, Suite 402
New York, New York 10038-4816
Telephone: (212) 430-0800
Facsimile: (212) 430-0851

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

IN RE M/V MSC FLAMINIA — 12 Civ. 8892 (KBF)(HBP)

-----------------------------------------------------X

THIS DOCUMENT RELATES TO:

ALL ACTIONS

-----------------------------------------------------X

**DECLARATION OF LAWRENCE K. DEMEO, ESQ.**
**IN SUPPORT OF COMBINED OPPOSITION OF DELTECH AND STOLT TO MOTIONS FOR SUMMARY JUDGMENT OF BULKHAUL AND CHEMTURA**

I, Lawrence K. DeMeo, Esq., declare under the penalty of perjury as follows:

1. I am a member of the firm of Manion Gaynor & Manning LLP, attorneys for Deltech Corporation ("Deltech") in all its capacities. I am admitted to the Bar of the Commonwealth of Massachusetts and am admitted *pro hac vice* in this matter. Accordingly, I am fully familiar with the facts alleged herein.

2. I submit this declaration on behalf of Deltech and Stolt-Nielsen USA. Inc. and Stolt Tank Containers B.V. ("Stolt") and in support of Deltech and Stolt's Combined Opposition to the Motions for Summary Judgment Filed by (1) Chemtura Corporation, Chemtura Italy S.R.L., Chemtura Europe GMBH and Rubicon, LLC and (2) Bulkhaul, Ltd., and Bulkhaul (USA), Inc.

3. Attached as Exhibit 1 is a true and accurate copy of Exhibit 108, marked during the deposition of Anthony Ortego, taken in this matter on September 10, 2014.

4. Attached as Exhibit 2 is a true and accurate copy of Exhibit 109, marked during the deposition of Anthony Ortego, taken in this matter on September 10, 2014.

5. Attached as Exhibit 3 is a true and accurate copy of Exhibit 110, marked during the deposition of Anthony Ortego, taken in this matter on September 10, 2014.

6. Attached as Exhibit 4 are true and accurate excerpts from the transcript of the deposition of Elizabeth Thomasino, taken in this matter on October 14, 2015.

7. Attached as Exhibit 5 are true and accurate excerpts from the transcript of the deposition of David Spira, taken in this matter on November 6, 2015.

8. Attached as Exhibit 6 is a true and accurate copy of Exhibit 474, marked during the deposition of Dennis McCullough, taken in this matter on March 2, 2015.

9. Attached as Exhibit 7 is a true and accurate copy of Exhibit 114, marked during the deposition of Anthony Ortego, taken in this matter on September 10, 2014.

10. Attached as Exhibit 8 is a true and accurate copy of Exhibit 115, marked during the deposition of Anthony Ortego, taken in this matter on September 10, 2014.

11. Attached as Exhibit 9 is a true and accurate copy of Exhibit 116, marked during the deposition of Anthony Ortego, taken in this matter on September 10, 2014.

12. Attached as Exhibit 10 are true and accurate excerpts from the transcript of the deposition of James Parker, taken in this matter on September 12, 2014.

13. Attached as Exhibit 11 are true and accurate excerpts of Exhibit 44, marked during the deposition of Christopher Downey, taken in this matter on June 23, 2014.

14. Attached as Exhibit 12 are true and accurate excerpts of Exhibit 144, marked during the deposition of James Parker, taken in this matter on September 12, 2014.

15. Attached as Exhibit 13 is a true and accurate copy of Exhibit 143, marked during the deposition of James Parker, taken in this matter on September 12, 2014.

16. Attached as Exhibit 14 is a true and accurate copy of Exhibit 344A, marked during the deposition of Juergen Langer, taken in this matter on December 3, 2014.

17. Attached as Exhibit 15 is a true and accurate copy of Exhibit 344B, marked during the deposition of Juergen Langer, taken in this matter on December 3, 2014.

18. Attached as Exhibit 16 are true and accurate excerpts from the transcript of the deposition of Robert Elefante, taken in this matter on November 23, 2015.

19. Attached as Exhibit 17 are true and accurate excerpts from the transcript of the deposition of Greg Cooper, taken in this matter on March 8, 2016.

20. Attached as Exhibit 18 are true and accurate excerpts from the transcript of the deposition of Zack Levine, taken in this matter on September 30, 2014.

21. Attached as Exhibit 19 are true and accurate excerpts from the rebuttal expert report of Dr. Scott Davis, submitted on behalf of Deltech and dated September 26, 2016.

22. Attached as Exhibit 20 is a true and accurate copy of Exhibit 382, marked during the deposition of Aimee Morton, taken in this matter on February 9, 2015.

23. Attached as Exhibit 21 is a true and accurate copy of Exhibit 125, marked during the deposition of James Parker, taken in this matter on September 12, 2014.

24. Attached as Exhibit 22 is a true and accurate copy of Exhibit 127, marked during the deposition of James Parker, taken in this matter on September 12, 2014.

25. Attached as Exhibit 23 is a true and accurate copy of Exhibit 1036, marked during the deposition of Andrew Cooper, taken in this matter on November 12, 2015.

26. Attached as Exhibit 24 are true and accurate excerpts from the rebuttal expert report of Dr. Kelly L. Wouters, submitted on behalf of Deltech and dated September 25, 2016.

27. Attached as Exhibit 25 are true and accurate excerpts from the rebuttal expert report of Dr. Deborah Kaminski, submitted on behalf of Deltech and dated September 25, 2016.

28. Attached as Exhibit 26 are true and accurate excerpts from the transcript of the deposition of Thomas LeBlanc, taken in this matter on October 2, 2014.

29. Attached as Exhibit 27 are true and accurate excerpts from the transcript of the deposition of Cassandra Shore, taken in this matter on September 29, 2014.

30. Attached as Exhibit 28 are true and accurate excerpts from the transcript of the deposition of Eugene Fluharty, taken in this matter on October 1, 2014.

31. Attached as Exhibit 29 are true and accurate excerpts from the transcript of the deposition of Andrew Cooper, taken in this matter on November 12, 2015.

32. Attached as Exhibit 30 are true and accurate excerpts from the transcript of the deposition of Gregory Galloway, taken in this matter on March 9, 2015.

33. Attached as Exhibit 31 is a true and accurate copy of Exhibit 571, marked during the deposition of Jeffrey Yawman, taken in this matter on May 18, 2015.

34. Attached as Exhibit 32 is a true and accurate copy of Exhibit 777, marked during the deposition of Ernest Marcel, taken in this matter on October 30, 2015.

35. Attached as Exhibit 33 are true and accurate excerpts from the initial expert report of Frits Wybenga, submitted on behalf of Deltech and dated June 1, 2016.

36. Attached as Exhibit 34 are true and accurate excerpts from the transcript of the deposition of David Kobe, taken in this matter on October 8, 2015.

37. Attached as Exhibit 35 are true and accurate excerpts from the transcript of the deposition of Neal Grob, taken in this matter on February 2, 2016.

38. Attached as Exhibit 36 are true and accurate excerpts from the transcript of the deposition of Dr. Deborah Kaminski, taken in this matter on November 28, 2016.

39. Attached as Exhibit 37 are true and accurate excerpts from the transcript of the deposition of Steven C. Hunt, taken in this matter on November 21, 2016.

40. Attached as Exhibit 38 is a true and accurate copy of Exhibit 1552, marked during the deposition of Ivan Vince, taken in this matter on January 9, 2017.

41. Attached as Exhibit 39 are true and accurate excerpts from the rebuttal expert report of Frits Wybenga, submitted on behalf of Deltech and dated September 7, 2016.

42. Attached as Exhibit 40 are true and accurate excerpts from the transcript of the deposition of Dr. Scott Davis, taken in this matter on December 16, 2016.

43. Attached as Exhibit 41 are true and accurate excerpts from the initial expert report of Steven C. Hunt, submitted on behalf of Cargo Interests and dated May 31, 2016.

44. Attached as Exhibit 42 are true and accurate excerpts from the rebuttal expert report of Steven C. Hunt, submitted on behalf of Cargo Interests and dated September 19, 2016.

45. Attached as Exhibit 43 are true and accurate excerpts from the transcript of the deposition of Gene Sanders, taken in this matter on October 21, 2016.

46. Attached as Exhibit 44 are true and accurate excerpts from the transcript of the deposition of Ernest Marcel, taken in this matter on October 30, 2015.

47. Attached as Exhibit 45 are true and accurate excerpts from the transcript of the deposition of Frits Wybenga, taken in this matter on January 19, 2017.

48. Attached as Exhibit 46 is a true and accurate copy of excerpts from the International Maritime Dangerous Goods Code in effect at the time of the Flaminia casualty.

49. Attached as Exhibit 47 are true and accurate excerpts from the transcript of the deposition of Michael Herrera, taken in this matter on June 24, 2014.

50. Attached as Exhibit 48 are true and accurate excerpts from the transcript of the Rule 30(b)(6) deposition of Christopher Downey, taken in this matter on September 23, 2015.

51. Attached as Exhibit 49 are true and accurate excerpts from the transcript of the deposition of Kelly Glover, taken in this matter on April 17, 2015.

52. Attached as Exhibit 50 are true and accurate excerpts from the transcript of the deposition of Christopher Downey, taken in this matter on July 23, 2014.

53. Attached as Exhibit 51 are true and accurate excerpts from Volume II of the transcript of the deposition of Dirk Vande Velde, taken in this matter on November 16, 2015.

54. Attached as Exhibit 52 are true and accurate excerpts from Volume I of the transcript of the deposition of Dirk Vande Velde, taken in this matter on May 8, 2015.

55. Attached as Exhibit 53 is a true and accurate copy of Exhibit 1449, marked during the deposition of Robert Ahlborn, taken in this matter on December 13, 2016.

56. Attached as Exhibit 54 is a true and accurate copy of Exhibit 141, marked during the deposition of James Parker, taken in this matter on September 12, 2014.

57. Attached as Exhibit 55 is a true and accurate copy of Exhibit 39, marked during the deposition of Christopher Downey, taken in this matter on July 23, 2014.

58. Attached as Exhibit 56 is a true and accurate copy of Exhibit 47, marked during the deposition of Christopher Downey, taken in this matter on July 23, 2014.

59. Attached as Exhibit 57 are true and accurate excerpts from the transcript of the deposition of Michael Deaton, taken in this matter on June 25, 2014.

60. Attached as Exhibit 58 is a true and accurate copy of Exhibit 1269, marked during the deposition of Gene Sanders, taken in this matter on October 21, 2016.

61. Attached as Exhibit 59 is a true and accurate copy of the National Fire Protection Association's NFPA 30 Frequently Asked Questions.

62. Attached as Exhibit 60 are true and accurate excerpts from the transcript of the deposition of Dennis McCullough, taken in this matter on March 2, 2015.

63. Attached as Exhibit 61 is a true and accurate copy of Exhibit 471, marked during the deposition of Dennis McCullough, taken in this matter on March 2, 2015.

64. Attached as Exhibit 62 are true and accurate excerpts from the transcript of the deposition of Douglas Carpenter, taken in this matter on November 14, 2016.

65. Attached as Exhibit 63 are true and accurate excerpts from the transcript of the deposition of Wendy Chin, taken in this matter on October 15, 2015.

66. Attached as Exhibit 64 are true and accurate excerpts from the transcript of the deposition of Simon Farrier, taken in this matter on November 13, 2015.

67. Attached as Exhibit 65 are true and accurate excerpts from the transcript of the deposition of Jason Hyder, taken in this matter on October 23, 2015.

68. Attached as Exhibit 66 is a true and accurate copy of Exhibit 469, marked during the deposition of Dennis McCullough, taken in this matter on March 2, 2015.

69. Attached as Exhibit 67 are true and accurate excerpts from the transcript of the deposition of Samuel Watson, taken in this matter on February 2, 2016.

70. Attached as Exhibit 68 are true and accurate excerpts from the initial expert report of Dr. Deborah Kaminski, submitted on behalf of Deltech and dated May 31, 2016.

71. Attached as Exhibit 69 are true and accurate excerpts from the initial expert report of Dr. Scott Davis, submitted on behalf of Deltech and dated June 1, 2016.

72. Attached as Exhibit 70 is a true and accurate copy of Exhibit 634, marked during the deposition of David Kobe, taken in this matter on October 8, 2015.

73. Attached as Exhibit 71 are true and accurate excerpts from Volume II of the transcript of the deposition of William Sikma, taken in this matter on February 11, 2015.

74. Attached as Exhibit 72 is a true and accurate copy of Exhibit 1145, marked during the deposition of TyTrinia Breaux, taken in this matter on December 17, 2015.

75. Attached as Exhibit 73 are true and accurate copies of Exhibit 83, Exhibit 84, and Exhibit 85, marked during the deposition of Mario Gonzalez, taken in this matter on June 27, 2014.

76. Attached as Exhibit 74 is a true and accurate copy of Exhibit 1150, marked during the deposition of Tytrinia Breaux, taken in this matter on December 17, 2015.

77. Attached as Exhibit 75 are true and accurate copies of Exhibit 86, Exhibit 87, and Exhibit 88, marked during the deposition of Mario Gonzalez, taken in this matter on June 27, 2014.

78. Attached as Exhibit 76 are true and accurate excerpts from the transcript of the deposition of TyTrinia Breaux, taken in this matter on December 17, 2015.

79. Attached as Exhibit 77 are true and accurate excerpts from the transcript of the deposition of Dean Kutz, taken in this matter on June 26, 2014.

80. Attached as Exhibit 78 is a true and accurate copy of Exhibit 56, marked during the deposition of Michael Herrera, taken in this matter on June 24, 2014.

81. Attached as Exhibit 79 is a true and accurate copy of Exhibit 57, marked during the deposition of Michael Herrera, taken in this matter on June 24, 2014.

82. Attached as Exhibit 80 is a true and accurate copy of Exhibit 58, marked during the deposition of Michael Herrera, taken in this matter on June 24, 2014.

83. Attached as Exhibit 81 are true and accurate excerpts from the transcript of the deposition of Bill Brassington, taken in this matter on October 30, 2016.

84. Attached as Exhibit 82 are true and accurate excerpts from the initial expert report of S. Gregory Borossay, submitted on behalf of Stolt and dated June 1, 2016..

85. Attached as Exhibit 83 are true and accurate excerpts from the rebuttal expert report of Paul Beeley, submitted on behalf of Mediterranean Shipping Company, S.A., and dated September 25, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Boston, Massachusetts
March 17, 2017

By: ______________________________

Lawrence K. DeMeo, Esq.
Manion Gaynor & Manning LLP
125 High Street, Sixth Floor
Oliver Street Tower
Boston, Massachusetts 02110
Telephone: (617) 670-8573
Facsimile: (617) 670-8773
Email: ldemeo@mgmlaw.com
***Attorney for Deltech Corporation***