**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF CONTI 11.CONTAINER SCHIFFAHRTS – GMBH & CO. KG MS "MSC FLAMINIA," AS OWNER, AND NSB NIEDERELBE SCHIFFAHRTSGESELLSCHAFT MBH & CO. KG, AS OPERATOR, OF THE MSC FLAMINIA FOR EXONERATION FROM LIMITATION OF LIABILITY | : | **MASTER FILE 12 CV 8892 (KBF)**<br><br>**DECLARATION OF JAMES W. JOHNSON IN SUPPORT OF THE OPPOSITION OF BDP INTERNATIONAL INC. TO STOLT'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, JAMES W. JOHNSON, declares as follows:

1. I am a Member of the firm of Ricci Tyrrell Johnson & Grey, attorneys for BDP International, Inc., and I am duly admitted Pro Hac Vice to practice before the United States District Court for the Southern District of New York in this matter.
2. This Declaration is executed by the undersigned in support of BDP International Inc.'s opposition to Stolt's Motion for Summary Judgment.
3. Attached as Exhibit A is a true and correct copy of excerpts from the deposition of Christopher B. Downey of June 23, 2014.
4. Attached as Exhibit B is a true and correct copy of excerpts from the deposition of Dean W. Kutz of June 26, 2014.

5. Attached as Exhibit C is a true and correct copy of Exhibits 445 and 446 from the deposition of Janet Johnson of February 13, 2015.
6. Attached as Exhibit D is a true and correct copy of excerpts from the deposition of Janet Johnson of February 13, 2015.
7. Attached as Exhibit E is a true and correct copy of excerpts from the deposition of Tytrinia Breaux of December 17, 2015.
8. Attached as Exhibit F is a true and correct copy of Exhibits 83, 84, and 85 from the deposition of Mario Gonzalez of June 27, 2014.
9. Attached as Exhibit G is a true and correct copy of Exhibit 56 from the deposition of Michael Herrera of June 24, 2014.
10. Attached as Exhibit H is a true and correct copy of excerpts from the deposition of Albert Smith of February 10, 2015.
11. Attached as Exhibit I is a true and correct copy of excerpts from the deposition of Zach Levine of September 30, 2014.
12. Attached as Exhibit J is a true and correct copy of excerpts from the deposition of Dirk Vande Velde of May 8, 2015.
13. Attached as Exhibit K is a true and correct copy of Exhibit 420 from the deposition of Albert Smith of February 10, 2015.
14. Attached as Exhibit L is a true and correct copy of excerpts from the deposition of Mario Gonzalez dated June 27, 2014.
15. Attached as Exhibit M is a true and correct copy of excerpts from the deposition of Michael C. Deaton of June 25, 2014.

16. Attached as Exhibit N is a true and correct copy of Stolt tank containers B.V. COMBINE TRANSPORT BILL OF LADING, discovery document Deltech-012458 through Deltech-012466.

17. Attached as Exhibit O is a true and correct copy of excerpts from the deposition of William Sikma of December 10, 2015.

18. Attached as Exhibit P is a true and correct copy of Exhibit 165 from the deposition of Cassandra Shore of September 29, 2014.

19. Attached as Exhibit Q is a true and correct copy of excerpts from the deposition of Michael Herrera of June 24, 2014.

20. Attached as Exhibit R is a true and correct copy of excerpts from the deposition of John Cario of February 12, 2015.

21. Attached as Exhibit S is a true and correct copy of the Declaration of Paolo Magnani with attachments dated January 30, 2017..

22. Attached as Exhibit T is a true and correct copy of excerpts from the deposition of Robert P. Elefante of November 23, 2015.

23. Attached as Exhibit U is a true and correct copy of excerpts from the deposition of Gregory Galloway of March 9, 2015.

24. Attached as Exhibit V is a true and correct copy of excerpts from the deposition of Thomas LeBlanc of October 2, 2014.

25. Attached as Exhibit W is a true and correct copy of excerpts from the deposition of Cassandra Shore of September 29, 2014.

26. Attached as Exhibit X is a true and correct copy of Exhibit 175 from the deposition of Cassandra Shore of September 29, 2014.

27. Attached as Exhibit Y is a true and correct copy of excerpts from the deposition of Ivan Vince of January 9, 2017.

28. Attached as Exhibit Z is a true and correct copy of the Logistics Alliance Agreement between Stolt and BDP dated May 13, 1999.

29. Attached as Exhibit AA is a true and correct copy of excerpts from the deposition of Russell Steele of January 23, 2017.

RICCI TYRRELL JOHNSON & GREY

By: /s *James W. Johnson*
James W. Johnson, Esquire
E. Michael Keating, III, Esquire
Eric S. Pasternack, Esquire
Attorneys for Defendant,
BDP International, Inc.

Dated: March 17, 2017