Joseph J. Perrone
Matthew M. Gorden
Giuliano McDonnell & Perrone, LLP
***Attorneys for DELTECH CORPORATION***
237 West 35th Street, Suite 706
New York, New York 10001
Telephone: (646) 328-0120
Facsimile: (646) 328-0121

- and -

Harry L. Manion III
Lawrence K. DeMeo
Manion Gaynor & Manning LLP
***Attorneys for DELTECH CORPORATION***
125 High Street, 6th Floor, Oliver Street Tower
Boston, MA 02110
Telephone: (617) 670-8573
Facsimile: (617) 670-8773

- and -

Charles E. Schmidt
Kennedy Lillis Schmidt & English
***Attorneys for DELTECH EUROPE, LTD. & NATIONAL UNION FIRE INS. CO. OF PITTS. PA. a/s/o DELTECH CORPORATION***
75 Maiden Lane, Suite 402
New York, New York 10038-4816
Telephone: (212) 430-0800
Facsimile: (212) 430-0851

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

IN RE M/V MSC FLAMINIA — 12 Civ. 8892 (KBF)(HBP)

---------------------------------------------------------X

THIS DOCUMENT RELATES TO:

ALL ACTIONS

---------------------------------------------------------X

**DECLARATION OF LAWRENCE K. DEMEO, ESQ. IN SUPPORT OF DELTECH CORPORATION'S REPLY MEMORANDUM IN SUPPORT OF DELTECH'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. PAUL BEELEY**

I, Lawrence K. DeMeo, Esq., declare under the penalty of perjury as follows:

1. I am a member of the firm of Manion Gaynor & Manning LLP, attorneys for Deltech Corporation ("Deltech") in all its capacities. I am admitted to the Bar of the Commonwealth of Massachusetts and am admitted *pro hac vice* in this matter. Accordingly, I am fully familiar with the facts alleged herein.

2. I submit this declaration on behalf of Deltech and in support of Deltech's Reply to MSC Mediterranean Shipping Company, S.A.'s Opposition to Deltech's Motion to Exclude the Expert Testimony of Dr. Paul Beeley, the purported cause and origin expert retained in this matter by MSC.

3. Attached as Exhibit A is a true and accurate copy of the Initial Expert Report of David A. Robbins, titled *Report Concerning the Cause of the Explosion on the MV 'MSC Flaminia' on 14 July 2012 While at Sea* and dated June 1, 2016.

4. Attached as Exhibit B is a true and accurate copy of the Initial Expert Report of Daniel S. DellaSala, titled *M/V MSC Flaminia, Main Docket: 12 Civ. 8892 (AJN), United States District Court, Southern District of New York, New York City, NY* and dated May 31, 2016.

5. Attached as Exhibit C is a true and accurate copy of the Initial Expert Report of Douglas J. Carpenter, titled *Analysis of the Deflagration and Fire on Board the MV MSC Flaminia on July 14, 2012* and dated June 1, 2016.

6. Attached as Exhibit D is a true and accurate copy of the Initial Expert Report of Brian Ott, titled *Engineering Investigation of MSC Flaminia Explosion and Fire – July 14, 2012* and dated May 26, 2016.

7. Attached as Exhibit E is a true and accurate copy of the Initial Expert Report of David Gossman, titled *Expert Report In Re M/V MSC Flaminia* and dated June 1, 2016.

8. Attached as Exhibit F is a true and accurate copy of the Initial Expert Report of Scott G. Davis, titled *Flaminia Incident Project No.: P714005* and dated June 1, 2016.

9. Attached as Exhibit G is a true and accurate copy of the Initial Expert Report of Robert G. Zalosh, titled *Zalosh Report on Flaminia Fire and Explosion* and dated May 18, 2016.

10. Attached as Exhibit H is a true and accurate copy of the Initial Expert Report of John Gow, titled *Report into Fire and Explosion Aboard MSC Flaminia on Saturday July 14, 2012* and dated May 31, 2016.

11. Attached as Exhibit I is a true and accurate copy of the Initial Expert Report of J. Kelly Thomas, titled *MSC Flaminia Fire and Explosion on 7/14/12 Evaluation of Role of Glyphosate Intermediate* and dated May 31, 2016.

12. Attached as Exhibit J is a true and accurate copy of the Initial Expert Report of Jamie Petty-Galis, titled *Material Evaluation of Components from the MSC Flaminia* and dated May 31, 2016.

13. Attached as Exhibit K is a true and accurate copy of the Initial Expert Report of Kelly L. Wouters, titled *Fire & Explosion on Board MSC Flaminia: Laboratory Report: B6GA0350-1* and dated June 1, 2016.

14. Attached as Exhibit L are true and accurate excerpts from the transcript of the deposition of Kelly L. Wouters, taken in this matter on December 19, 2016.

15. Attached as Exhibit M are true and accurate excerpts from the transcript of the deposition of Jamie L. Petty-Galis, taken in this matter on November 29, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Boston, Massachusetts
March 24, 2017

By: ______________________________

Lawrence K. DeMeo, Esq.
Manion Gaynor & Manning LLP
125 High Street, Sixth Floor
Oliver Street Tower
Boston, Massachusetts 02110
Telephone: (617) 670-8573
Facsimile: (617) 670-8773
Email: ldemeo@mgmlaw.com
***Attorney for Deltech Corporation***