| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>:<br>:<br>IN RE M/V MSC FLAMINIA :<br>:<br>:<br>:<br>:<br>------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: September 8, 2017<br><br>12-cv-8892 (KBF)<br><br>OPINION & ORDER |

KATHERINE B. FORREST, District Judge:

The parties are advised that Chambers can no longer receive submissions this evening. We understand the parties are coordinating on the deposition designations and a single, color-coded copy will be delivered **tomorrow, Saturday, September 9, 2017 at 9 AM, not before or after**. We have to make special arrangements to receive this delivery, and if the person delivering the materials is not here at that time, the materials will go to the mailroom and we will not have them in time for trial. Whoever delivers these transcripts should call (212) 805-0276 when they arrive at the courthouse.

SO ORDERED.

Dated:  New York, New York
       September 8, 2017

_____
KATHERINE B. FORREST
United States District Judge