**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————

**MASTER FILE**:

IN RE M/V MSC FLAMINIA                    **12 Civ. 8892 (KBF)**

———————————————————————

THIS DOCUMENT RELATES TO:               **AMENDED**
ALL ACTIONS                             **JOINT PRE-TRIAL ORDER**

———————————————————————

The parties having conferred among themselves and with the Court pursuant to Federal

Rule of Civil Procedure 16, and in accordance with Section 3.B. of Your Honor's Individual

Rules of Practice in Civil Cases, the following statements, directions and agreements are adopted

as the Pretrial Order herein.

    **i.**    **The full caption of the action:**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
—————————————————————————

**MASTER FILE**:

IN RE M/V MSC FLAMINIA                    **12 Civ. 8892 (KBF)**

—————————————————————————

THIS DOCUMENT RELATES TO:
ALL ACTIONS

—————————————————————————

    **ii.**    **The names, addresses (including law firm names), and telephone and fax**
        **numbers of trial counsel:**

    1.    *Attorneys for Plaintiffs Conti 11. Container Schiffahrts-GMBH & Co. KG*
        *MS "MSC FLAMINIA", as owner, and NSB Niederelbe*
        *Schiffahrtsgesellschaft MBH & CO. KG, as operator, of the vessel MSC*
        *FLAMINIA*

        Eugene J. O'Connor, Esq.
        Timothy Semenoro, Esq.
        Robert E. O'Connor, Esq.
        MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
        437 Madison Avenue, 29th Floor
        New York, NY 10022
        Tel: (212) 551-7734
        Fax: (212) 201-1939

2.    *Attorneys for Claimant and Defendant MSC Mediterranean Shipping Company, S.A.*

        Edward P. Flood, Esq.
        Jon Werner, Esq.
        John R. Foster, Esq.
        Martin R. West, Esq.
        LYONS & FLOOD, LLP
        One Exchange Plaza, 55 Broadway, Suite 1501
        New York, NY 10006
        Tel: (212) 594-2400
        Fax: (212) 594-4589

3.    *Attorneys for Claimants and Defendants Deltech Corporation and National Union Fire Insurance Company of Pittsburgh, PA.*

        Joseph John Perrone, Esq
        Timothy J. McDonnell, Esq.
        Matthew Michael Gorden, Esq.
        GIULIANO, MCDONELL & PERRONE, LLP
        237 West 35th Street, Suite 706
        New York, NY 10001
        Tel: (646) 328-0120
        Fax: (646) 328-0121

        Harry L. Manion III, Esq.
        Lawrence K. DeMeo, Esq.
        Brian J. Bosworth, Esq.
        HUNTON ANDREWS KURTH LLP
        125 High Street, Suite 533
        Boston, MA 02110
        Tel: (617) 648-2800
        Fax: (617) 433-5022

4.    *Attorneys for Claimants Deltech Corporation and National Union Fire Insurance Company of Pittsburgh, PA, as their subrogated cargo insurer*

        Charles E. Schmidt, Esq.
        KENNEDY LILLIS SCHMIDT & ENGLISH
        75 Maiden Lane, Suite 402
        New York, NY 10038
        Tel: (212) 430-0802
        Fax: (212) 430-0810

5.      *Attorneys for Defendants Stolt Tank Containers BV and Stolt-Nielsen USA, Inc.*

        John A. V. Nicoletti, Esq.
        James F. Sweeney III, Esq.
        Robert A. Novak, Esq.
        David Wenger, Esq.
        NICOLETTI HORNIG & SWEENEY
        Wall Street Plaza
        88 Pine Street, 7th Floor
        New York, New York 10005
        Tel: (212) 220-3830
        Fax: (212) 220-3780

6.      *Attorneys for Plaintiffs and Claimants Stolt Nielsen USA, Inc., Stolt Tank Containers BV, Stolt Tank Containers Germany GMBH, Stolt Tank Containers France SAS, and National Union Fire Insurance Company of Pittsburgh, PA*

        Stephen V. Rible, Esq.
        MENDES & MOUNT LLP
        750 Seventh Ave
        New York, NY 10019
        Tel: (212) 261-8000
        Fax: (212) 261-8750

7.      *Attorneys for Claimants and Defendants Chemtura Corporation, Chemtura Europe GmbH, and Chemtura Italy S.R.L.*

        Peter Runkel Knight, Esq.
        Joseph L. Clasen, Esq.
        Trevor L. Bradley, Esq.
        ROBINSON & COLE LLP
        666 Third Avenue, 20th Floor
        New York, NY 10017
        Tel: (860) 275-8387
        Fax: (860) 275-8299

8.      *Attorneys for BDP International, Inc. and BDP International N.V.*

James Johnson, Esq.
E. Michael Keating, III, Esq.
RICCI TYRRELL JOHNSON & GREY
1515 Market Street, Suite 700
Philadelphia, PA 19102
Tel: (215) 320-2082
Fax: (215) 320-3261

**iii.    The number of trial days requested:**

12 days

**iv.    Any jointly agreed stipulations or statements of fact or law:**

Exhibit A is reserved.  No jointly agreed stipulations or statements of fact or law
are being submitted at this time.

    v.    **A statement by each party as to the actual witnesses whose testimony is expected to be offered in its case in chief, indicating whether such witnesses will testify in person or by deposition, and the true estimated length of the testimony. The opposing party shall state the estimated length of time for cross-examination of any witnesses who will testify live:**

| Live Witness | Party Calling | Length of Cross-Exam (hours) | Length of Re-Direct (hours) |
|---|---|---|---|
| Opening statements | All parties | 2.20 | 0.00 |
| Robert Elefante | Deltech | 3.75 | 1.00 |
| Tatonya Johnson | Deltech | 2.00 | 1.00 |
| Zachary Levine | Deltech | 2.75 | 1.00 |
| Tommy Sciortino* | Deltech | 0.00 | 0.00 |
| Janet Johnston* | Stolt | 0.00 | 0.00 |
| Aimee Morton | Stolt | 2.50 | 1.00 |
| Erin Bruening | Stolt | 2.00 | 0.75 |
| Albert N. Smith | Stolt | 2.50 | 0.50 |
| John Cario | Stolt | 3.50 | 1.00 |
| William Sikma | Stolt | 3.00 | 1.00 |
| Ernest Marcel | Chemtura | 1.70 | 1.00 |
| Claudio Bozzo | MSC | 2.20 | 0.50 |
| Michael Herrera II | MSC | 2.20 | 0.50 |
| Christopher B. Downey | MSC | 2.70 | 0.50 |
| James R. Parker | MSC | 1.50 | 0.50 |
| Dean W. Kutz | MSC | 3.20 | 0.50 |
| Henning Scharringhausen | Conti/NSB | 1.00 | 0.50 |
| Eckart Moeller | Conti/NSB | 2.25 | 1.00 |
| Janusz Tarnowski | Conti/NSB | 1.50 | 0.50 |
| Joerg Dehde | Conti/NSB | 1.00 | 0.50 |
| Frits Wybenga (expert) | Deltech | 4.75 | 1.50 |
| Sean P. Tortora (expert) | Stolt | 2.50 | 1.50 |
| W. Eugene Sanders (expert) | Chemtura | 1.75 | 1.00 |
| Robert F. Ahlborn (expert) | MSC | 3.70 | 1.00 |
| Michael Daum (expert) | MSC | 2.00 | 1.00 |
| Brian Hall (expert) | Conti/NSB | 2.00 | 1.00 |
| **Subtotal time** | | 60.15 | 20.25 |

Total trial time:                80.4 hours, subject to ongoing revisions by the parties.

Estimated trial days:           12.37 days, subject to ongoing revisions by the parties.
      (at 6.5 hours per day)

| Deposition Designation Witness | Party Designating |
|---|---|
| 2E Pokusa | Conti / NSB and Stolt / Deltech |
| 3E Krzysztof Golebiewski | Conti / NSB and Stolt / Deltech |
| 2O Thiele | Conti / NSB and Stolt / Deltech |
| 3O Remoroza | Conti / NSB and Stolt / Deltech |
| AB Casandra | Conti / NSB and Stolt / Deltech |
| AB Duterte | Conti / NSB and Stolt / Deltech |
| Capt. Langer | Conti / NSB and Stolt / Deltech |
| ELK Dalomias | Conti / NSB and Stolt / Deltech |
| FTR Sabandal | Conti / NSB and Stolt / Deltech |
| Ada Vincent | MSC and Stolt / Deltech |
| Andrew Cooper | Conti / NSB and MSC |
| Anthony Ortego | MSC and Stolt / Deltech |
| Cassandra Shore | Conti / NSB and MSC |
| Dirk Vande Velde | Conti / NSB, MSC, Stolt / Deltech, Chemtura, and BDP |
| Eckart Moeller (30b6) | MSC and Stolt / Deltech |
| Eugene Fluharty | Conti / NSB and MSC |
| Haresh Kotari | Conti / NSB and MSC |
| Joerge Erdtmann | Conti / NSB and Stolt / Deltech |
| Johannes Schwemmer | Conti / NSB and MSC |
| Henrik Meuller | Conti / NSB and Stolt / Deltech |
| Kristian Backhouse | MSC and Stolt / Deltech |
| Kristopher Calkins | Conti / NSB and Stolt / Deltech |
| Kelley Glover | MSC and Stolt / Deltech |
| Lars Paffenhof | Conti / NSB and Stolt / Deltech |
| Mario Gonzalez | MSC and Stolt / Deltech |
| Markus Thewes | Conti / NSB and Stolt / Deltech |
| Michael Deaton | MSC, Stolt / Deltech, BDP, and Chemtura |
| Michael Derbyshire | MSC and Stolt / Deltech |
| Robert Ortiz | Conti / NSB and BDP |
| Sam Watson | MSC and Stolt / Deltech |
| Thomas Le Blanc | Conti / NSB, BDP, and MSC |
| TyTrinia Breaux | MSC, Stolt / Deltech, and BDP |
| Uwe Kirstein | Conti / NSB and Stolt / Deltech |

| Deposition Designation Witness | Party Designating |
|---|---|
| Daniel Dellasala | Conti / NSB |
| John Cayias | Conti / NSB |
| John Gow | Conti / NSB |
| Jonas Lyborg | Conti / NSB |
| Todd Duke | Conti / NSB |
| Torge Schultz | Conti / NSB |
| Aimee Morton | MSC |
| Albert Smith | MSC |
| Erin Bruening | MSC |
| Greg Cooper | MSC |
| Greg Galloway | MSC |
| Hans Fauske | MSC |
| Ivan Vince | MSC |
| James Dolan | MSC |
| Janet Johston | MSC |
| Jason Hyder | MSC |
| John Cario | MSC |
| Rob Van Uffelen | MSC |
| Robert Elefante | MSC |
| Robert Ortiz | MSC |
| Steven Hunt | MSC |
| Tatonya Haynes | MSC |
| Tom Starck | MSC and Stolt / Deltech |
| William Sikma (12-10-2105) and (12-11-2015) | MSC |
| William Sikma (2-11-2015) | MSC |
| Zachary Levine | MSC |

| Deposition Designation Witness | Party Designating |
|---|---|
| Capt. Hall | Stolt / Deltech |
| CE Tarnowski | Stolt / Deltech |
| Christopher Downey (fact) | Stolt / Deltech |
| Christopher Downey (30b6) | Stolt / Deltech |
| Christopher Parvin | Stolt / Deltech |
| Claudio Bozzo | Stolt / Deltech |
| David Kobe | Stolt / Deltech |
| David Spira | Stolt / Deltech |
| Dean Kutz 30(b)(6) | Stolt / Deltech |
| Dennis McCullough | Stolt / Deltech |
| Ernest Marcel | Stolt / Deltech |
| Elizabeth Thomasino | Stolt / Deltech |
| Eloy Ramos | Stolt / Deltech |
| Gianluigi De Maio | Stolt / Deltech |
| Giovanni DiBartolomeo | Stolt / Deltech |
| Joerge Dehde | Stolt / Deltech |
| James Parker | Stolt / Deltech |
| Jason Hyder | Stolt / Deltech |
| Michael Price | Stolt / Deltech |
| Raffele Porzio | Stolt / Deltech |
| Richard Schaeffer | Stolt / Deltech |
| Simon Farrier | Stolt / Deltech |
| Greg Galloway | BDP |
| Mario Gonzalez | BDP |
| Christopher Parvin | Chemtura |
| Dennis McCullough | Chemtura |

Notes:

\* =    Will not testify live, since there will be no cross-examination or redirect by agreement of the parties.

vi.   **A spreadsheet (preferably in Excel format) setting forth any/all designations of deposition testimony to be offered in each party's case in chief. The chart shall include four columns: (1) the offering party's designations of testimony; (2) any cross-designations or objections to the designations, including the basis and legal support for any objections; (3) the offering party's responses to any objections; and (4) an empty column for the Court's rulings. Any explanation should be concise, but sufficient to enable the Court to fully understand the basis for the objection/response and to rule on the objection:**

Deltech's and Stolt's deposition designations are attached hereto as Exhibit B.

BDP's deposition designations are attached hereto as Exhibit C.

Chemtura's deposition designations are attached hereto as Exhibit D.

MSC's deposition designations are attached hereto as Exhibit E.

Conti/NSB's deposition designations are attached hereto as Exhibit F.

vii.   **A spreadsheet (preferably in Excel format) containing a list by each party of exhibits to be offered in its case in chief. The chart shall include four columns: (1) the exhibit number (PX1, PX2, DX1, DX2, etc.); (2) a brief description of the exhibit (e.g., "X-Ray image of plaintiff's fibula**"), marked with one star indicating where no party objects on grounds of authenticity and with two stars where no party objects on any ground; (3) the basis and any legal support for any objection to the exhibit; and (4) the offering party's responses to any objections. Any explanation should be concise, but sufficient to enable the Court to fully understand the basis for the objection/response and to rule on the objection:**

Deltech's and Stolt's trial exhibit list is attached hereto as Exhibit G.

BDP's trial exhibit list is attached hereto as Exhibit H.

Chemtura's trial exhibit list is attached hereto as Exhibit I.

MSC's trial exhibit list is attached hereto as Exhibit J.

Conti/NSB's trial exhibit list is attached hereto as Exhibit K.

viii.   **Proposed findings of fact and conclusions of law. Proposed findings of fact must have specific citations to the record, or expected testimony (or direct testimony submitted by affidavit), for each factual proposition (or that finding of fact shall be disregarded):**

Deltech's and Stolt's proposed findings of fact and conclusions of law were attached as Exhibit L to the JPTO (Docket #1539-1).

BDP's amended proposed findings of fact and conclusions of law are attached hereto as Exhibit M.

Chemtura's proposed findings of fact and conclusions of law were attached as Exhibit N to the JPTO (Docket #1539-3).

MSC's proposed findings of fact and conclusions of law were attached as Exhibit O to the JPTO (Docket #1539-4).

Conti/NSB's proposed findings of fact and conclusions of law were attached as Exhibit P to the JPTO (Docket #1539-5).

**Affidavits/declarations constituting the entirety of the direct testimony of each trial witness, except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a person for whom a party has requested and the Court has agreed to hear direct testimony during the trial. Trial affidavits/declarations shall be the only direct testimony received and thus must, for example and inter alia, establish a foundation for each exhibit intended to be introduced:**

Deltech's declarations of direct testimony:

> Tatonya Johnson (ECF No. 1485)
> Zachary Levine  (ECF No. 1491)
> Robert Elefante (ECF No. 1483)
> Tommy Sciortino (ECF No. 1487)
> Frits Wybenga (ECF No. 1493)

Stolt's declarations of direct testimony:

> Janet Johnston (ECF No. 1475)
> Erin Bruening (ECF No. 1477)
> Aimee Morton (ECF No. 1482)
> Albert N. Smith (ECF No. 1486)
> John Cario (ECF No. 1488)
> William Sikma (ECF No. 1490)
> Sean P. Tortora (ECF No. 1492)

Chemtura's declarations of direct testimony:

> Ernest Marcel (ECF No. 1473)
> W. Eugene Sanders (ECF No. 1474)

MSC's declarations of direct testimony:

> Claudio Bozzo (ECF No. 1478)
> Michael Herrera II (ECF No. 1479)
> Christopher B. Downey (ECF No. 1481)
> James R. Parker (ECF No. 1476)
> Dean W. Kutz (ECF No. 1480)
> Michael Daum (ECF No. 1484)
> Robert F. Ahlborn (ECF No. 1489)

Conti/NSB's declarations of direct testimony:

> Henning Scharringhausen (ECF No. 1472)
> Eckart Moeller (ECF No. 1471)
> Janusz Tarnowski (ECF No. 1469)
> Joerg Dehde (ECF No. 1470)
> Brian Hall (ECF No. 1468)

**SO ORDERED.**

_____
U.S.D.J.

Dated: August ___, 2018
       New York, New York