# MONTGOMERY McCRACKEN

ATTORNEYS AT LAW

**Timothy Semenoro**
Admitted in New York, New Jersey

437 Madison Avenue
29th Floor
New York, NY 10022
Tel:  212-867-9500

Direct Dial:       212-551-7793
Fax:                 212-599-1759
Email:    tsemenoro@mmwr.com

August 27, 2018

Hon. Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

> Re:  *In re M/V MSC FLAMINIA*
>       Master File:  SDNY No. 12 Civ. 8892 (KBF)

Dear Judge Forrest:

We are the attorneys for Conti 11. Container Schiffahrts-GmbH & Co. KG MSC "FLAMINIA" ("Conti") and NSB Niederelbe Schiffahrtsgesellschaft mbH & Co. KG ("NSB"), who are the owner and operator of the M/V MSC FLAMINIA and the plaintiffs in the above-referenced Limitation action. We submit this letter for the purpose of filing our errata for the Phase 2 trial transcript.

If there are any questions, please do not hesitate to contact us.  Otherwise, we thank you for your continued understanding and assistance.

Respectfully submitted,

MONTGOMERY MCCRACKEN
WALKER & RHOADS, LLP

*/s/ Timothy Semenoro*

Eugene J. O'Connor
Timothy Semenoro

cc:      By ECF to all counsel of record

MONTGOMERY McCRACKEN WALKER & RHOADS LLP

PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
JOHN J. LEVY, NEW JERSEY RESPONSIBLE PARTNER

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

**Phase 2 Trial Transcript Errata**

| Page | Line | Change | Reason |
|------|------|--------|--------|
| **Day 6 (August 20, 2018) - Scharringhausen** | | | |
| 1340 | 11 | replace "non-procedure" with "common procedure" | Transcription error |
| 1343 | 2 | replace "had" with "hand" | Transcription error |
| 1350 | 10 | replace "reconstruction thing" with "reorganization process" | Misspoke |
| 1350 | 18 | replace "of" with "on" | Misspoke |
| 1354 | 21 | replace "was" with "for" | Misspoke |
| 1357 | 4 | replace "master" with "muster" | Transcription error |
| 1357 | 5 | replace "master's" with "muster" | Transcription error |
| **Day 6 (August 20, 2018) - Moeller** | | | |
| 1375 | 1 | replace "shipper" with "shipowner" | Transcription error |
| 1392 | 6 | replace "NGL" with "a GL" | Transcription error |
| 1393 | 18 | replace "wires" with "valves" both times | Transcription error / Misspoke |
| 1396 | 15 | replace "tour" with "drill" | Transcription error / Misspoke |
| 1416 | 17 | replace "shipment" with "ShipNet" | Transcription error |
| 1430 | 7 | replace "relieving" with "releasing" | Transcription error |
| 1441 | 21 | replace "mastery" with "muster" | Transcription error |
| 1458 | 20 | replace "subcontract" with "subcontractor" | Transcription error |
| **Day 6-7 (August 20-21, 2018) - Dehde** | | | |
| n/a | n/a | no corrections | |
| **Day 7 (August 21, 2018) - Tarnowski** | | | |
| 1541 | 18 | delete "is" | Transcription error |
| 1541 | 18 | add comma between "ship" and "it" | Grammar |
| 1541 | 18 | replace "--" with "me," | Transcription error |
| 1542 | 20 | replace "hangover" and "handover" | Transcription error |
| 1542 | 24 | replace "--" with "on" | Transcription error |
| 1542 | 24 | replace "have" with "are" | Grammar |
| 1551 | 14 | replace "next" with "other" | Misspoke |
| 1552 | 16 | replace "thought" with "said" | Misspoke |
| 1556 | 24 | delete "if" | Grammar |
| 1556 | 24 | replace comma after "tell" with semicolon | Grammar |

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

**Phase 2 Trial Transcript Errata**

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 1558 | 20 | replace "bottle pipe" with "ball valve" | Transcription error |
| 1562 | 24 | replace "by advance" with a period | Transcription error |
| 1567 | 15 | replace "that" with "aft part" | Transcription error |
| 1567 | 15 | delete "in engine room remain" | Transcription error / Misspoke / Grammar |
| 1567 | 16 | insert "to remain in engine room" between "third engineer" and "to" | Transcription error / Misspoke / Grammar |
| 1568 | 5 | replace comma after "focused" with a hyphen | Transcription error / Grammar |
| 1568 | 5 | insert ", and" between "third engineer" and "electrician" | Transcription error / Grammar |
| 1568 | 5 | insert comma after "electrician" | Transcription error / Grammar |
| 1569 | 13 | replace "zone" with "reason" | Transcription error |
| 1570 | 10 | delete "where" | Transcription error |
| 1570 | 10 | insert after comma "and it" | Transcription error |
| 1572 | 1 | replace "on" with "but" | Transcription error / Misspoke |
| 1575 | 25 | replace "referencing the trips off" with "preferrential trip" | Transcription error |
| 1583 | 6 | replace "base" with "basis" | Transcription error |
| 1583 | 7 | replace "engine control release" with "CO2 Room" | Transcription error / Misspoke |
| 1589 | 21 | replace "most" with "also" | Transcription error / Misspoke / Grammar |
| 1589 | 22 | replace "ships" with "ship" | Transcription error |
| 1590 | 3 | replace "treatment" with "trip" | Transcription error |
| 1591 | 18 | replace "managing" with "other" | Transcription error / Misspoke |
| **Day 8 (August 22, 2018) - Tortora** | | | |
| 1742 | 5 | replace "journeyman" with "German" | Transcription error |
| 1765 | 16 | replace "alerted" with "inerted" | Transcription error |
| **Day 8 (August 22,\** | | | |
| 1902 | 9 | replace "in" with "a" | Transcription error |
| 1902 | 10 | delete "a" before the words "high-risk" | Transcription error |
| 1903 | 2 | replace "incompliance" with "not in compliance" | Transcription error / Grammar |
| 1905 | 3 | replace "closer" with "closures" | Transcription error |
| 1914 | 5 | add "significantly" after the word "change" | Transcription error |
| 1914 | 8 | replace "lit" with "bit" | Transcription error |

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

**Phase 2 Trial Transcript Errata**

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 1918 | 8 | insert the word "what" between "know" and "PX" | Transcription error / Grammar |
| 1925 | 4 | replace "boat's in a" with "Boatswain" | Transcription error |
| 1925 | 5 | replace "haul" with "Hall" | Transcription error |
| 1938 | 16 | replace "SCVAs" with "SCBAs" | Transcription error |
| 1944 | 9 | replace "out" with "outfits" | Transcription error |
| 1957 | 14 | replace "standard" with "stander" | Transcription error |
| 1960 | 15 | replace "rerelease" with "release" | Transcription error / Grammar |
| 1966 | 12 | replace "Mr. O'Connor" with "The Witness" | Transcription error |