# Robinson+Cole

PETER R. KNIGHT

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
pknight@rc.com
Direct (860) 275-8387

August 27, 2018

The Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**RE:    In re M/V MSC Flaminia, Case No: 12 cv. 8892 (KBF)**

Dear Judge Forrest:

On behalf of Chemtura Corporation, Chemtura Europe, Chemtura Italy, and Rubicon LLC, we submit this letter for the purpose of filing our errata for the Phase 2 trial transcript.

Please do not hesitate to contact us with any questions or concerns. Thank you for your assistance.

Sincerely,

Peter R. Knight

PRK/ncc
Enclosure
cc:    By ECF to all counsel of record

Phase 2 Trial Transcript Errata
CHEMTURA

| Page | Line | Change | Reason |
|---|---|---|---|
| Day 1 (Aug. 13, 2018) - Opening Statement | | | |
| 123 | 1 | Replace "needs" with "need" | Transcription error |
| 124 | 11 | Replace "IMD" with "IMDG" | Transcription error |
|  | 13 | Replace "with us" with "risk" | Transcription error |
| 125 | 5 | Insert "heated" between "regulates" and "cargoes" | Misspoke |
| 126 | 19 | Replace "when delivering" with "and would believe" | Transcription error |
|  | 20 | Replace "use" with "lose" | Transcription error |
| 127 | 1 | Insert "the" between "that" and "IMDG" | Grammar |
|  | 2 | Insert "as" between "materials" and "heat" | Grammar |
|  | 16 | Change "DV" to "DVB" | Transcription error |
| 130 | 1 | Change "and" to "in" | Transcription error |
| Robert Elefante | | | |
| 193 | 6 | Change "Anytime" to "Any time" | Grammar |
|  | 6 | Delete "it" | Grammar |
|  | 18 | Insert "not" between "was" and "an" | Transcription error |
| Day 4 (Aug. 16, 2018) John Cario | | | |
| 811 | 8 | Replace "some" with "solid" | Transcription error |
|  | 16 | Insert "in" between "And" and "part" | Transcription error |
| 812 | 13 | Insert "a" between "for" and "shipment" | Transcription error |
| 821 | 18 | Replace "ready" with "read" | Transcription error |
| 822 | 25 | Replace "3.1.25" with "3.1.2.5" | Grammar |
| 823 | 5 | Replace "3.1.25" with "3.1.2.5" | Grammar |
|  | 15 | Delete "so" | Grammar |
| 824 | 21 | Replace "3.1.25" with "3.1.2.5" | Grammar |
| Day 5 (Aug. 17, 2018) John Parker | | | |
| 1102 | 15 | Replace "my" with "may" | Transcription error |
| 1103 | 3 | Delete "NOT" | Grammar |
|  | 18 | Replace "stoking" with "storage" | Transcription error |
| 1104 | 7 | Replace "the" with "that" | Transcription error |
| 1106 | 17 | Replace "Not" with "NOT" | Grammar |
|  | 22 | Replace "Stolt" with "Storck" | Transcription error |
| 1107 | 6 | Replace "store" with "Storck" | Transcription error |
| 1108 | 9 | Replace "reefer" with "reefers" | Grammar |
| Ernest Marcel | | | |
| 1122 | 25 | Replace "corrector" with "correct" | Grammar |
| Christopher Downey | | | |
| 1189 | 18 | Replace "part" with "parts" | Transcription error |

Phase 2 Trial Transcript Errata
CHEMTURA

| | | | |
|---|---|---|---|
| 1190 | 20 | Replace "in the container shop" with "at the container surface" | Transcription error |
| | | | |
| Day 7 (Aug. 21, 2018) Frits Wybenga | | | |
| 1686 | 15 | Replace "DVB" with "DPA" | Misspoke |
| 1700 | 5 | Replace "two" with "too" | Grammar |
| 1701 | 19 | Replace "At" with "And" | Transcription error |
| 1703 | 5 | Replace "so" with "to" | Transcription error |
| 1705 | 18 | Delete "the" and "was" | Grammar |
| 1707 | 3 | Replace "Litigation" with "Aviation" | Transcription error |
| | | | |
| Day 8 (Aug. 22, 2018) Eugene Sanders | | | |
| 1794 | 13 | Replace "Baden" with "Baben" | Transcription error |
| 1802 | 14 | Replace "a lot" with "at" | Transcription error |
| | | | |
| Robert Ahlborn | | | |
| 1828 | 12 | Replace "wait" with "withdraw" | Transcription error |
| | 22 | Replace "assumed" with "withdraw" | Transcription error |