

## MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Timothy Semenoro**
Admitted in New York, New Jersey

437 Madison Avenue
29th Floor
New York, NY 10022
Tel: 212-867-9500

Direct Dial: 212-551-7793
Fax: 212-599-1759
Email: tsemenoro@mmwr.com

September 5, 2018

Hon. Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *In re M/V MSC FLAMINIA*
Master File: SDNY No. 12 Civ. 8892 (KBF)

Dear Judge Forrest:

We are the attorneys for Conti 11. Container Schiffahrts-GmbH & Co. KG MSC "FLAMINIA" ("Conti") and NSB Niederelbe Schiffahrtsgesellschaft mbH & Co. KG ("NSB"), the plaintiffs in the above-referenced Limitation action. As per the August 28, 2018 Order (Docket #1571), we submit this letter on behalf of all the parties for the purpose of filing the joint errata for the Phase 2 trial transcript.

If there are any questions, please do not hesitate to contact us. Otherwise, we thank you for your continued understanding and assistance.

Respectfully submitted,

MONTGOMERY MCCRACKEN
WALKER & RHOADS, LLP

/s/ *Timothy Semenoro*

Eugene J. O'Connor
Timothy Semenoro

cc:   By ECF to all counsel of record

Handwritten order: Ordered. The court reporter shall make the indicated changes immediately and deliver a final transcript to the Court (electronically) not later than 9/7/18 at 9am. KBF. [cc: WDS] 9/6/18

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

**Phase 2 Trial Transcript Errata**

| Page | Line | Change | Reason |
|---|---|---|---|
| 3 | 21 | replace "John" with "Jon" | Transcription error |
| 11 | 13 | Change "MSC" to "NSB" | Transcription error |
| 13 | 4 | Change "NDN" to "ambient" | Transcription error |
| 18 | 2 | Change "New Orleans terminal" to "New Orleans Terminal" | Misspelling |
| 21 | 9 | Change "New Orleans terminal" to "New Orleans Terminal" | Misspelling |
| 21 | 10 | Change "New Orleans terminal" to "New Orleans Terminal" | Misspelling |
| 21 | 21 | Change "MC" to "MSC" | Transcription error |
| 22 | 7 | Change "Polaso" to "Boasso" | Transcription error |
| 24 | 8 | Change "big" to "BIG" | Misspelling |
| 24 | 17 | Change "big" to "BIG" | Misspelling |
| 29 | 3 | Change "MSC's crew" to "NSB's crew" | Transcription error |
| 30 | 2 | Change "New Orleans terminal" to "New Orleans Terminal" | Misspelling |
| 30 | 12 | Change "SIPC" to "SIPX" | Misspelling |
| 30 | 13 | Change "cast" to "CASP" | Misspelling |
| 34 | 7 | Change "haulings" to "Hawleys" | Transcription error |
| 34 | 8 | Change "hazards pluralizaion" to "hazardous polymerization" | Transcription error |
| 34 | 20 | Change "NK" to "Ente" | Transcription error |
| 37 | 11 | Change "cue" to "Q" | Transcription error |
| 47 | 10 | Change "MSA link" to "MSC Link" | Misspelling |
| 48 | 8 | Change "Mack" to "MAXS" | Transcription error |
| 52 | 8 | delete "is" | Transcription error |
| 53 | 8 | delete "their" | Transcription error |
| 53 | 9 | delete "is" | Transcription error |
| 53 | 10 | replace "for" with "due to" | Transcription error / Grammar |
| 54 | 4 | replace "IVG" with "IMDG" | Transcription error |
| 54 | 5 | replace "IVG" with "IMDG" | Transcription error |
| 54 | 7 | replace "or" with "when" | Transcription error |
| 55 | 18 | replace "is is" with "as is" | Transcription error |
| 58 | 17 | Change "seaway bills" to "sea waybills" | Misspelling |
| 59 | 3 | replace "IMEDG" with "IMDG" | Transcription error |
| 59 | 4 | replace "Code" with "Regulations" | Transcription error |
| 59 | 20 | replace "openers" with "owners" | Transcription error |
| 59 | 24 | replace "Atlantic" with "Hellenic" | Transcription error |
| 60 | 14 | replace "entity" with "or indemnity" | Transcription error |
| 60 | 18 | replace "tracts" with "tracks" | Transcription error |
| 60 | 21 | Change "seaway bill" to "sea waybill" | Misspelling |
| 60 | 24 | replace "fortunately" with "unfortunately" | Transcription error |
| 61 | 19 | Change "seaway bill" to "sea waybill" | Misspelling |
| 61 | 20 | replace "of" with "or" | Transcription error |
| 62 | 2 | insert "or" between "contribution" and "indemnity" | Transcription error |
| 62 | 7 | replace "currently in" with "in privity of" | Transcription error / Grammar |
| 62 | 15 | replace "owner and" with "owner under" | Transcription error |
| 64 | 20 | replace "breakable" with "break bulk" | Transcription error |
| 65 | 24 | replace "EDI faculty" with "EDI FACT" | Transcription error |
| 66 | 4 | replace "IDG" with "IMDG" | Transcription error |
| 66 | 15 | replace "the" with "a" | Transcription error |
| 67 | 5 | delete "of" | Transcription error |
| 67 | 5 | replace "behind the" with "behind" | Transcription error |
| 68 | 16 | delete "who's" | Transcription error |
| 68 | 17 | replace "representing them" with "or his representative" | Transcription error / Grammar |
| 69 | 21 | replace "IDG" with "IMDG" | Transcription error |
| 69 | 22 | replace "IDG" with "IMDG" | Transcription error |

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

Phase 2 Trial Transcript Errata

| Page | Line | Change | Reason |
|---|---|---|---|
| 70 | 10 | replace "provide" with "rely upon" | Transcription error / Grammar |
| 71 | 6 | replace "stagnate" with "stagnant" | Transcription error / Grammar |
| 71 | 7 | replace "read" with "re-vet" | Transcription error |
| 71 | 13 | replace "DGB" with "DGD" | Transcription error |
| 72 | 14 | replace "Johnson" with "Johnston" | Transcription error |
| 72 | 21 | Change "Herrara" to "Herrera" | Misspelling |
| 73 | 1 | replace "hazards" with "Hazardous" | Transcription error |
| 73 | 1 | replace "who" with "which" | Transcription error |
| 73 | 10 | replace "product" with "prior" | Transcription error |
| 73 | 11 | replace "set up" with "separate" | Transcription error |
| 73 | 23 | replace "interactives" with "radioactives" | Transcription error |
| 74 | 5 | replace "damaging" with "ambient" | Transcription error |
| 74 | 10 | replace "damages" with "ambient" | Transcription error |
| 75 | 9 | replace "DVB" with "DGD" | Transcription error |
| 75 | 10 | replace "DVB" with "DGD" | Transcription error |
| 76 | 13 | replace "Mr. Claire said something's UN 38Q" with "Or, misdeclared something as UN 3082," | Transcription error |
| 79 | 21 | Change "Borrisay" to "Borossay" | Misspelling |
| 105 | 9 | replace "have" with "had" | Misspoke |
| 107 | 8 | replace "INDG" with "IMDG" | Transcription error |
| 107 | 12 | replace "INDG" with "IMDG" | Transcription error |
| 107 | 25 | insert "reach" between "can" and "autopolymerization" | Transcription error |
| 108 | 8 | replace "INDG" with "IMDG" | Transcription error |
| 108 | 12 | Change "INDG" to "IMDG" | Transcription error |
| 108 | 19 | Change "INDG" to "IMDG" | Transcription error |
| 108 | 20 | replace "INDG" with "IMDG" | Transcription error |
| 109 | 4 | replace "INDG" with "IMDG" | Transcription error |
| 111 | 10 | insert "reach" between "could" and "autopolymerization" | Transcription error |
| 111 | 23 | replace "to" with "through" | Transcription error |
| 112 | 18 | replace "second" with "first" | Misspoke |
| 114 | 2 | replace "defensive" with "defense" | Transcription error |
| 118 | 1 | replace "containers" with "cylinders" | Misspoke |
| 118 | 18 | insert "with" between "check" and "bridge" | Misspoke / Transcription error |
| 119 | 18 | replace "was not" with "did not include" | Misspoke / Grammar |
| 123 | 1 | replace "needs" with "need" | Transcription error |
| 124 | 11 | replace "IMD" with "IMDG" | Transcription error |
| 124 | 13 | replace "with us" with "risk" | Transcription error |
| 125 | 5 | insert "heated" between "regulates" and "cargoes" | Misspoke |
| 126 | 19 | replace "when delivering" with "and would believe" | Transcription error |
| 126 | 20 | replace "use" with "lose" | Transcription error |
| 127 | 1 | insert "the" between "that" and "IMDG" | Grammar |
| 127 | 2 | insert "as" between "materials" and "heat" | Grammar |
| 127 | 16 | replace "DV" with "DVB" | Transcription error |
| 130 | 1 | replace "and" with "in" | Transcription error |
| 138 | 6 | Change "monitoring" to "monomer" | Transcription error |
| 139 | 6 | Change "reducing" to "producing" | Transcription error |
| 139 | 19 | Change "54, 65, and 80" to "55, 63, and 80" | Transcription error |
| 154 | 5 | Change "collect" to "correct" | Transcription error |
| 157 | 12 | Change "NDO" to "NVO" | Misspelling |
| 158 | 3 | Change "NDOs" to "NVOs" | Misspelling |
| 158 | 4 | Change "NDOs" to "NVOs" | Misspelling |
| 158 | 7 | Change "NDOs" to "NVOs" | Misspelling |
| 158 | 17 | Change "NDOs" to "NVOs" | Misspelling |
| 158 | 23 | Change "NDO" to "NVO" | Misspelling |
| 159 | 4 | Change "A. Did I read that correctly, sir?" to "Q. Did I read that correctly, sir?" | Transcription error |

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

**Phase 2 Trial Transcript Errata**

| Page | Line | Change | Reason |
|---|---|---|---|
| 159 | 5 | Change "Q. Did you say page four?" to "A. Did you say page four?" | Transcription error |
| 159 | 13 | Change "NDOs" to "NVOs" | Misspelling |
| 159 | 16 | Change "NDOs" to "NVOs" | Misspelling |
| 159 | 20 | Change "NDOs" to "NVOs" | Misspelling |
| 159 | 24 | Change "NDOs" to "NVOs" | Misspelling |
| 159 | 25 | Change "NDOs" to "NVOs" | Misspelling |
| 160 | 10 | Change "NDOs" to "NVOs" | Misspelling |
| 160 | 14 | Change "NDOs" to "NVOs" | Misspelling |
| 160 | 17 | Change "NDOs" to "NVOs" | Misspelling |
| 161 | 6 | Change "NDO CC" to "NVOCC" | Misspelling |
| 161 | 8 | Change "customer service meets, with" to "customer service meets with" | Transcription error |
| 161 | 9 | Change "NDO CC" to "NVOCC" | Misspelling |
| 161 | 14 | Change "NDOs" to "NVOs" | Misspelling |
| 163 | 13 | Change "NDO" to "NVO" | Misspelling |
| 166 | 8 | Change "NDOs" to "NVOs" | Misspelling |
| 178 | 5 | Change "terminals" to "Terminal" | Transcription error |
| 179 | 2 | Change "docket" to "dock at" | Transcription error |
| 179 | 13 | Change "peer" to "pier" | Transcription error |
| 179 | 17 | Change "terminal" to "Terminal" | Transcription error |
| 184 | 6 | replace "Shawnee" with "Chauny" | Transcription error |
| 184 | 7 | replace "Grange Mount" with "Grangemouth" | Transcription error |
| 185 | 4 | remove "Dell" | Misspelling |
| 188 | 14 | Change "Castillon" to "Cassilon" | Misspelling |
| 189 | 13 | Change "New Orleans' terminal" to "New Orleans Terminal" | Grammar |
| 193 | 6 | replace "Anytime" with "Any time" | Grammar |
| 193 | 6 | delete "it" | Transcription error |
| 193 | 18 | insert "not" between "was" and "an" | Misspelling |
| 195 | 19 | Change "Stork" to "Storck" | Transcription error |
| 196 | 20 | Change "at 60 or 70" to "on 60 or 70" | Misspelling |
| 199 | 23 | Change "refrs" to "reefers" | Misspelling |
| 200 | 1 | Change "refr" to "reefer" | Misspelling |
| 200 | 10 | Change "refrs" to "reefers" | Misspelling |
| 200 | 15 | Change "refrs" to "reefers" | Misspelling |
| 200 | 16 | Change "refrs" to "reefers" | Misspelling |
| 215 | 24 | Change "NDO CC" to "NVOCC" | Misspelling |
| 216 | 4 | Change "NDO CC" to "NVOCC" | Misspelling |
| 216 | 9 | Change "NDO CC" to "NVOCC" | Misspelling |
| 216 | 13 | Change "NDO CC" to "NVOCC" | Misspelling |
| 216 | 17 | Change "NDO CC" to "NVOCC" | Misspelling |
| 216 | 21 | Change "NDO CC" to "NVOCC" | Misspelling |
| 216 | 25 | Change "NDO CCs" to "NVOCCs" | Misspelling |
| 217 | 4 | Change "Sutton" to "Suttons" | Misspelling |
| 217 | 15 | Change "NDO CC" to "NVOCC" | Misspelling |
| 218 | 3 | Change "NDO CC" to "NVOCC" | Misspelling |
| 218 | 6 | Change "NDO CC" to "NVOCC" | Misspelling |
| 218 | 14 | Change "NDO CC" to "NVOCC" | Misspelling |
| 218 | 17 | Change "NDO CC" to "NVOCC" | Misspelling |
| 218 | 20 | Change "NDO CC" to "NVOCC" | Misspelling |
| 218 | 25 | Change "NDO CC" to "NVOCC" | Misspelling |
| 219 | 24 | Change "NDO CCs" to "NVOCCs" | Misspelling |
| 220 | 3 | Change "Wharton" to "Morton" | Transcription error |
| 226 | 7 | Change "refr" to "reefer" | Misspelling |
| 226 | 12 | Change "refr" to "reefer" | Misspelling |
| 226 | 15 | Change "refr" to "reefer" | Misspelling |
| 226 | 18 | Change "refrs" to "reefers" | Misspelling |

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

Phase 2 Trial Transcript Errata

| Page | Line | Change | Reason |
|---|---|---|---|
| 226 | 19 | Change "refrs" to "reefers" | Misspelling |
| 227 | 4 | Change "refrs" to "reefers" | Misspelling |
| 227 | 8 | Change "refr" to "reefer" | Misspelling |
| 229 | 5 | Change "NDO CCs" to "NVOCCs" | Misspelling |
| 231 | 23 | Change "Sole" to "Sowell" | Misspelling |
| 233 | 13 | Change "NDO CCs" to "NVOCCs" | Misspelling |
| 233 | 14 | Change "Sutton" to "Suttons" | Misspelling |
| 233 | 24 | Change "NDO CCs" to "NVOCCs" | Misspelling |
| 234 | 19 | Change "NDO CC" to "NVOCC" | Misspelling |
| 236 | 7 | Change "DLT" to "DOT" | Transcription error |
| 236 | 17 | Change "Sutton" to "Suttons" | Misspelling |
| 237 | 1 | Change "set on the" to "sent on to" | Transcription error |
| 243 | 3 | Change "and ADPOs" to "at ADPO" | Transcription error |
| 261 | 13 | replace "AVM" with "ABN" | Transcription error |
| 275 | 9 | insert "you" between "2012" and "were" | Transcription error |
| 277 | 24 | replace "Mansoor" with "Mansur" | Transcription error |
| 278 | 4 | replace "Mansoor" with "Mansur" | Transcription error |
| 278 | 8 | Change "Mansoor" to "Mansur" | Misspelling |
| 278 | 12 | replace "Mansoor" with "Mansur" | Transcription error |
| 305 | 13 | Change "the" to "para-tertiary" | Transcription error |
| 330 | 12 | replace "was" with "wasn't" | Transcription error |
| 335 | 3 | replace "He's" with "Heat" | Transcription error |
| 336 | 21 | delete "if" | Transcription error |
| 344 | 1 | replace "Joe" with "John" | Transcription error |
| 347 | 10 | replace "at" with "as" | Transcription error |
| 358 | 1 | replace "ETX" with "DTX" | Transcription error |
| 369 | 2 | replace "Hertz" with "Hoechst" | Transcription error |
| 369 | 3 | replace "Hertz" with "Hoechst" | Transcription error |
| 371 | 19 | insert "is" after "document" | Transcription error |
| 372 | 16 | replace "the" with "that" | Transcription error |
| 374 | 8 | replace "Chauney" with "Chauny" | Transcription error |
| 374 | 9 | replace "Chauney" with "Chauny" | Transcription error |
| 379 | 6,7 | "—would try to understand Grangemouth" should be "Deltech would try to understand why Grangemouth" | Transcription error |
| 379 | 11 | replace "Chauney" with "Chauny" | Transcription error |
| 379 | 20 | insert "a" between "if" and "DVB80" | Transcription error |
| 380 | 9 | replace "Chauney" with "Chauny" both times | Transcription error |
| 380 | 14 | replace "hull" with "hold" | Transcription error |
| 380 | 18 | "was -- what was" should be "was" | Misspoke |
| 381 | 2 | replace "in" with "and" | Transcription error |
| 383 | 25 | "specific" should be "specifically" | Transcription error |
| 387 | 13 | replace "DT" with "VT" | Transcription error |
| 387 | 23 | "Thate's" should be "That's" | Misspelling |
| 387 | 24 | replace "BT" with "VT" | Transcription error |
| 391 | 9 | replace "Lawnsdale" with "Lonsdale" | Transcription error |
| 392 | 16 | replace "Lawnsdale" with "Lonsdale" | Transcription error |
| 392 | 18 | replace "Lawnsdale" with "Lonsdale" | Transcription error |
| 392 | 23 | replace "Lawnsdale" with "Lonsdale" | Transcription error |
| 392 | 24 | "about tried" should be "about that we tried" | Transcription error |
| 393 | 9 | replace "Lawnsdale" with "Lonsdale" | Transcription error |
| 399 | 15 | replace "Don't" with "Do" | Transcription error / Grammar |
| 402 | 11 | replace "DOP" with "DOT" | Transcription error |
| 402 | 18 | replace "Innotra" with "Inotra" | Transcription error |
| 402 | 19 | "a European" should be "European" | Transcription error |
| 402 | 23 | "Innotra" should be "Inotra" | Misspelling |
| 403 | 8 | replace "Innotra" with "Inotra" | Transcription error |
| 403 | 9 | replace "Innotra" with "Inotra" | Transcription error |
| 404 | 23 | replace "Innotra" with "Inotra" | Transcription error |

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

Phase 2 Trial Transcript Errata

| Page | Line | Change | Reason |
|---|---|---|---|
| 404 | 25 | replace "Would" with "Should we" | Transcription error |
| 406 | 15 | "Mm-hmm" should be "yes" | Misspoke |
| 406 | 24 | insert "any" between "in" and "respect" | Transcription error |
| 407 | 9 | "Mm-hmm" should be "yes" | Misspoke |
| 407 | 13 | insert "the" between "And" and "paragraph" | Transcription error |
| 408 | 16 | "putting --" should be "putting in more TBC," | Transcription error |
| 408 | 22 | "We – I think" should be "I think" | Misspoke |
| 412 | 21 | "Mm-hmm" should be "yes" | Misspoke |
| 414 | 9 | insert "at" between "And" and "the" | Transcription error |
| 414 | 18 | replace "MD804" with "MV-804" | Transcription error |
| 417 | 22 | insert "don't" after "says" | Transcription error |
| 423 | 18 | replace "2017" with "2007" | Transcription error |
| 423 | 25 | replace "purports" with "the ports" | Transcription error |
| 424 | 7 | insert "port of" between "the" and "New" | Transcription error |
| 425 | 6 | "There's consistently" should be "They are consistent with" | Transcription error |
| 427 | 10 | replace "ships" with "shipped" | Transcription error |
| 428 | 20 | replace "fielding" with "gilding" | Transcription error |
| 429 | 14 | replace "page" with "pages" | Transcription error |
| 432 | 19 | "not -- you" should be "not --. You" | Transcription error |
| 432 | 23 | delete "and" | Transcription error |
| 432 | 23 | replace "maintain" with "maintaining" | Transcription error |
| 435 | 21 | delete "it" | Transcription error |
| 439 | 18 | "-- being" should be "cost and being" | Misspoke |
| 441 | 3 | "Mm-hmm" should be "yes" | Transcription error |
| 441 | 15 | "wrote the --" should be "wrote the, or did" | Transcription error |
| 442 | 24 | "inference," should be "reference," | Transcription error |
| 443 | 1 | replace "Chauney" with "Chauny" | Transcription error |
| 443 | 13 | replace "X" with "Ex" | Transcription error |
| 444 | 22 | "--" should be "there" | Transcription error |
| 448 | 12 | replace "NT - -" with "empty" | Transcription error |
| 448 | 14 | replace "- - tech" with "tank" | Transcription error |
| 455 | 2 | replace "Casstilon's" with "Cassilon" | Transcription error |
| 458 | 7 | "--" should be "no DVB," | Transcription error |
| 458 | 7 | "Loaded --" should be "Loaded at?" | Transcription error |
| 458 | 22 | replace "deporting" with "departing" | Transcription error |
| 459 | 3 | replace "temperature" with "temperatures" | Transcription error |
| 459 | 18 | delete "had" | Transcription error |
| 460 | 18 | "doesn't --" should be "doesn't show when, just" | Transcription error |
| 461 | 20 | "that --" should be "that we hoped," | Transcription error |
| 461 | 21 | "ship --" should be "shipment, but" | Transcription error |
| 462 | 10 | "or –" should be "or below" | Misspoke |
| 467 | 1 | "that cold -- that hot" should be "that hot" | Transcription error |
| 467 | 21 | replace "baffle" with "baffled" | Transcription error |
| 468 | 6 | replace "what" with "that" | Transcription error |
| 470 | 19 | "there for" should be "there from" | Transcription error |
| 471 | 4 | "-- had" should be "-- or had" | Misspoke |
| 471 | 20 | "Mm-hmm" should be "yes" | Transcription error |
| 476 | 6 | "it places --" should be "the places it's seen," | Transcription error |
| 479 | 14 | replace "Are" with "And" | Misspoke |
| 486 | 1 | "Mm-hmm" should be "yes" | Transcription error |
| 491 | 19 | delete "proceed" | Transcription error |
| 495 | 16 | "the –" should be "the port," | Transcription error |
| 509 | 1 | replace "UNIDENTIFIED SPEAKER" with "Mr. Nicoletti" | Misspoke |
| 514 | 3 | "Mm-hmm" should be "yes" | Transcription error |
| 516 | 3 | replace "O'Connell" with "O'Connor" | Transcription error |
| 526 | 9 | "DTX1292" should be "DTX-192" | Transcription error |

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

**Phase 2 Trial Transcript Errata**

| Page | Line | Change | Reason |
|---|---|---|---|
| 536 | 12 | "New Orleans terminal" should be "New Orleans Terminal" | Misspelling |
| 538 | 12 | replace "page" with "pages" | Transcription error |
| 542 | 18 | "We -- Dow" should be "We knew Dow" | Transcription error |
| 544 | 10 | "had recommendation suggestion" should be "had a recommendation, a suggestion," | Transcription error |
| 546 | 8 | "Cassillon" should be "Cassilon" | Misspelling |
| 546 | 11 | "Cassillon" should be "Cassilon" | Misspelling |
| 549 | 5 | replace "She was she was" with "She was...She was" | Transcription error |
| 549 | 10 | Remove "Dock" | Transcription error |
| 553 | 8 | "-- if you stacked the --" should be "and if you were in the aisle you could probably read it." | Transcription error |
| 555 | 8 | "monitoring. That" should be "monitoring that" | Transcription error |
| 556 | 2 | "Cassillon" should be "Cassilon" | Misspelling |
| 556 | 3 | "want" should be "wanted" | Transcription error |
| 556 | 6 | "Cassillon" should be "Cassilon" | Misspelling |
| 557 | 2 | "Thomas" should be "Tommy" | Transcription error |
| 559 | 18 | replace "report" with "reporter" | Transcription error |
| 565 | 21 | replace "that" with "the" | Transcription error |
| 580 | 20 | replace "Deltech, quote," with "Deltech's quote" | Transcription error |
| 581 | 5 | replace "reports" with "requests" | Transcription error |
| 582 | 9 | replace "that" with "those" | Transcription error |
| 589 | 6 | replace "UNIDENTIFIED SPEAKER" with "Mr. Nicoletti" | Transcription error |
| 589 | 15 | "New Orleans terminals" should be "New Orleans Terminal" | Transcription error |
| 595 | 7 | "New Orleans terminal" should be "New Orleans Terminal" | Transcription error |
| 602 | 5 | "7-9" should be "07/09" | Transcription error |
| 615 | 11 | "declarations" should be "declaration" | Transcription error |
| 616 | 10 | "depo" should be "depot" | Misspelling |
| 624 | 23 | "master bill of lading" should be "master bill of lading instructions" | Misspoke |
| 625 | 5 | "bill of lading" should be "bill of lading instructions" | Misspoke |
| 655 | 4 | "Chauney" should be "Chauny" | Misspelling |
| 655 | 22 | "NewPort, United and" should be "NewPort and United" | Transcription error |
| 666 | 14 | "depo" should be "depot" | Misspelling |
| 678 | 2 | "Chauney" should be "Chauny" | Misspelling |
| 678 | 5 | "Chauney" should be "Chauny" | Misspelling |
| 681 | 2 | replace "vinyltoluene" with "vinyl toluene" | Transcription error |
| 701 | 25 | "vinyl will toluene" should be "vinyl toluene" | Transcription error |
| 709 | 2 | replace "infeasible" with "be feasible" | Transcription error |
| 712 | 4 | replace "Chauney" with "Chauny" | Transctiption error |
| 726 | 24 | "Chauney" should be "Chauny" | Misspelling |
| 727 | 20 | "depo" should be "depot" | Misspelling |
| 737 | 4 | "49CFR" should be "49 CFR" | Misspelling |
| 737 | 10 | "49CFR" should be "49 CFR" | Misspelling |
| 770 | 5 | "the Stolt's" should be "Stolt's" | Transcription error |
| 770 | 7 | "the Stolt's" should be "Stolt's" | Transcription error |
| 771 | 18 | "DTX 05090006" should be "DTX-0509_0006" | Misspelling |
| 772 | 25 | "DTX 05090006" should be "DTX-0509_0006" | Misspelling |
| 778 | 22 | "DTX 05090001" should be "DTX-0509_0001" | Misspelling |
| 783 | 8 | "Chauney" should be "Chauny" | Misspelling |
| 805 | 5 | replace "follow" with "following" | Transcription error |
| 805 | 10 | replace "Iso" with "ISO" | Transcription error |
| 811 | 8 | replace "some" with "solid" | Transcription error |
| 811 | 16 | insert "in" between "And" and "part" | Transcription error |
| 812 | 13 | insert "a" between "for" and "shipment" | Transcription error |

Page 6 of 12

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

Phase 2 Trial Transcript Errata

| Page | Line | Change | Reason |
|---|---|---|---|
| 821 | 14 | "wave" should be "we" | Transcription error |
| 821 | 18 | replace "ready" with "read" | Transcription error |
| 821 | 20 | "PDA" should be "DPA" | Transcription error |
| 822 | 25 | replace "3.1.25" with "3.1.2.5" | Transcription error |
| 823 | 5 | "3.1.25" should be "3.1.2.5" | Transcription error |
| 823 | 15 | replace "3.1.25" with "3.1.2.5" | Transcription error |
| 824 | 21 | replace "3.1.25" with "3.1.2.5" | Transcription error |
| 834 | 17 | replace "do you" with "you do" | Transcription error |
| 835 | 16 | "master bill of lading" should be "master bill of lading instructions" | Misspoke |
| 845 | 20 | "New Orleans terminal" should be "New Orleans Terminal" | Misspelling |
| 846 | 5,6 | "New Orleans terminal" should be "New Orleans Terminal" | Misspelling |
| 846 | 10 | "New Orleans terminal" should be "New Orleans Terminal" | Misspelling |
| 847 | 1 | "New Orleans terminal" should be "New Orleans Terminal" | Misspelling |
| 855 | 22,23 | "New Orleans terminals" should be "New Orleans Terminal" | Misspelling |
| 856 | 1 | "New Orleans terminals" should be "New Orleans Terminal" | Misspelling |
| 860 | 1 | replace "serves" with "services" | Transcription error |
| 860 | 18 | insert "it" after "industry" | Transcription error |
| 861 | 15 | insert "mean" after "doesn't" | Transcription error |
| 867 | 7 | "Van Limbergen" should be "Vanlimbergen" | Misspelling |
| 867 | 9 | "Van Limbergen" should be "Vanlimbergen" | Misspelling |
| 867 | 14 | "Van Limbergen" should be "Vanlimbergen" | Misspelling |
| 867 | 16 | "Van Limbergen" should be "Vanlimbergen" | Misspelling |
| 870 | 22 | replace "responsible for the" with "responsible for the entire" | Transcription error |
| 871 | 25 | replace "no" with "know" | Transcription error |
| 872 | 2 | delete "both" | Transcription error |
| 872 | 2 | insert "ports" after "discharge" | Transcription error |
| 872 | 3 | replace "shipment board" with "shipping port" | Transcription error |
| 872 | 4 | replace "rating" with "bill of lading" | Transcription error |
| 886 | 20 | "Stolt plan" should be "stowage plan" | Transcription error |
| 895 | 5 | insert "I" after "Am" | Transcription error |
| 895 | 14,15 | "Eve Van Limbergen" should be "Yve Vanlimbergen" | Misspelling |
| 895 | 19 | "Dr. Van" should be "Mr. Vande Velde" | Transcription error |
| 895 | 22 | "Eve Van Limbergen" should be "Yve Vanlimbergen" | Misspelling |
| 897 | 5 | "Van Limbergen" should be "Vanlimbergen" | Misspelling |
| 897 | 22 | "Van Limbergen" should be "Vanlimbergen" | Misspelling |
| 898 | 17,18 | "Van Limbergen" should be "Vanlimbergen" | Misspelling |
| 898 | 22 | "Van Limbergen" should be "Vanlimbergen" | Misspelling |
| 899 | 5 | "Van Limbergen" should be "Vanlimbergen" | Misspelling |
| 899 | 16,17 | "Van Limbergen" should be "Vanlimbergen" | Misspelling |
| 899 | 24 | "Van Limbergen" should be "Vanlimbergen" | Misspelling |
| 918 | 24 | "Sole" should be "Sowell" | Misspelling |
| 918 | 25 | "Sole" should be "Sowell" | Misspelling |
| 919 | 22 | "Sole" should be "Sowell" | Misspelling |
| 919 | 24 | "Sole" should be "Sowell" | Misspelling |
| 921 | 4 | "Sole" should be "Sowell" | Misspelling |
| 921 | 7 | "Ms. Sole" should be "Ms. Sowell" | Misspelling |
| 921 | 7 | "Ms. Kathy Sole" should be "Ms. Kathy Sowell" | Misspelling |
| 922 | 4 | "Sole" should be "Sowell" | Misspelling |
| 922 | 16 | "Sole" should be "Sowell" | Misspelling |
| 922 | 19 | replace "did" with "do" | Transcription error |

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

Phase 2 Trial Transcript Errata

| Page | Line | Change | Reason |
|---|---|---|---|
| 923 | 5 | "Sole" should be "Sowell" | Misspelling |
| 923 | 13 | "Sole" should be "Sowell" | Misspelling |
| 923 | 20 | "Sole" should be "Sowell" | Misspelling |
| 924 | 22 | "Sole" should be "Sowell" | Misspelling |
| 933 | 11 | replace "indent" with "incident" | Transcription error |
| 934 | 23 | replace "looking" with "looked" | Transcription error |
| 935 | 21 | insert "do" after "I" | Transcription error |
| 937 | 14 | replace "Iso" with "ISO" | Transcription error |
| 939 | 11 | replace "Iso" with "ISO" | Transcription error |
| 944 | 9 | replace "Iso" with "ISO" | Transcription error |
| 951 | 10 | "all right" should be "our" | Transcription error |
| 954 | 16 | "surfaces" should be "services" | Transcription error |
| 954 | 17 | "surfaces" should be "services" | Transcription error |
| 959 | 15 | "draft of final" should be "draft or final" | Transcription error |
| 963 | 4 | delete "if" | Transcription error |
| 963 | 6 | "proof of final" should be "proof or final" | Transcription error |
| 963 | 20 | "proof of final" should be "proof or final" | Transcription error |
| 963 | 25 | replace "bill" with "bills" | Transcription error |
| 971 | 10 | replace "talk" with "talking" | Transcription error |
| 989 | 15 | "captive" should be "captain" | Transcription error |
| 991 | 12 | "Proof" should be "Proofs" | Spelling |
| 999 | 12 | "Sole" should be "Sewell" | Transctiption error |
| 999 | 13 | replace "Sole" with "Sowell" | Transctiption error |
| 999 | 14 | replace "Sole" with "Sowell" | Transcription error |
| 1018 | 24 | replace "top" with "hot" | Transcription error / Grammar |
| 1020 | 21 | insert "be" after "all" | Grammar |
| 1021 | 13 | Delete "what" | Transcription error |
| 1033 | 18 | replace "damage" with "damaged" | Transcription error |
| 1033 | 25 | replace "appoint" with "appointment" | Transcription error |
| 1037 | 7 | replace "tool" with "toll" | Grammar |
| 1039 | 20 | "on" should be "of" | Transcription error |
| 1053 | 14 | insert "that" after "not" | Transcription error |
| 1054 | 10 | insert "have" between "may" and "gauges" | Transcription error |
| 1058 | 12 | replace "will" with "real" | Transcription error |
| 1069 | 4 | replace "payable" with "paper" | Transcription error |
| 1062 | 18 | "copies for MSDS" should be "copies of MSDS" | Grammar |
| 1072 | 20 | "UTV4733797" should be "UTCU4733797" | Spelling |
| 1086 | 22 | "one which one" should be "one by one" | Transcription error |
| 1088 | 23 | replace "electronic" with "an electronic file" | Transcription error |
| 1097 | 24 | insert "would be placed" after "they" | Transcription error |
| 1102 | 15 | "My" should be "may" | Transcription error |
| 1103 | 3 | delete "NOT" | Transcription error |
| 1103 | 18 | "Stoking" should be "storage" | Transcription error |
| 1104 | 7 | "the" should be "that" | Capitalization |
| 1106 | 17 | "Not" shoud be "NOT" | Transcription error |
| 1106 | 18 | replace "Iso" with "ISO" | Transcription error |
| 1106 | 22 | "Stolt" should be "Storck" | Transcription error |
| 1107 | 6 | "Store" should be "Storck" | Transcription error |
| 1108 | 9 | "reefer" should be "reefers" | Transcription error |
| 1122 | 25 | replace "correcter" with "correct" | Transcription error |
| 1126 | 3 | delete "had" | Transcription error |
| 1144 | 3 | replace "SDS" with "MSDS" | Transcription error |
| 1151 | 21 | replace "base" with "based" | Transcription error |
| 1164 | 9 | insert "no" after "are" | Transcription error |
| 1170 | 20 | replace "individually" with "individual" | Transcription error |
| 1177 | 21 | "altered" should be "authored" | Transcription error |
| 1188 | 23 | replace "is" with "has" | Transcription error |
| 1189 | 18 | "part" should be "parts" | Transcription error |

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

**Phase 2 Trial Transcript Errata**

| Page | Line | Change | Reason |
|---|---|---|---|
| 1190 | 16 | "surface can be warmer than am ambient" should be "surfaces can be warmer than ambient" | Transcription error |
| 1190 | 20 | "in the container shop" should be "at the container surface" | Transcription error |
| 1222 | 3 | replace "I'll" with "I" | Transcription error / Grammar |
| 1236 | 19 | "principle" should be "principal" | Transcription error |
| 1247 | 12 | replace "compute" with "computer" | Transcription error |
| 1270 | 5 | delete "I" | Transcription error |
| 1303 | 24 | replace "USA" with "SA" | Transcription error |
| 1304 | 20 | "about MSC" should be "not MSC" | Transcription error |
| 1340 | 11 | replace "non-procedure" with "common procedure" | Transcription error |
| 1343 | 2 | replace "had" with "hand" | Transcription error |
| 1350 | 10 | replace "reconstruction thing" with "reorganization process" | Misspoke |
| 1350 | 18 | replace "of" with "on" | Misspoke |
| 1354 | 21 | replace "was" with "for" | Misspoke |
| 1357 | 4 | replace "master" with "muster" | Transcription error |
| 1357 | 5 | replace "master's" with "muster" | Transcription error |
| 1375 | 1 | replace "shipper" with "shipowner" | Transcription error |
| 1392 | 6 | replace "NGL" with "a GL" | Transcription error |
| 1393 | 18 | replace "wires" with "valves" both times | Transcription error / Misspoke |
| 1396 | 15 | replace "tour" with "drill" | Transcription error / Misspoke |
| 1416 | 17 | replace "shipment" with "ShipNet" | Transcription error |
| 1430 | 7 | replace "relieving" with "releasing" | Transcription error |
| 1441 | 21 | replace "mastery" with "muster" | Transcription error |
| 1441 | 24 | "intense units" should be "defense units" | Transcription error |
| 1451 | 23 | replace "on" with "in" | Transcription error |
| 1454 | 19 | replace "- - mr." with "Mr." | Transcription error |
| 1458 | 20 | replace "subcontract" with "subcontractor" | Transcription error |
| 1473 | 23 | replace "her" with "he" | Transcription error |
| 1474 | 11 | replace "has" with "have" | Transcription error / Grammar |
| 1474 | 15 | replace "force" with "for" | Transcription error |
| 1482 | 22 | replace "is" with "are" | Transcription error / Grammar |
| 1493 | 25 | replace "recorder" with "reporter" | Transcription error |
| 1513 | 2 | replace "life" with "live" | Transcription error |
| 1513 | 15 | replace "life" with "live" | Transcription error |
| 1516 | 12 | replace "makes" with "made" | Transcription error / Grammar |
| 1519 | 23 | replace "don't found" with "didn't find" | Transcription error / Grammar |
| 1522 | 16 | replace "don't found" with "didn't find" | Transcription error / Grammar |
| 1541 | 18 | delete "is" | Transcription error |
| 1541 | 18 | add comma between "ship" and "it" | Grammar |
| 1541 | 18 | replace "--" with "me," | Transcription error |
| 1542 | 20 | replace "hangover" and "handover" | Transcription error |
| 1542 | 24 | replace "--" with "on" | Transcription error |
| 1542 | 24 | replace "have" with "are" | Grammar |
| 1548 | 18-19 | "I had not any reason" should be "Answer. I had not any reason." | Grammar |
| 1551 | 14 | replace "next" with "other" | Misspoke |
| 1552 | 16 | replace "thought" with "said" | Misspoke |
| 1556 | 24 | delete "if" | Grammar |
| 1556 | 24 | replace comma after "tell" with semicolon | Grammar |
| 1558 | 20 | replace "bottle pipe" with "ball valve" | Transcription error |
| 1562 | 24 | replace "by advance" with a period | Transcription error |
| 1567 | 15 | replace "that" with "aft part" | Transcription error |
| 1567 | 15 | delete "in engine room remain" | Transcription error / Misspoke / Grammar |
| 1567 | 16 | insert "to remain in engine room" between "third engineer" and "to" | Transcription error / Misspoke / Grammar |
| 1568 | 5 | replace comma after "focused" with a hyphen | Transcription error / Grammar |

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

Phase 2 Trial Transcript Errata

| Page | Line | Change | Reason |
|---|---|---|---|
| 1568 | 5 | insert ", and" between "third engineer" and "electrician" | Transcription error / Grammar |
| 1568 | 5 | insert comma after "electrician" | Transcription error / Grammar |
| 1569 | 13 | replace "zone" with "reason" | Transcription error |
| 1570 | 10 | delete "where" | Transcription error |
| 1570 | 10 | insert "and it" after comma | Transcription error |
| 1572 | 1 | replace "on" with "but" | Transcription error / Misspoke |
| 1575 | 25 | replace "referencing the trips off" with "preferential trip" | Transcription error |
| 1583 | 6 | replace "base" with "basis" | Transcription error |
| 1583 | 7 | replace "engine control release" with "CO2 Room" | Transcription error / Misspoke |
| 1589 | 21 | replace "most" with "also" | Transcription error / Misspoke / Grammar |
| 1589 | 22 | replace "ships" with "ship" | Transcription error |
| 1590 | 3 | replace "treatment" with "trip" | Transcription error |
| 1591 | 18 | replace "managing" with "other" | Transcription error / Misspoke |
| 1594 | 9 | "IMS" should be "IMO" | Transcription error |
| 1595 | 9 | "subcommittee meetings" should be "administration subcommittee meetings" | Transcription error |
| 1600 | 14 | "encased" should be "engaged" | Transcription error |
| 1603 | 13-14 | "provided there is a reasonable person acting under the circumstances would fine" should be "provided a reasonable person acting under the circumstances would find" | Transcription error |
| 1609 | 13, 15 | "113" should be "1.1.3" | Transcription error |
| 1612 | 10 | "material" should be "insulation" | Transcription error |
| 1620 | 2,4,8 | "HMT" should be "HMR" | Spelling error |
| 1631 | 19 | "polymerizing" should be "organic peroxides" | Transcription error |
| 1648 | 6 | "self-reactor" should be "self-reactive" | Transcription error |
| 1680 | 9 | "thallic" should be "phtalic" | Spelling error |
| 1686 | 15 | replace "DVB" with "DPA" | Misspoke |
| 1700 | 5 | replace "two" with "too" | Transcription error / Grammar |
| 1701 | 19 | replace "At" with "And" | Transcription error |
| 1703 | 5 | replace "so" with "to" | Transcription error |
| 1705 | 18 | delete "the" and "was" | Transcription error / Grammar |
| 1707 | 3 | replace "Litigation" with "Aviation" | Transcription error |
| 1716 | 23 | delete "it" | Transcription error |
| 1719 | 1 | replace "sheep" with "ship" | Transcription error |
| 1721 | 17 | replace "flags" with "Flag" | Transcription error |
| 1722 | 25 | "4:42" should be "5:42" | Transcription error |
| 1728 | 3 | replace "focused" with "focus" | Transcription error / Grammar |
| 1729 | 17 | insert "Manila" after "the" | Transcription error |
| 1731 | 1 | replace "controlled" with "control" | Transcription error |
| 1742 | 5 | replace "journeyman" with "German" | Transcription error |
| 1742 | 12 | replace "took" with "taken" | Transcription error / Grammar |
| 1759 | 16 | replace "report" with "declaration" | Transcription error / Misspoke |
| 1765 | 16 | replace "alerted" with "inerted" | Transcription error |
| 1794 | 13 | replace "Baden" with "Baben" | Transcription error |
| 1802 | 14 | replace "a lot" with "at" | Transcription error |
| 1828 | 12 | replace "wait" with "withdraw" | Transcription error |
| 1828 | 22 | replace "assumed" with "withdraw" | Transcription error |
| 1865 | 22 | "charted" should be "chartered" | Transcription error |
| 1902 | 9 | replace "in" with "a" | Transcription error |
| 1902 | 10 | delete "a" before the words "high-risk" | Transcription error |
| 1903 | 2 | replace "incompliance" with "not in compliance" | Transcription error / Grammar |
| 1905 | 3 | replace "closer" with "closures" | Transcription error |
| 1914 | 5 | add "significantly" after the word "change" | Transcription error |
| 1914 | 8 | replace "lit" with "bit" | Transcription error |
| 1918 | 8 | insert "what" between "know" and "PX" | Transcription error / Grammar |

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

**Phase 2 Trial Transcript Errata**

| Page | Line | Change | Reason |
|---|---|---|---|
| 1925 | 4 | replace "boat's in a" with "Boatswain" | Transcription error |
| 1925 | 5 | replace "haul" with "Hall" | Transcription error |
| 1938 | 16 | replace "SCVAs" with "SCBAs" | Transcription error |
| 1944 | 9 | replace "out" with "outfits" | Transcription error |
| 1957 | 14 | replace "standard" with "stander" | Transcription error |
| 1960 | 15 | replace "rerelease" with "release" | Transcription error / Grammar |
| 1966 | 12 | replace "Mr. O'Connor" with "The Witness" | Transcription error |
| 1993 | 21 | "laiding" should be "lading" | Spelling error |
| 1995 | 7 | replace "there's" with "there are" | Transcription error / Grammar |
| 1999 | 18 | replace "Mr. Smith," with "Mr. Smith and" | Transcription error |
| 2001 | 11 | replace "it" with "MSC" | Transcription error / Grammar |
| 2002 | 21 | replace "MSC," with "MSC and" | Transcription error / Grammar |
| 2010 | 15 | delete "if the" | Transcription error |
| 2010 | 16 | delete "polymerization - -" | Transcription error |
| 2013 | 13 | replace "was" with "were" | Transcription error / Grammar |
| 2014 | 16 | insert "Ms." after "been" | Transcription error |
| 2015 | 10 | replace "autopolymerization" with "autopolymerize" | Transcription error |
| 2016 | 9 | delete "in" | Transcription error |
| 2016 | 22 | "MSDS" should be "MSDSs" | Transcription error |
| 2019 | 13 | replace "had" with "and" | Transcription error / Grammar |
| 2028 | 19 | "its entry" should be "its own entry" | Transcription error |
| 2031 | 1 | replace "there's" with "there are" | Transcription error / Grammar |
| 2033 | 24 | replace "This was" with "The" | Transcription error / Grammar |
| 2034 | 13 | "hadn't looked" should be "had looked" | Transcription error |
| 2035 | 16 | replace "altered" with "alerted" | Transcription error |
| 2035 | 24 | replace "any never any" with "never any" | Transcription error |
| 2036 | 16 | replace "showed" with "stowed" | Transcription error |
| 2036 | 23 | replace "DVBs" with "DGDs" | Transcription error |
| 2036 | 23 | insert "by" after "provided" | Transcription error |
| 2037 | 5 | replace "which" with "who" | Transcription error / Grammar |
| 2037 | 21 | delete "did" | Transcription error / Grammar |
| 2038 | 13 | delete "with" | Transcription error / Grammar |
| 2039 | 13 | "desensitive" should be "heat sensitive" | Transcription error |
| 2040 | 5 | replace "customers" with "customer" | Transcription error |
| 2041 | 14 | replace "stabilize" with "stabilizers" | Transcription error |
| 2042 | 17 | replace "by" with "be" | Transcription error |
| 2042 | 22 | replace "shipper had" with "should have" | Transcription error |
| 2044 | 17 | replace "believe" with "believes" | Transcription error |
| 2045 | 17 | replace "Boasso" with "Bozzo" | Transcription error |
| 2045 | 19 | replace "above" with "aboard" | Transcription error |
| 2045 | 21 | replace "deposes" with "desposes" | Transcription error |
| 2046 | 11 | delete "the" | Transcription error |
| 2046 | 21 | "service" should be "service contract" | Transcription error |
| 2046 | 22 | replace "authorizes" with "authorize" | Transcription error |
| 2047 | 2 | replace "principle" with "principles" | Transcription error |
| 2047 | 8 | "merits" should be "merit" | Grammar |
| 2047 | 25 | replace "That what" with "What that" | Transcription error / Grammar |
| 2056 | 4 | remove "have" between "who" and ", at" | Misspoke, Grammar |
| 2058 | 6 | replace "were" with "was" | Misspoke, Grammar |
| 2058 | 16 | replace "DBD" with "DVB" | Transcription error |
| 2061 | 25 | replace "problem" with "problematic" | Misspoke |
| 2062 | 19 | insert "that" beween "was" and "if" | Transcription error / Misspoke |
| 2064 | 16 | Add the word "The" before the word "Chief" | Transcription error / Misspoke |
| 2066 | 21 | replace "NTSB" with "BSU" | Misspoke |
| 2067 | 6 | replace "NTSB" with "BSU" | Misspoke |
| 2067 | 10 | replace "NTSB" with "BSU" | Misspoke |
| 2067 | 15 | replace "NTSB" with "BSU" | Misspoke |
| 2070 | 3 | replace "Bremerhaven" with "Wilhelmshaven" | Transcription error / Misspoke |

In re MSC FLAMINIA
SDNY 12cv8892(KBF)

**Phase 2 Trial Transcript Errata**

| Page | Line | Change | Reason |
|---|---|---|---|
| 2076 | 19 | Delete "BDP" | Misspoke |
| 2076 | 23 | "interest" should be "interests" | Transcription error |
| 2087 | 12 | "the MSC's preferred means" should be "through MSC's preferred means" | Transcription error |
| 2091 | 23 | remove first "not" | Transcription error |
| 2092 | 7 | "DVB" should be "Deltech" | Transcription error |
| 2092 | 14 | "they're" should be "their" | Transcription error |
| 2092 | 21 | "to" should be "of" | Transcription error |
| 2095 | 18 | "is" should be taken out | Transcription error |
| 2096 | 2, 5, 6, 22, 24 | "Chauney" should be "Chauny" | Transcription error |
| 2099 | 21 | add "there" after "that" | Transcription error |
| 2101 | 13 | "anyone" should be "everyone" | Transcription error |
| 2102 | 21 | "exclude" should be "include" | Transcription error |
| 2103 | 9 | "monitor" should be "molten" | Transcription error |
| 2106 | 20 | "printout" should be "print out" | Transcription error |
| 2108 | 11 | "state's" should be "safe" | Transcription error |
| 2018 | 16 | "the" should be removed | Transcription error |
| 2113 | 12 | "reach" should be removed | Transcription error |
| 2116 | 3 | "big" should be "BIG" | Transcription error |
| 2118 | 23 | "Chauney" should be "Chauny" | Transcription error |
| 2119 | 13 | "AD" should be removed | Transcription error |
| 2119 | 14 | add "been" before "rendered" | Transcription error |
| 2128 | 14 | remove the second "the" | Transcription error |
| 2144 | 8 | "Ricker" should be "Rickmers" | Transcription error |
| 2147 | 5 | "Deltech" should be "NSB" | Transcription error |
| 2150 | 5 | "NOSNA1993" should be "NOS NA1993" | Transcription error |
| 2150 | 20 | "it" should be removed | Transcription error |
| 2150 | 23 | "vented" should be "vetted" | Transcription error |
| 2153 | 12 | "include" should be "including" | Transcription error |
| 2153 | 13 | "was" should be "were" | Transcription error |
| 2155 | 10 | "Rimmer" should be "Rickmers" | Transcription error |
| 2155 | 11 | add "to" before "do" | Transcription error |
| 2156 | 1, 18 and 2 | change "Ritter" or "Ricker" to "Rickmers" | Transcription error |
| 2158 | 8 | remove "5" | Transcription error |
| 2158 | 22 | change "IT" to "it" | Transcription error |
| 2159 | 22 | change "Fed 2d" to "F.2d" | Transcription error |
| 2162 | 18 | change "volatile" to "violative" | Transcription error |
| 2162 | 22 | change "DGGs" to "DGs" | Transcription error |
| 2163 | 3 | change "DGGs" to "DGs" | Transcription error |
| 2163 | 10 | change "contained" to "container" | Transcription error |
| 2163 | 23 | change both "July"s to "June" | Transcription error |
| 2164 | 7 | change "will" to "we'll" | Transcription error |
| 2165 | 5 | change "citation" to "citation," | Transcription error |
| 2167 | 16 | add "is" after "instructions" | Transcription error |
| 2170 | 12 | "laiding" should be "lading" | Transcription error |
| 2172 | 17 | "contractual" should be "contractually" | Transcription error |
| 2182 | 7 | "whit" should be "whim" | Transcription error |
| 2196 | 21 | "asimtotly" should be "asymptotically" | Transcription error |
| 2197 | 23 | "shows" should be "show" | Transcription error |
| 2198 | 1 | "discovery" should be "damages" | Transcription error |