**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

IN RE M/V MSC FLAMINIA

**MASTER FILE:**
**12 Civ. 8892 (RJS)**

-------------------------------------------------------X

**NOTICE OF APPEAL**

THIS DOCUMENT RELATES TO:
ALL ACTIONS

-------------------------------------------------------X

    Notice is hereby given that Stolt Tank Containers B.V. and Stolt-Nielsen USA, Inc. ("Stolt") hereby appeal to the United States Court of Appeals for the Second Circuit pursuant to Title 28 U.S.C. Section 1291 and/or Section 1292 (a)(3) from the following orders:

1. Opinion and Order dated January 18, 2017 [Doc. 937];

2. Opinion and Order dated July 28, 2017 (only with regard to the Court's disqualification of Stolt's expert S. Gregory Borossay) [Doc. 1282];

3. Memorandum Decision and Order dated August 10, 2017 [Doc. 1287];

4. Corrected Memorandum Decision and Order dated August 21, 2017 [Doc. 1313];

5. Corrected Opinion and Order dated August 30, 2017 [Doc. 1331];

6. Corrected Opinion and Order dated January 23, 2018 (Phase I trial decision) [Doc. 1447];

7. Order dated August 10, 2018 incorporating the transcript of the hearing in which the Court advised Deltech and Stolt of the Court's decision to deny the *in limine* motions at p. 5, 6 [Doc. 1549]; and

8. Opinion and Order dated September 10, 2018 (Phase II trial decision) [Doc. 1619].

Dated: October 8, 2018
       New York, New York

Nicoletti Hornig & Sweeney
*Attorneys for Stolt-Nielsen USA Inc.,*
*and Stolt Tank Containers B.V.*

By: /s/John A.V. Nicoletti
John A.V. Nicoletti
James F. Sweeney
Robert A. Novak
Kevin J.B. O'Malley
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, NY 10005
Tel: (212) 220-3830
Fax: (212) 220-3780
Email: jnicoletti@nicolettihornig.com

- and -

MENDES & MOUNT LLP
*Attorneys for Claimant Stolt Tank Containers B.V., Stolt Tank Containers France SAS, Stolt Nielsen USA, Inc., Stolt Tank Containers Germany GMBH, and National Union Fire Insurance Co. of Pittsburgh, PA, in its capacity as subrogee*

By: /s/Stephen V. Rible
Stephen V. Rible
750 Seventh Avenue
New York, New York 10019
Tel.: (212) 261-8000
Fax: (212) 261-8750
Email: Stephen.Rible@mendes.com

X:\Public Word Files\28\40\LEGAL\NOTICE OF APPEAL final-lr 10-2018.docx