UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE M/V MSC FLAMINIA

1:12-cv-8892-GBD-HBP

**<u>ORDER</u>**

        The Court previously having ordered Plaintiff CONTI 11. CONTAINER SCHIFFARTS-

GMBH & Co. KG MSC "FLAMINIA" ("Conti") to release its possessory lien on Cargo

Claimants' cargo located at Wilhelmshaven upon the posting of security for 100% of sound

cargo value to cover potential salvage and general average obligations (Doc. No. 31), and to

instruct the General Average Adjusters it had appointed in connection with the casualty

involving the M/V MSC FLAMINIA of July 14, 2012, i.e., Messrs. Schlimme & Partner GmbH

and Groninger Welke Janssen (collectively "General Average Adjusters"), to accept the

particular form of security approved by the Court (Doc. No. 92), and now upon reading the

submissions of the parties (Doc. Nos. 1582, 1620, 1621, 1627 and 1629, and the attachments

thereto), and having heard the arguments of the parties,

IT IS HEREBY ORDERED:

That Plaintiff Conti direct the General Average Adjusters (a) to accept the Letters of Undertaking

in the forms attached hereto as Exhibits 1, 2, and 3, in connection with the (1) Hill Rivkins Cargo

Claimants, (2) Duane Morris Cargo Claimants, and (3) Suttons International (N.A.) Inc., and

Suttons International Ltd. Tank Container Claimants, as reasonable substitute security for the

potential general average obligations of the Cargoes and/or Tank Containers set forth in the

respective Schedule A that is attached to each Letter of Undertaking; and (b) issue written notice

of cancellation of the general average bonds. guarantees and other forms of general average

security that were previously posted for the Cargoes and/or Tank Containers that are set forth in the respective Schedule A that is attached to each Letter of Undertaking upon receipt of the executed Letter of Undertaking.

Dated: November \_\_, 2018        _____
                                                                   U.S.M.J.