**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X

IN RE M/V MSC FLAMINIA

MASTER FILE:
12 Civ. 8892 (GBD) (HBP)

--------------------------------------------------------------X

THIS DOCUMENT RELATES TO:
ALL ACTIONS

-------------------------------------------------------------- X

## ORDER GRANTING APPLICATION FOR ISSUANCE OF INTERNATIONAL LETTERS OF REQUEST (LETTERS ROGATORY)

Upon the unopposed Application for the Issuance of International Letters of Request (Letters Rogatory) (the "Application") filed by Deltech Corporation, Stolt Nielsen USA, Inc., Stolt Tank Containers B.V., and MSC Mediterranean Shipping Company, S.A. (collectively, the "Applicants"), requesting the issuance of international letters of request (the "Letters of Request") pursuant to the provisions of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, 23 U.S.T. 2555, 847 U.N.T.S. 231, 28 U.S.C. § 1781 ("Hague Convention"); and upon the record of the above-captioned matter;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

The Application is **GRANTED**.

This Court shall sign the Letters of Request attached to the Application as Exhibits A, B, C, D, and E and affix the seal of the United States District Court for the Southern District of New York over said signature in each of the Letters of Request.

The Clerk of the District Court is directed to return the original, signed Letters of Request to counsel for the Applicants so that said Letters of Request may be issued to the Competent Judicial Authorities of the Federal Republic of Germany, Romania, and the Kingdom of Denmark.

The Applicants are directed to transmit the original, signed Letters of Request to the Competent Judicial Authorities of the Federal Republic of Germany (Exhibits A, B, and C), Romania (Exhibit D), and the Kingdom of Denmark (Exhibit E).

The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

Dated: _____ NOV 1 9 2019
New York, New York

SO ORDERED:

_____
Honorable George B. Daniels
United States District Judge