**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
:
:
:
IN RE M/V MSC FLAMINIA        :     ORDER
:
:     12 Civ. 8892 (GBD) (SLC)
:
:
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for September 15, 2020 is adjourned to December 1, 2020 at 9:45 a.m.

Dated: New York, New York
      September 2, 2020

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE