UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

IN RE M/V MSC FLAMINIA

ORDER

12 Civ. 8892 (GBD) (SLC)

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for March 9, 2021 is adjourned to June 8, 2021 at 9:45 a.m.

Dated: New York, New York
       March 3, 2021

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge