UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE M/V MSC FLAMINIA

ORDER

12 Civ. 8892 (GBD) (SLC)

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for June 8, 2021 is adjourned to August 17, 2021 at 9:45 a.m.

Dated: New York, New York
June 1, 2021

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge