UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
:
:
IN RE M/V MSC FLAMINIA          :         ORDER
:
:         12 Civ. 8892 (GBD) (SLC)
:
:
------------------------------------x

NOV 2 9 2021

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for November 30, 2021 is adjourned to February 15, 2022 9:45 a.m.

Dated: New York, New York
      November 29, 2021

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge