UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE M/V MSC FLAMINIA

MASTER FILE:
12 Civ. 8892 (GBD)(SLC)

------------------------------------------------------------ X

THIS DOCUMENT RELATES TO:
ALL ACTIONS

EIGHTH AMENDED CIVIL
CASE MANAGEMENT PLAN
AND SCHEDULING ORDER
(60-day extension)

------------------------------------------------------------ X

After consultation with counsel for the parties, the following Eighth Amended Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. Document requests shall be served by all parties on or before **July 19, 2019**, and documents responsive to same shall be produced to the extent not objected to, and objections, if any, shall be stated on or before **September 20, 2019**.

2. Interrogatories shall be served by all parties on or before **July 19, 2019**, and responses to same shall be produced on or before **September 20, 2019**.

3. Contention Interrogatories shall be served on or before **May 27, 2022**, and responses to same shall be produced on or before **July 1, 2022**.

4. Depositions of fact witnesses have been completed.

5. The parties shall disclose expert witnesses, including expert reports and underlying documents, on or before **March 16, 2022**, and any rebuttal expert witnesses, including expert reports and underlying documents, on or before **May 13, 2022**.

6. Depositions of expert witnesses shall be completed on or before **August 12, 2022**.

7. All dispositive motions are to be filed by **October 3, 2022**, with answering papers to be filed by **October 24, 2022**, and reply papers to be filed by **November 14, 2022**.

Dated: December 1, 2021 / DEC 1 3 2021
New York, New York

SO ORDERED:

*George B. Daniels*
Honorable George B. Daniels
United States District Judge

/s/ Timothy Semenoro
Eugene J. O'Connor, Esq. / Timothy Semenoro, Esq.
MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
*Attorneys for Plaintiffs Conti 11. Container Schiffahrts-GMBH & Co. KG MS "MSC FLAMINIA", as owner, and NSB Niederelbe Schiffahrtsgesellschaft MBH & CO. KG, as operator, of the vessel MSC FLAMINIA*

/s/ Lawrence K. DeMeo
Harry L. Manion III, Esq. / Lawrence K. DeMeo, Esq.
HUNTON ANDREWS KURTH LLP
*Attorneys for Defendant Deltech Corporation*

/s/ Joseph J. Perrone
Joseph J. Perrone, Esq.
GIULIANO, MCDONELL & PERRONE, LLP
*Attorneys for Claimants/Defendants Deltech Corporation and National Union Fire Insurance Company of Pittsburgh, PA*

/s/ John A. V. Nicoletti
John A. V. Nicoletti, Esq.
NICOLETTI HORNIG & SWEENEY
*Attorneys for Claimants/Defendants Stolt Tank Containers BV and Stolt Nielsen USA, Inc.*

/s/ Jon Werner
Edward P. Flood, Esq. / Jon Werner, Esq.
LYONS & FLOOD, LLP
*Attorneys for Claimant/Defendant MSC MEDITERRANEAN SHIPPING COMPANY, S.A.*

/s/ James W. Johnson
James W. Johnson, Esq.
RICCI TYRRELL JOHNSON & GREY
*Attorneys for BDP International Inc.*