UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE M/V MSC FLAMINIA

ORDER

12 Civ. 8892 (GBD) (SLC)

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for February 15, 2022 is adjourned to April 26, 2022 at 9:45 a.m.

Dated: New York, New York
February 14, 2022

SO ORDERED:

*(signature)*
GEORGE B. DANIELS
United States District Judge