# Nicoletti Hornig & Sweeney

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801

TELEPHONE 212-220-3830

FACSIMILE 212-220-3780

general@nicolettihornig.com
www.nicolettihornig.com

April 20, 2022

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

RE:   *In re M/V MSC FLAMINIA*
        Master File: SDNY No. 12-cv-8892 (GBD) (SLC)
        Request to Extend Scheduling Order
        NHS File No.:       28000040 JAVN

Dear Judge Daniels:

We are the attorneys for Stolt Tank Containers B.V. and Stolt Nielsen USA, Inc. ("Stolt"). We submit this joint letter of request on behalf of all parties that remain in this action.

In this action, Stolt, together with Deltech Corporation ("Deltech"), are defending against damage claims asserted by Conti 11 Container Schiffahrts-GMBH & Co. KG MSC "FLAMINIA" ("Conti 11") and NSB Niederelbe Schiffahrtsgesellschaft MBH & Co. KG ("NSB"), and against damage claims asserted by MSC Mediterranean Shipping Company S.A. ("MSC"). BDP International Inc. ("BDP") is defending against a claim for breach of contract damages asserted by Stolt.

This letter is submitted to respectfully request an adjournment of the status conference with Your Honor which is currently scheduled for April 26, 2022. (Doc. 1705).

We respectfully request a rescheduling of the upcoming conference to a date at the Court's convenience.

New Jersey • 505 Main Street, Suite 106, Hackensack, NJ 07601-5928 • t 201-343-0970 • f 201-343-5882
Georgia • 4555 Mansell Road, Suite 300, Alpharetta, GA 30022 • t 770-521-4234 • f 770-521-4200

April 20, 2022
Page 2

Please contact us if there are any questions.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By:     s/ *John A. V. Nicoletti*

John A. V. Nicoletti

JAVN/ RAN/kl

**cc (via ECF):**

All Counsel of Record