UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
:
:
IN RE M/V MSC FLAMINIA                                       :        ORDER
:
:        12 Civ. 8892 (GBD) (SLC)
:
:
:
------------------------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for September 27, 2022 at 9:30 a.m. is adjourned to January 10, 2023 at 9:45 a.m.

Dated: New York, New York
       September 19, 2022

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge