UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE M/V MSC FLAMINIA

MASTER FILE:
12 Civ. 8892 (GBD) (SLC)

------------------------------------------------------------X

THIS DOCUMENT RELATES TO:
ALL ACTIONS

**TWELFTH AMENDED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**
<u>(90-day extension)</u>

------------------------------------------------------------ X

      After consultation with counsel for the parties, the following Eleventh Amended Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. Document requests shall be served by all parties on or before **July 19, 2019**, and documents responsive to same shall be produced to the extent not objected to, and objections, if any, shall be stated on or before **September 20, 2019**.

2. Interrogatories shall be served by all parties on or before **July 19, 2019**, and responses to same shall be produced on or before **September 20, 2019**.

3. Contention Interrogatories shall be served on or before **April 21, 2023**, and responses to same shall be produced on or before **May 22, 2023**.

4. Depositions of fact witnesses have been completed.

5. The parties shall disclose expert witnesses, including expert reports and underlying documents, on or before **February 14, 2023**, and any rebuttal expert witnesses, including expert reports and underlying documents, on or before **April 14, 2023**.

6. Depositions of expert witnesses shall be completed on or before **July 10, 2023**.

7. All dispositive motions are to be filed by **August 31, 2023**, with answering papers to be filed by **September 21, 2023**, and reply papers to be filed by **October 11, 2023**.

Dated: November **15**, 2022
      New York, New York

SO ORDERED:

*George B. Daniels*
Honorable George B. Daniels
United States District Judge

*/s/ Timothy Semenoro*
Eugene J. O'Connor, Esq. / Timothy Semenoro, Esq.
MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
*Attorneys for Plaintiffs Conti 11. Container Schiffahrts-GMBH & Co. KG MS "MSC FLAMINIA", as owner, and NSB Niederelbe Schiffahrtsgesellschaft MBH & CO. KG, as operator, of the vessel MSC FLAMINIA*


*/s/ Lawrence K. DeMeo*
Harry L. Manion III, Esq. / Lawrence K. DeMeo, Esq.
HUNTON ANDREWS KURTH LLP
*Attorneys for Defendant Deltech Corporation*


*/s/ Joseph J. Perrone*
Joseph J. Perrone, Esq.
GIULIANO, MCDONELL & PERRONE, LLP
*Attorneys for Claimants/Defendants Deltech Corporation and National Union Fire Insurance Company of Pittsburgh, PA*


*/s/ John A. V. Nicoletti*
John A. V. Nicoletti, Esq.
NICOLETTI HORNIG & SWEENEY
*Attorneys for Claimants/Defendants Stolt Tank Containers BV and Stolt Nielsen USA, Inc.*


*/s/ Jon Werner*
Edward P. Flood, Esq. / Jon Werner, Esq.
LYONS & FLOOD, LLP
*Attorneys for Claimant/Defendant MSC MEDITERRANEAN SHIPPING COMPANY, S.A.*


*/s/ James W. Johnson*
James W. Johnson, Esq.
RICCI TYRRELL JOHNSON & GREY
*Attorneys for BDP International Inc.*