**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
:
:
:
IN RE M/V MSC FLAMINIA    :        ORDER
:
:        12 Civ. 8892 (GBD) (SLC)
:
:
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    Stolt Tank Containers B.V. and Stolt Nielsen USA, Inc.'s request for a ninety-day adjournment of the status conference set for April 10, 2023 is GRANTED. The status conference is hereby adjourned to July 25, 2023 at 9:45 a.m.

Dated: New York, New York
       February 13, 2023

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge