UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

IN RE M/V MSC FLAMINIA

MASTER FILE:
12 Civ. 8892 (GBD) (SLC)

------------------------------------------------------------ X

THIS DOCUMENT RELATES TO:
ALL ACTIONS

THIRTEENTH AMENDED CIVIL
CASE MANAGEMENT PLAN
AND SCHEDULING ORDER
(90-day extension)

------------------------------------------------------------ X

After consultation with counsel for the parties, the following Thirteenth Amended Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. Document requests have been completed.

2. Interrogatories have been served and responded to/completed.

3. Contention Interrogatories shall be served on or before **July 20, 2023**, and responses to same shall be produced on or before **August 21, 2023**.

4. Depositions of fact witnesses have been completed.

5. The parties shall disclose expert witnesses, including expert reports and underlying documents, on or before **May 15, 2023,** and any rebuttal expert witnesses, including expert reports and underlying documents, on or before **July 13, 2023**.

6. Depositions of expert witnesses shall be completed on or before **October 8, 2023**.

7. All dispositive motions are to be filed by **November 29, 2023**, with answering papers to be filed by **December 20, 2023**, and reply papers to be filed by **January 9, 2024**.

Dated: February 14, 2023
New York, New York

SO ORDERED:

*[signature]*
Honorable George B. Daniels
United States District Judge

*/s/ Timothy Semenoro*
Eugene J. O'Connor, Esq. / Timothy Semenoro, Esq.
MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
*Attorneys for Plaintiffs Conti 11. Container Schiffahrts-GMBH & Co. KG MS "MSC FLAMINIA", as owner, and NSB Niederelbe Schiffahrtsgesellschaft MBH & CO. KG, as operator, of the vessel MSC FLAMINIA*


*/s/ Lawrence K. DeMeo*
Harry L. Manion III, Esq. / Lawrence K. DeMeo, Esq.
HUNTON ANDREWS KURTH LLP
*Attorneys for Defendant Deltech Corporation*


*/s/ Joseph J. Perrone*
Joseph J. Perrone, Esq.
GIULIANO, MCDONELL & PERRONE, LLP
*Attorneys for Claimants/Defendants Deltech Corporation and National Union Fire Insurance Company of Pittsburgh, PA*


*/s/ John A. V. Nicoletti*
John A. V. Nicoletti, Esq.
NICOLETTI HORNIG & SWEENEY
*Attorneys for Claimants/Defendants Stolt Tank Containers BV and Stolt Nielsen USA, Inc.*


*/s/ Jon Werner*
Edward P. Flood, Esq. / Jon Werner, Esq.
LYONS & FLOOD, LLP
*Attorneys for Claimant/Defendant MSC MEDITERRANEAN SHIPPING COMPANY, S.A.*


*/s/ James W. Johnson*
James W. Johnson, Esq.
RICCI TYRRELL JOHNSON & GREY
*Attorneys for BDP International Inc.*