UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE M/V MSC FLAMINIA

CIVIL ACTION NO.: 12 Civ. 8892 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The request at ECF No. 1752 is GRANTED.  By **12:00 pm on November 13, 2023**:

1. Stolt Tank Containers B.V. and Stolt Nielsen USA, Inc. (together, "Stolt") shall file a letter, no longer than three (3) pages, stating whether Stolt: (i) requires any further information from Conti 11. Container Schiffahrts-GMBH & Co. KG MSC "FLAMINIA" ("Conti"), NSB Niederelbe Schiffahrtsgesellschaft MBH & Co. KG, or MSC Mediterranean Shipping Company, S.A. ("MSC") regarding the proof and dates of payment by these parties' underwriters (the "Payments"); (ii) intends to seek a Fed. R. Civ. P. 30(b)(6) deposition of Conti on topics concerning the Payments; and (iii) intends to retain a forensic accounting expert to opine on the Payments and, if so, the date by which Stolt by which will serve the disclosures required by Fed. R. Civ. P. 26(a)(2); and

2. The parties shall file the joint letter required by the Court's October 10, 2023 Order (see ECF No. 1745 ¶ 3), raising any issues requiring the Court's attention.

Dated:     New York, New York
           October 23, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**