UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE M/V MSC FLAMINIA

CIVIL ACTION NO.: 12 Civ. 8892 (GBD) (SLC)

**AMENDED ORDER**[1]

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference (the "Conference) held today, November 14, 2023, the Court orders as follows:

1. Conti 11. Container Schiffahrts-GMBH & Co. KG MSC "FLAMINIA" ("Conti") and NSB Niederelbe Schiffahrtsgesellschaft MBH & Co. KG ("NSB") shall promptly respond to any outstanding requests from Stolt Tank Containers B.V. and Stolt Nielsen USA, Inc. (together, "Stolt") for documents and information regarding invoices paid by Conti and NSB.

2. MSC Mediterranean Shipping Company, S.A. ("MSC") shall promptly identify for Stolt the documents and deposition testimony reflecting any adjustments for deductibles MSC paid relating to damaged containers.

3. By **December 1, 2023**, Stolt shall file a letter, no longer than three (3) pages, reporting on its receipt of the above items and raising any issues requiring the Court's attention.

---

[1] This order supersedes the Court's order as ECF No. 1767, which contained a typographical error concerning Stolt's deadline to file the status letter discussed in Paragraph 3.

4. Stolt's request to take the depositions of representatives of the TT Club, the Northern Standard Club, and the Swedish Club (ECF No. 1766 at 2) is HELD IN ABEYANCE pending completion of the January 11, 2024 settlement conference (ECF No. 1746).

Dated: New York, New York
November 14, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge