UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE M/V MSC FLAMINIA

CIVIL ACTION NO.: 12 Civ. 8892 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the December 1, 2023 letter (ECF No. 1772) from Stolt Tank Containers B.V. and Stolt Nielsen USA, Inc., the Court orders that any remaining disputes regarding the alleged insufficiency of the document productions of Conti 11. Container Schiffahrts-GMBH & Co. KG MSC "FLAMINIA," NSB Niederelbe Schiffahrtsgesellschaft MBH & Co. KG, and MSC Mediterranean Shipping Company, S.A. are HELD IN ABEYANCE pending completion of the January 11, 2024 settlement conference.  The parties shall focus their attention and efforts on settlement.

Dated:     New York, New York
           December 4, 2023

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**