UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE M/V MSC FLAMINIA

CIVIL ACTION NO.: 12 Civ. 8892 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Honorable George B. Daniels has referred for a report and recommendation Plaintiffs' motions (ECF Nos. 1757; 1761 (together, the "Motions")) for partial summary judgment regarding their entitlement to, and the law applicable to determining the amount of, prejudgment interest (the "PJI Issues") and Defendants' cross-motion (ECF No. 1777 (the "Cross-Motion")) regarding the PJI Issues.[1] (ECF No. 1796). Defendants' request for oral argument on their Cross-Motion is GRANTED, and oral argument on the Motions and Cross-Motion is scheduled for **Thursday, March 14, 2024 at 10:00 am** and will take place in person in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        January 3, 2024

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] For purposes of this Order, "Plaintiffs" refers to Container Schiffahrts-GMBH & Co. KG MSC "FLAMINIA," NSB Niederelbe Schiffahrtsgesellschaft MBH & Co. KG, and MSC Mediterranean Shipping Company, S.A. ("MSC"), and "Defendants" refers to Stolt Tank Containers B.V., Stolt Nielsen USA, Inc., and Deltech Corporation.