UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE M/V MSC FLAMINIA

CIVIL ACTION NO.: 12 Civ. 8892 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The oral argument scheduled for March 14, 2024 at 10:00 am regarding Plaintiffs' motions (ECF Nos. 1757; 1761) for partial summary judgment concerning their entitlement to, and the law applicable to determining the amount of, prejudgment interest (the "PJI Issues") and Defendants' cross-motion (ECF No. 1777) regarding the PJI Issues is ADJOURNED sine die in light of the parties' ongoing settlement discussions.[1]

The Clerk of Court is respectfully directed to terminate the Oral Argument scheduled for March 14, 2024.

Dated:  New York, New York
        March 11, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

---

[1] For purposes of this Order, "Plaintiffs" refers to Container Schiffahrts-GMBH & Co. KG MSC "FLAMINIA," NSB Niederelbe Schiffahrtsgesellschaft MBH & Co. KG, and MSC Mediterranean Shipping Company, S.A. ("MSC"), and "Defendants" refers to Stolt Tank Containers B.V., Stolt Nielsen USA, Inc., and Deltech Corporation.