UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
:
:
:
IN RE M/V MSC FLAMINIA          :           ORDER
:
:           12 Civ. 8892 (GBD) (SLC)
:
------------------------------x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in this matter, the Clerk of Court is hereby ORDERED to close the open motions at ECF Nos. 1757, 1761, 1777, and 1791. The pretrial conference scheduled for April 23, 2024, and the trial scheduled for May 13, 2024, are adjourned *sine die*. The parties are directed to file a fully executed stipulation of dismissal with prejudice within thirty (30) days.

Dated: March 25, 2024
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge